UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARKETS GROUP, INC.

                          Plaintiff,

           - against -

PABLO OLIVEIRA,

                         Defendants.
------------------------------------------------------------X

18-CV-02089 (GHW) (RWL)

**ORDER ON DISCOVERY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/19

ROBERT W. LEHRBURGER, United States Magistrate Judge.

On January 29, 2019, the Court held a conference to resolve various pending discovery issues, including those addressed by Defendant's letter motion dated January 17, 2019 (ECF No. 32), Plaintiff's response dated January 18, 2019 (ECF No. 33), and subsequent letters filed with the Court by the parties (ECF Nos. 34-36). Based on discussions during the conference, the relevant filings, and prior proceedings, the Court ORDERS as follows:

1. By February 6, 2019, Defendant will produce all communications with the entities listed on "Exhibit A" of Plaintiff's requests for the designated year's time, as reflected in the conference transcript. To the extent that any aspect of this production is overly burdensome, Defendant's counsel is directed to raise the issue with Plaintiff's counsel and arrange a meet-and-confer. Should there be a continuing dispute that a meet-and-confer cannot resolve, the Parties are directed to contact the Court.

2. The end date for fact discovery shall be March 15, 2019.

3. Expert discovery, if taken, shall be completed by April 29, 2019.

4. If either party intends to file a summary judgment motion, the party shall notify the District Judge that it intends to move for summary judgment, and request a pre-motion conference no more than thirty days after the close of discovery.

5. The parties shall submit a joint proposed pretrial order thirty days after decision on the summary judgment motion, or, if no motion is made, thirty days after the close of discovery.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   January 29, 2019
         New York, New York

Copies transmitted to all counsel of record.