UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

LATIN MARKETS BRAZIL, LLC D/B/A MARKETS GROUP,

                            Plaintiff

                                                      Case No. 18-cv-02089-GHW-RWL

-against-

PABLO OLIVEIRA,

                            Defendant.
-------------------------------------------------------------------x

JEFFREY RISMAN, pursuant to 28 U.S.C. §1746 and Local Rule 1.10, declares as follows:

1. I am the attorney for the defendant Pablo Oliveira ("Mr. Oliveira") in the above-captioned action. I make this declaration for the purpose of introducing certain documents with which I am familiar in this action.

2. Exhibit A is the Amended Complaint dated June 7, 2018.

3. Exhibit B is Amended Answer dated June 13, 2018.

4. Exhibit C is the Employee Offer Letter dated January 18, 2013.

5. Exhibit D is the Deposition Transcript of Timothy J. Raleigh ("TJR") – Deposition March 6, 2019.

6. Exhibit E is the Deposition Transcript of Adam J. Raleigh ("AJR") – Deposition March 12, 2019.

7. Exhibit F is the Deposition Transcript of Pablo Oliveira ("Mr. Oliveira") – Deposition March 14, 2019.

8. Exhibit G is TJR's email dated September 22, 2016.

9. Exhibit H is Mr. Oliveira's resignation letter dated September 23, 2016.

10. Exhibit I is Plaintiff's Rule 26 Disclosure - Fed. R. Civ. P. 26 (a) (1) Initial disclosure dated May 25, 2018.

11. Exhibit J is Plaintiff's Response to Defendant's First Set of Interrogatories dated July 26, 2018.

12. Exhibit K is AJR's email dated June 17, 2015.

Dated: New York, New York
April 30, 2019

Respectfully submitted,

RISMAN & RISMAN, P.C.

*Jeffrey Risman*
Jeffrey Risman, Esq.
Attorneys for Defendant
30 Vesey Street, 6th Floor
New York, NY 10007
(212) 233-6400