# EXHIBIT F

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x

LATIN MARKETS BRAZIL, LLC D/B/A MARKETS GROUP,

                 Plaintiff,

       -against-

PABLO OLIVEIRA,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - x

               160 Broadway
               New York, New York

               March 14, 2019
               10:25 a.m.

     **DEPOSITION** of **PABLO OLIVEIRA**, the

Defendant in the above-entitled action, held at

the above time and place, pursuant to Notice,

taken before Angela Torregrossa, a shorthand

reporter and Notary Public within and for the

State of New York.

                   LEX #144179



LEX REPORTING SERVICE, INC.
PROFESSIONAL REPORTING SINCE 1980
TOLL FREE 800.608.6085

2

A p p e a r a n c e s:


        LAW OFFICE OF IMKE RATSCHKO
            Attorney for Plaintiff
            30 Broad Street, 14th Floor
            New York, New York  10004
        BY:  JONATHAN WALLACE, ESQ., of Counsel



        RISMAN & RISMAN, P.C.
            Attorneys for Defendant
            30 Vesey Street, 6th Floor
            New York, New York 10007
        BY:  JEFFREY RISMAN, ESQ.



ALSO PRESENT:

    TIM RALEIGH
    IMKE RATSCHKO

3

1

2

3                     S T I P U L A T I O N S

4

5           IT IS HEREBY STIPULATED AND AGREED

6       by and between the attorneys for the

7       respective parties herein, that filing,

8       sealing and certification be and the

9       same are hereby waived.

10

11           IT IS FURTHER STIPULATED AND AGREED

12      that all objections, except as to the

13      form of the question shall be reserved

14      to the time of the trial.

15

16           IT IS FURTHER STIPULATED AND AGREED

17      that the within deposition may be signed

18      and sworn to before any officer

19      authorized to administer an oath, with

20      the same force and effect as if signed

21      and sworn to before the Court.

22

23

24

25

```
 1                                        4
 2    P A B L O    O L I V E I R A, the witness,
 3            herein, having been first duly sworn by
 4            a Notary Public of the State of
 5            New York, was examined and testified as
 6            follows:
 7    EXAMINATION BY
 8    MR. WALLACE:
 9         Q    State your name for the record,
10    please.
11         A    Pablo Oliveira.
12         Q    State your address for the
13    record, please.
14         A    260 Kenbrook Way, Apartment 304,
15    Davenport, Florida, 33896.
16         Q    Mr. Oliveira, my name is Jonathan
17    Wallace, I am the attorney for the plaintiff,
18    Markets Group, and for the purpose of today's
19    exercise I will be asking you some questions
20    and just answer them to the best of your
21    ability.  If I ask a question that confuses
22    you, please, ask me to rephrase it.
23         A    Okay.
24         Q    Just a note for the court
25    reporter, you always have to answer
```

```
1                    P. Oliveira                5
2    everything verbally, yes, no or with a
3    statement.  She can't get down any body
4    language; nods, shakes of the head and so
5    forth.
6          A     Okay.
7          Q     Thank you.
8                What is your nation of origin?
9          A     Brazil.
10         Q     Can you tell me about your
11   education, what level of education did you
12   reach?
13         A     Bachelor's Degree Business
14   Communication, specialization business
15   analytics from Wharton.
16         Q     Are those two different degrees?
17         A     Yes, one is just a Bachelor's
18   Degree and the other one is specialization.
19         Q     Specialization?
20         A     Yes.
21         Q     Is that in the nature of a
22   certificate or a Master's, is there some
23   other way to describe it?
24         A     Certificate.
25         Q     How long is that course or
```

```
 1                    P. Oliveira                6

 2     program to get this specialization from

 3     Wharton?

 4          A     About six months.

 5          Q     What year did you do that?

 6          A     2017.

 7          Q     You spent part of your life in

 8     Brazil before coming to the United States?

 9          A     Yes.

10          Q     What year did you come to the

11     United States?

12          A     2003.

13          Q     Then you went to school here?

14          A     Yes.

15          Q     The Bachelor's you mentioned, you

16     may have told me and I just don't remember,

17     in what institution?

18          A     Baruch College.

19          Q     So you were here in New York

20     City?

21          A     Yes.

22          Q     Did you live in New York from

23     2003 onwards?

24          A     Yes -- I am not sure.

25                    MR. RISMAN:  Objection.
```

```
1                        P. Oliveira                   7

2                        If you can clarify, it's not

3               clear.  Objection to form.

4        Q      What years did you live in New

5   York City?

6        A      2003 to 2016, -- well, 2016.

7        Q      Did you go to high school here?

8        A      Yes.

9        Q      Did you come with your family?

10       A      Yes.

11       Q      What year did you graduate from

12  Baruch?

13       A      2012.

14       Q      So there was a gap between being

15  at Baruch and getting the specialization at

16  Wharton?

17       A      Yes.

18       Q      What did you do in between?

19                      MR. RISMAN:  Objection to

20              form.

21       Q      If you can answer it just go

22  ahead and answer it.

23       A      New York Life I worked and then

24  Markets Group.

25       Q      Was New York Life your only job
```

```
1                     P. Oliveira                8
2      between college and working at Markets Group?
3             A      Yes.
4             Q      Did you work at New York Life
5      here in New York City?
6             A      Yes.
7             Q      What year did you start New York
8      Life?
9             A      2012.
10            Q      When you were first hired there
11     what was your job title?
12            A      An associate.
13            Q      What were your responsibilities?
14            A      Building Excel lists, cold
15     calling, researching online to find names and
16     people, cold calling, e-mailing.
17            Q      Is that your full answer?
18            A      And sales.
19            Q      What did the sales that you did
20     consist of?
21            A      Insurance.
22            Q      That was the product that you
23     sold?
24            A      Correct.
25            Q      How did you sell insurance?
```

```
1                      P. Oliveira                9

2         A      By doing what I just mentioned,

3     e-mail, calling, e-mail.

4         Q      What department did you work in?

5         A      Insurance sales.

6         Q      Would you describe it as being

7     part of sales and not a marketing activity?

8                      MR. RISMAN:   Objection to

9                 form.

10                     You can answer.

11        Q      When he objects to form you can

12    go ahead and answer my question, if you find

13    it confusing you can tell me.

14        A      Sales and marketing and e-mailing

15    people as well.

16        Q      There weren't different

17    departments at New York Life, there was one

18    department that did sales and marketing?

19        A      When you sell you also have to do

20    the marketing, so you write the e-mails that

21    you come up with.

22        Q      Was there a separate marketing

23    department that provided you with collateral

24    such as brochures or website, anything else

25    that you used in your activities?
```

```
 1                    P. Oliveira              10

 2         A      No.

 3         Q      Did you in your job as an

 4    associate have the opportunity to close the

 5    sale yourself?

 6         A      Yes.

 7         Q      Did you receive commissions on

 8    sales that you closed?

 9         A      Yes.

10         Q      When you say you built Excel

11    lists, what lists did you build?

12         A      I am not sure I understand the

13    question.

14         Q      There were lists of what?

15         A      Can you be more clear about it?

16         Q      Yes, was it names, leads of other

17    information?

18         A      Yes, leads, people, companies,

19    wealthy people.

20         Q      Where did you get the information

21    that went into the Excel spreadsheets?

22         A      Publically Available, LinkedIn,

23    google research, name at Excel LS on google,

24    you find a bunch of other lists targeting New

25    York City, you find those as well.
```

```
 1                    P. Oliveira              11
 2        Q      And then you would --
 3               MR. RISMAN:  Objection.
 4               I don't know if he was
 5               finished answering the question.
 6               MR. WALLACE:  I apologize,
 7               of course.
 8               MR. RISMAN:  Let him finish
 9               answering your question and he
10               will give you the same courtesy.
11               MR. WALLACE:  No problem.
12        A      It's very easy, that is all.
13        Q      I am sorry?
14        A      I just said it's very easy, it's
15   very easy in regards to how to find people,
16   it's a very simple job.
17        Q      So the names that you found with
18   which you built your Excel spreadsheets did
19   you then send the e-mail to some of those
20   people?
21        A      Can you ask me again, what do you
22   mean?
23        Q      Did you send e-mail to any of the
24   people in your Excel spreadsheet?
25        A      Yes.
```

```
 1                    P. Oliveira              12

 2        Q      Did you write that e-mail

 3   yourself?

 4        A      Of course, I built the list.  I

 5   did research as I just mentioned previously;

 6   first name, last name at Excel S, name of the

 7   company, region, all that is publically

 8   available on google.

 9        Q      Did you also in building these

10   spreadsheets find that phone numbers were

11   publically available sometimes?

12        A      Phone numbers are always

13   publically available either on websites or on

14   those lists that I find on google or the

15   research I would do on my own.

16        Q      What lists are you describing

17   that you found on google?

18        A      What do you mean?

19        Q      What lists are you describing,

20   you mentioned lists that you found on google.

21                    MR. RISMAN:  Objection.

22                    Asked and answered.

23                    MR. WALLACE:  He didn't

24                answer it, the answer was what do

25                you mean.
```

```
1                    P. Oliveira                13

2               MR. RISMAN:  He mentioned

3          Excel lists.

4     Q    I did not understand that, so

5   you're saying you found Excel spreadsheets

6   that were publically available on google?

7     A    I already answered.

8     Q    This is going to take a lot

9   longer to get through if you don't answer

10  questions and so when he says asked and

11  answered he is stating that for the record in

12  case we ever discuss this with court later.

13  It's not a signal or instruction to you not

14  to answer my question, so you're still

15  obliged to do your best to answer my

16  question.  If I ask you simple questions like

17  what lists did you find on google and you ask

18  me to rephrase them we are going to be here a

19  lot longer today.

20               MR. RISMAN:  Jonathan,

21               respectfully, all the depositions

22               to date same type of questions

23               are being answered and I have to

24               tell you that they were answered

25               in a very evasive fashion, so if
```

```
 1                  P. Oliveira              14
 2              you think this is evasive you're
 3              dead wrong and he's answering to
 4              the best of his abilities.  So if
 5              he's telling you he doesn't
 6              understand your question then you
 7              should respect what he's telling
 8              you.
 9                  MR. WALLACE:  Well, I have
10              been, I certainly have been and
11              if we also start talking about
12              some of the things that happened
13              at the two other depositions then
14              we will also be here all day.  I
15              am going to resist the temptation
16              to do that and just move ahead.
17       Q    So just assume I didn't
18    understand because I did not.
19              You testified that you found
20    Excel spreadsheets by doing google searches.
21    I am not personally familiar with people
22    making Excel spreadsheets of sales
23    information and posting them on the internet
24    to be found with a google search, so can you,
25    please, just describe to me what kind of
```

```
 1                    P. Oliveira              15

 2     Excel spreadsheets you're testifying you

 3     found on a public internet search.

 4           A     People just post a variety of

 5     lists online, it is publically available.

 6     Not only when you do some research like I

 7     said, first name, last name, at e-mail and/or

 8     the company handle.  People build those

 9     lists, some people do make them publically

10     available.

11           Q     For what purpose would someone

12     make a list like that publically available?

13                      MR. RISMAN:  Objection to

14                 form.

15           A     Can you repeat that question?

16                      MR. WALLACE:  Please read

17                 back the question.

18                      (Whereupon, the record was

19                 read by the reporter.)

20           A     I am not sure, you have to ask

21     the people that make it publically available.

22           Q     What insurance products were you

23     selling?

24           A     Regular insurance.

25           Q     I am not sure what regular
```

```
1                    P. Oliveira                16

2      insurance means, would that be life

3      insurance, health insurance, accident

4      insurance?

5           A     Life insurance.

6           Q     Was that targeted to any

7      particular communities or demographic?

8           A     No.

9           Q     The leads that you looking for on

10     the internet, were they mainly business

11     executives or private citizens or did it

12     include both?

13          A     Both.

14          Q     Did you receive answers to some

15     of those e-mails that you sent?

16                    MR. RISMAN:  Objection to

17                    form.

18                    THE WITNESS:  Can I answer?

19                    MR. RISMAN:  You can answer.

20          A     Yes.

21          Q     Do you know what percentage of

22     the people to whom you sent or called or

23     e-mailed answered?

24          A     I do not remember.

25          Q     Would it have been fifty percent?
```

```
1                   P. Oliveira              17

2          A     Do not remember.

3          Q     Do you remember if it was less

4     than fifty percent?

5          A     It was awhile ago, I do not

6     remember.

7          Q     So when someone answers an e-mail

8     that you sent them cold what did you do next?

9          A     Usually call or send another

10    e-mail, it all depends.

11         Q     So was your goal to have a

12    telephone conversation with each person who

13    answered you?

14         A     Sometimes.

15         Q     Were you ever able to sell an

16    insurance policy entirely in e-mail

17    conversations without a phone call?

18         A     I do not remember.

19         Q     Did you have phone conversations

20    with some of the people who answered you?

21         A     I don't remember.

22         Q     Did you ever have a phone

23    conversation with a potential customer?

24         A     It's the same question, I don't

25    remember.
```

```
 1                    P. Oliveira                18

 2        Q     You don't remember in the course

 3   of that job whether you ever talked on the

 4   telephone with a possible customer?

 5                    MR. RISMAN:  Objection.

 6                    Asked and answered.

 7        Q     You still have to answer it.

 8        A     I don't remember.

 9        Q     Did you ever meet any of those

10   customers in person?

11        A     Again it was awhile back, I don't

12   know, I don't remember.

13        Q     Did some of those customers

14   purchase insurance from New York Life?

15        A     I am sorry?

16        Q     Did some of those customers that

17   you contacted from the spreadsheets that you

18   built ultimately purchase insurance products

19   from New York Life?

20        A     Yes.

21        Q     When a customer that you

22   initially contacted for New York Life

23   purchased an insurance product did that

24   person sign a contract with New York Life?

25        A     Yes.
```

```
 1                      P. Oliveira                19

 2           Q      Did you obtain the signature of

 3      that contract yourself or did someone else do

 4      it?

 5           A      I don't remember.

 6           Q      Were you ever licensed as an

 7      insurance sales person?

 8           A      I passed the test, so yes I

 9      believe so.

10           Q      What year did you take the

11      licensing test?

12           A      2012.

13           Q      Did you take it immediately upon

14      starting that associates job at New York Life

15      or some time later?

16           A      I don't remember.

17           Q      In making a sale for New York

18      Life did you work alone or as part of a team?

19           A      Part of a team.

20           Q      Would others on the team

21      sometimes talk to the same customer that you

22      were talking to?

23                      MR. RISMAN:  Objection to

24                  form.

25                      You can answer.
```

```
                         P. Oliveira                20

 1

 2        A      Can you repeat the question,

 3   please?

 4                     MR. WALLACE:  Read it back.

 5                     (Whereupon, the record was

 6             read by the reporter.)

 7        A      I assume so.

 8        Q      When a customer signed a contract

 9   with New York Life were you sometimes the

10   only person who had talked to that customer

11   up to the moment they signed the contract?

12                     MR. RISMAN:  Objection to

13             form.

14                     You can answer.

15        A      Please repeat the question.

16                     (Whereupon, the record was

17             read by the reporter.)

18        A      I am not sure.

19        Q      Would another team member

20   sometimes talk to your customer?

21                     MR. RISMAN:  Objection to

22             form.

23                     You can answer.

24        A      Again I assume so.

25        Q      Would another team member always
```

```
 1                    P. Oliveira              21

 2   talk to your customer?

 3                MR. RISMAN:  Objection to

 4           form.

 5                MR. WALLACE:  Just out of

 6           curiosity --

 7                MR. RISMAN:  You're calling

 8           for speculation the entire time

 9           here.

10                MR. WALLACE:  I am not

11           asking him to speculate, I would

12           expect him to remember if other

13           people talked to his customers.

14                MR. RISMAN:  How would he

15           know if other people talked to

16           his customers?

17                MR. WALLACE:  Off the

18           record.

19                (Whereupon, a discussion was

20           held off the record.)

21                MR. RISMAN:  Back on the

22           record.

23                This is on the record, again

24           you're mentioning "always" in the

25           question, how is that not calling
```

```
 1                    P. Oliveira              22

 2              for speculation?

 3                    MR. WALLACE:  I am asking if

 4              he knows, does he know as a

 5              matter of process at New York

 6              Life in the sales that he did.

 7       Q      It's perfectly simple, when you

 8   work as a member of the team, because later I

 9   am going to ask you the same questions about

10   how you work today in your present company,

11   you follow a sales process typically and you

12   would know as a matter of personal knowledge

13   and experience, not as a matter of

14   speculation, because we are using words in

15   their plain English fashion here, whether

16   it's part of your process that another team

17   member helps make a sale or not.  So I am

18   going to rephrase that question and specify

19   that I am asking you about your sales process

20   at New York Life.

21                    Would it be typical when you were

22   making a sale of an insurance product at New

23   York Life for another New York Life employee

24   to talk to your customer?

25       A      I assume so.
```

```
1                    P. Oliveira              23

2          Q     Do you remember?

3          A     Not 100 percent.

4          Q     Do you remember some lesser

5     percentage?

6          A     No.

7          Q     Do you remember with regard to

8     any particular sale that you made?

9          A     Do I remember what about any

10    particular sale?

11         Q     First of all, do you remember any

12    individual sale that you made at New York

13    Life?

14         A     I don't remember.

15         Q     How many years did you work at

16    New York Life?

17         A     About five, six months.

18         Q     Five, six months you worked

19    there?

20         A     Yes.

21         Q     Did you receive any promotions

22    during the five or six months that you worked

23    there?

24         A     No.

25         Q     Did you receive any increase in
```

```
1                    P. Oliveira                24

2    salary?

3         A     No.

4         Q     Did your title or

5    responsibilities ever change?

6         A     No.

7         Q     So you were an associate the

8    whole time?

9         A     Correct.

10        Q     Did you have a boss at New York

11   Life?

12        A     Sorry.

13        Q     Did you have a boss, did you

14   report to someone?

15        A     Yes.

16        Q     What was that person's title?

17        A     I don't remember his title.

18        Q     The Excel spreadsheet that you

19   testified that you built, not the ones that

20   you found, you testified you built an Excel

21   spreadsheet as part of your duties as an

22   associate, correct?

23        A     Correct.

24        Q     What were the fields in that

25   spreadsheet?
```

```
1                    P. Oliveira              25

2          A     First name, last name, e-mail,

3    phone number.

4          Q     Was there anything else?

5          A     No.

6          Q     Did you want to know if a

7    customer already owned life insurance?

8          A     No.

9          Q     Did you want to know how old they

10   were?

11         A     Not at all.

12         Q     Did you have any interest in what

13   their medical or health history was?

14         A     No.

15         Q     Was it part of the process of New

16   York Life that once you had built that

17   spreadsheet you gave it or sent it to anyone

18   else in New York Life?

19         A     I don't remember.

20         Q     Where was that spreadsheet kept,

21   where did you save the spreadsheet when you

22   were building it?

23                    MR. RISMAN:  Objection to

24               form.

25         A     I don't remember.
```

P. Oliveira                    26

1

2          Q      Was it on a New York Life

3    computer?

4          A      I don't remember.

5          Q      Did you work in the New York Life

6    office?

7          A      Some days.

8          Q      Where did you work other days?

9          A      Home.

10         Q      Did you do any work on your own

11   laptop or your own computer?

12         A      I don't remember.

13         Q      Where did you go to work after

14   New York Life?

15         A      Markets Group.

16         Q      So you started at Markets Group

17   when you were about six months out of school?

18         A      Correct.

19         Q      What did you do to find that job

20   at Markets Group?

21         A      I think that I found them on

22   Craig's List, I do not remember.

23         Q      Did you interview for the job at

24   Markets Group?

25         A      Yes.

```
1                          P. Oliveira                    27
2          Q      Do you remember with whom you had
3     an interview.
4          A      With Tim, CFO.
5          Q      Did you see anybody else at that
6     first interview?
7          A      I don't remember.
8          Q      Was there a second interview?
9          A      I don't remember.
10         Q      There came a time when Markets
11    Group offered you a job?
12         A      Yes.
13         Q      What was the title of the job
14    that they offered you?
15         A      Intern.
16         Q      What was the compensation for
17    that job?
18         A      Ten dollars an hour.
19         Q      When did you start work at
20    Markets Group?
21         A      Month, it was January of 2013 and
22    I don't remember the date.
23         Q      Were you working full-time at
24    Markets Group?
25         A      As an intern.
```

```
1                    P. Oliveira              28

2         Q      Did you work anywhere else at the

3    same time?

4         A      Yes.

5         Q      Where else did you work?

6         A      Teaching volley-ball.

7         Q      How much time did you spend

8    teaching volley-ball?

9         A      Evenings and Sundays.

10        Q      Were you paid for teaching

11   volleyball?

12        A      Yes.

13        Q      Had you also taught volleyball

14   while you were at New York Life?

15        A      I don't remember when I started.

16        Q      Did you work in the Markets Group

17   office?

18        A      Yes.

19        Q      Where was the office located at

20   that time?

21        A      Ten West 37th Street.

22        Q      Ten West 37th?

23        A      Correct.

24        Q      How many hours a week did you

25   work approximately at Markets Group at that
```

```
1                    P. Oliveira              29

2    time?

3                     MR. RISMAN:  Objection to

4              form.

5                     What time period?

6                     MR. WALLACE:  At the time

7              that he took the job.

8         A    Which one, as an intern?

9         Q    When you first started to work at

10   Markets Group.

11        A    As an intern or full-time?

12        Q    When you first started to perform

13   your very first services at Markets Group how

14   many a hours week did you work?

15        A    Until when?

16        Q    As of the beginning of the time

17   that you started performing services at

18   Markets Group, your first week, second week,

19   your first month, how many hours did you work

20   per week?

21        A    First month forty hours per week.

22        Q    Was there ever a time after that

23   at Markets Group where you worked less than

24   forty hours a week?

25        A    No.
```

```
 1                    P. Oliveira                    30

 2          Q      Did it ever come to be the case

 3    that you worked more than forty hours a week?

 4          A      Yes.

 5          Q      What were those circumstances?

 6          A      Upper management would ask me to

 7    stay longer or some come in earlier.

 8          Q      Was that something that happened

 9    from time to time or was there a period of

10    your employment where you consistently worked

11    more than forty hours?

12          A      Very often they would make us

13    work over forty hours.

14          Q      For what period of time did you

15    receive $10 an hour?

16          A      I don't remember.

17          Q      Was it more than a year?

18          A      No, but I don't remember how many

19    months I stayed as an intern.

20          Q      But it was for some period of

21    months?

22          A      Yes, correct.

23          Q      What were your responsibilities

24    during the time that you were being paid $10

25    an hour?
```

```
 1                    P. Oliveira                31
 2          A      Same as New York Life to build
 3    lists.
 4          Q      Did you keep those lists in an
 5    Excel spreadsheet?
 6          A      From which list?
 7          Q      You just testified that it was
 8    your job at Markets Group to build lists.  I
 9    am now asking you whether the lists that you
10    referred to were kept in Excel?
11          A      At New York Life they were kept
12    in Excel.
13          Q      You just testified that your job
14    at Markets Group was to build lists.  I am
15    asking you whether those lists that you
16    developed at Markets Group were kept in
17    Excel?
18          A      They were kept in Excel.
19          Q      Thank you.
20                 During that same timeframe did
21    you use any other applications in Excel?
22          A      Which timeframe?
23          Q      The timeframe that you're
24    testifying to that you built those Excel
25    spreadsheets, the same timeframe when you
```

```
1                        P. Oliveira                 32

2      were being paid $10 an hour.

3            A      Can you repeat the question?

4                   (Whereupon, the record was

5                   read by the reporter.)

6            A      Can you repeat just the question?

7            Q      That was the question.

8                   Until I say so every question

9      that I am asking you has to do with the

10     period of time about which you testified you

11     were being paid $10 an hour at Markets Group.

12           A      Okay.

13           Q      You testified that during that

14     period of time you used Excel spreadsheets.

15     I am asking you whether during that period of

16     time you used any other applications on the

17     job for Markets Group than Excel?

18           A      No.

19           Q      Did you use any mail application?

20           A      I don't remember.

21           Q      Did you use Microsoft Word or

22     another word processing application?

23                        MR. RISMAN:  Objection to

24                   form.

25                        MR. WALLACE:  You have an
```

P. Oliveira                    33

2     objection to the form of the

3     question?

4          MR. RISMAN:  Yes.

5          Do you want me to clarify, I

6     can do that for you?

7          MR. WALLACE:  No, I really

8     don't.

9          Can you read back the last

10     question?

11          (Whereupon, the record was

12     read by the reporter.)

13     A     I don't remember.

14     Q     Was it part of your job to

15     prepare any documents, any memoranda, to

16     write any letters or to do anything else in

17     writing?

18     A     Not that I remember.

19     Q     So the Excel spreadsheets that

20     you worked on, where did you find the

21     information that went into those Excel

22     spreadsheets?

23     A     Online or on google publically

24     available, first name, last name at e-mail

25     handle or first name last name at Excel S and

```
1                    P. Oliveira              34
2    I would find publically available lists.
3         Q    What do you mean at Excel S?
4         A    Excel S is a form on google.
5    When you research you will find spreadsheets,
6    Excel spreadsheets with client names, e-mail
7    and phone number.
8                    MR. WALLACE:  Let's take a
9              minute.
10                   (Whereupon, a recess was
11             taken at 10:43 to 10:50.)
12                   MR. WALLACE:  Back on the
13             record.
14        Q    Did you still within that same
15   period of time when you were getting paid $10
16   an hour at Markets Group, when you found on
17   the internet a name and e-mail did you send
18   an e-mail to that person?
19        A    As an intern I do not think I was
20   allowed, I don't remember.
21        Q    When you found a name and phone
22   number on the internet were you allowed to
23   make a phone call to that person?
24        A    I couldn't make a phone call
25   then.
```

```
 1                      P. Oliveira              35

 2           Q      Did there come a time when you

 3      could send an e-mail to that person?

 4           A      Yes.

 5           Q      When was that?

 6           A      Maybe April, I don't remember

 7      exactly when.

 8           Q      After you had been there a few

 9      months?

10           A      Right.

11           Q      At that time did you receive a

12      raise in pay?

13           A      I did.

14           Q      What was your new compensation?

15           A      Thirty thousand a year.

16           Q      That was paid as a salary

17      withholding, yes?

18           A      It was salary.

19           Q      You signed a W-4?

20           A      Is a W-4 the one the employer

21      pays taxes?

22           Q      You're receiving a paycheck from

23      which taxes were withheld, correct?

24           A      Yes.

25           Q      How often did you receive that
```

```
1                         P. Oliveira                    36
2      paycheck?
3             A      Every two weeks.
4             Q      So during the period of time when
5      you were paid $10 an hour was any tax
6      withheld?
7             A      I don't remember.
8             Q      Did you keep time-sheets?
9             A      Not that I remember, we were not
10     that organized internally.
11            Q      Who did you report to during the
12     period of time you were being paid $10 an
13     hour?
14            A      Amir Ouki, O-U-K-I.
15            Q      Spell the first name.
16            A      A-M-I-R.
17            Q      During the period of time when
18     you were being paid $10 an hour did you
19     receive any training?
20            A      No.
21            Q      Did you receive any training
22     later on?
23            A      I would not call it training.
24            Q      What would you call it?
25            A      Build lists, try to sell.
```

```
 1                    P. Oliveira              37

 2         Q      At any time did anyone give you

 3    any guidance on how to do an internet search?

 4         A      No.

 5         Q      Did you receive any information

 6    on Searchlogic?

 7         A      What do you mean by Searchlogic?

 8         Q      How to write a search.

 9         A      No, one of the reasons why I was

10    hired was because I knew how to build Excel

11    and knew had to do research.

12         Q      Well, did you receive any

13    guidance from the company as to what to look

14    for?

15         A      Yes, but it was not the correct

16    target markets.

17         Q      Explain what you mean by it was

18    not the correct target markets?

19         A      They asked me to do research on

20    something, but it wasn't necessarily who we

21    should be researching.

22         Q      Who did they ask you to do

23    research for?

24         A      Developers.

25         Q      What kind of developers?
```

```
1                        P. Oliveira                38
2         A      Real estate developers.
3         Q      When you say it was not the
4    correct market, are you expressing your own
5    opinion?
6         A      I believe so.
7         Q      Why were real estate developers
8    not the correct market in your opinion?
9                    MR. RISMAN:  Objection,
10               mischaracterizes the testimony.
11                   You can answer.
12                   MR. WALLACE:  That's exactly
13               what he said.
14        A      Because I did not think so.
15        Q      For what reason did you not think
16   that real estate developers were the correct
17   target market?
18        A      I just did not think they were.
19        Q      Who was the correct target market
20   in your opinion?
21        A      Real estate managers.
22        Q      Can you explain to me what a real
23   estate manager is?
24        A      It's a fund, whoever is
25   fundraising for a specific project.
```

```
 1                    P. Oliveira                39
 2          Q      Do real estate managers work for
 3     real estate developers?
 4          A      What, I am sorry?
 5          Q      Are real estate managers employed
 6     by real estate developers?
 7          A      No.
 8          Q      They were work for separate
 9     entities than real estate developers?
10          A      Yes.
11          Q      Is there a relationship between
12     real estate managers and real estate
13     developers?
14          A      It varies.
15          Q      Well, do real estate managers
16     provide financing to real estate developers?
17          A      I wouldn't know in that case
18     specific.
19          Q      When you came to the conclusion
20     that the correct target market was real
21     estate managers did you make any change in
22     your daily routine as a result?
23          A      I was an intern and then just an
24     associate so no.
25          Q      When you first started being paid
```

```
1                       P. Oliveira                    40
2      $30,000 a year what was your title?
3           A     We were not so organized, so
4      there was not an exact title.  They called it
5      associate, then analyst and then relationship
6      manager.  There wasn't any specific title, we
7      could write whatever we wanted to.
8           Q     For what period of time did you
9      continue being paid $30,000 a year?
10          A     I do not remember.
11          Q     Was it more than a year?
12          A     I really don't remember.
13          Q     How many years total did you work
14     at Markets Group?
15          A     Three years and eight months I
16     believe.
17          Q     How much were you making annually
18     your last year with company?
19          A     I believe it was between eighty
20     to ninety thousand.
21          Q     In salary?
22          A     Correct.
23          Q     And additional to that salary did
24     you receive any bonus or commission?
25          A     I was promised a bonus, but never
```

```
 1                    P. Oliveira              41

 2    received it, but I received a commission.

 3         Q     For your last full year of

 4    employment do you remember approximately what

 5    commission you received, dollar amount?

 6                    MR. RISMAN:  Objection to

 7                form.

 8         A     I really do not remember.

 9         Q     When during your time at Markets

10    Group did you first start receiving a

11    commission?

12         A     After I was done with internship.

13         Q     So when you were making $30,000 a

14    year you were eligible for commission?

15         A     Yes.

16         Q     Do you know how that commission

17    was calculated?

18         A     I believe it was -- I believe it

19    was 6.5 percent on the sale.

20         Q     On which sales?

21         A     What do you mean?

22         Q     What sales did you receive a

23    commission on?

24         A     Sponsorships.

25         Q     Were those sales of sponsorships
```

```
1                      P. Oliveira                42

2      that were made by you alone?

3           A      Which one in specific?

4           Q      Did you receive a commission on

5      sales of all sponsorships by Markets Group?

6           A      Can you repeat?

7                      MR. WALLACE:  Please read it

8                  back.

9                      (Whereupon, the record was

10                 read by the reporter.)

11          A      I believe so, but I am not sure

12     if I had any pending -- if I had anything

13     pending when I left.

14          Q      In order to receive a commission

15     on a sale, did you have to be personally

16     involved in the sale?

17          A      Yes.

18          Q      Did you have to be exclusively

19     involved or could somebody else be involved

20     as well?

21          A      Somebody else could be involved

22     as well.

23          Q      If somebody else was involved

24     what role did they play in the sale?

25          A      Same role as I did.
```

```
1                        P. Oliveira                43

2          Q      What role did you play in the

3     sale for which you received a commission?

4          A      Could you be more specific?

5          Q      I don't think I can be, what role

6     did you play in the sale for which you

7     received a commission?

8                        MR. RISMAN:  Objection,

9                   asked and answered.

10                       MR. WALLACE:  He never

11                  answered it.

12                       MR. RISMAN:  You don't like

13                  his answer.

14         A      By selling a sponsorship.

15         Q      What is involved in selling a

16    sponsorship?

17         A      E-mail, call, sometimes just

18    e-mail.

19         Q      So in the sense in which you're

20    using the word sponsorship can you explain to

21    me what a sponsorship is?

22         A      It's when you -- it's when you

23    sell to a client, a sponsor, to participate

24    in the conference.

25         Q      And that client is paying Markets
```

```
1                      P. Oliveira                44

2     Group money to participate?

3          A      The sponsor as the client, yes.

4          Q      You're receiving a commission on

5     the money that's collected from that client

6     for that sponsorship?

7          A      Correct.

8          Q      That was 6.5 percent of whatever

9     was collected?

10         A      I believe it was 6.5 percent.

11         Q      If somebody else was involved in

12    making that sponsorship sale did you still

13    receive 6.5 percent?

14         A      No, no, we split it.

15         Q      So there were circumstances under

16    which you might receive half of the

17    commission and somebody else would receive

18    half?

19         A      Right.

20         Q      When you were looking for people

21    on the internet at Markets Group, were you

22    looking for the same kind of people that you

23    would look for at New York Life?

24         A      I don't remember exactly in

25    detail, but mostly were managers that were
```

```
1                        P. Oliveira                    45
2    looking for Markets Group.
3           Q      In between the time that you made
4    $30,000 a year and the time that you made 80
5    to 90 in the last year did you have other
6    increases in salary in between?
7           A      Yes.
8           Q      What was that first increase
9    after you made $30,000?
10          A      I don't remember.
11          Q      Do you know how many increases
12   you had in between when you made 30 and when
13   you made 80?
14          A      I don't remember the number
15   exactly, maybe four or five.
16          Q      Four or five increases?
17          A      Three, I don't remember.
18          Q      You testified a little earlier
19   that you might have used the following, that
20   you did at different times use the following
21   titles, associate, analyst, relationship
22   manager, were you using all of those titles
23   when you made $30,000 a year?
24          A      Yes.
25          Q      So they were interchangeable?
```

```
 1                    P. Oliveira                46

 2         A      Yes.

 3         Q      When you were making $30,000 a

 4    year did you now have the right to send

 5    e-mails to clients?

 6         A      Yes.

 7         Q      Did you now have the right to

 8    make phone calls to clients?

 9         A      Majority, yes.

10         Q      Can you describe for me what was

11    a typical e-mail that you would send to a

12    client during that time?

13         A      Are you asking specific of the

14    e-mail?

15         Q      What you remember, what would you

16    e-mail a client to get your contact with that

17    person started?

18         A      I would put some of the e-mails

19    together, I would get e-mails from other

20    conferences and we would -- you know I would

21    combine them.

22         Q      What I was asking was when you

23    first sent an e-mail to a potential customer

24    what was the contents of that e-mail, what

25    did it say?
```

P. Oliveira                                47

1

2         A       Asking them to go to the

3    conference.

4         Q       Would you describe a conference

5    in that e-mail?

6         A       I don't remember exactly how the

7    e-mail was written.

8         Q       Were you e-mailing them about a

9    specific conference that was scheduled?

10        A       Yes.

11        Q       Was the purpose of the e-mail to

12   ascertain whether they had an interest in

13   attending the conference?

14        A       That conference in specific?

15        Q       Yes.

16        A       Correct.

17        Q       Did you write those e-mails

18   yourself?

19        A       Yes.

20        Q       Those e-mails were from you to

21   the potential customer?

22        A       Correct.

23        Q       What title did you use on that

24   e-mail?

25        A       Again we were not that organized,

```
 1                     P. Oliveira                    48
 2      we had a variety of titles and anybody could
 3      change them on their signatures.
 4           Q     When you sent an e-mail, we are
 5      still talking about the period of time when
 6      you were making $30,000 a year, when you sent
 7      e-mails to potential customers did you send
 8      those e-mails yourself, one by one or did you
 9      use an application that automated the sending
10      of those e-mails?
11           A     In defense sometimes we would
12      send one by one, other times I would put them
13      on a Word document combine them with Excel,
14      send 10,000, 20,000 if I find a list online
15      publically available and ready to go.
16           Q     So out of --
17                     MR. RISMAN:  I am sorry,
18                     were you finished with your
19                     answer?
20                     THE WITNESS:  Yes.
21                     MR. RISMAN:  Okay.
22           Q     If you sent 10,000, 20,000
23      e-mails, do you recall how many out of those
24      20,000 recipients would answer that e-mail?
25           A     No.
```

```
 1                    P. Oliveira              49
 2          Q      Would you say that it was less
 3     than fifty percent?
 4          A      I don't remember.
 5          Q      When somebody did answer an
 6     e-mail that you sent them about a conference
 7     what did you do next?
 8          A      Sometimes answered the e-mail,
 9     sometimes call.
10          Q      If you answered their e-mail
11     yourself what did you say in your answer?
12          A      In which occasion?
13          Q      Well, you testified that you
14     would sometimes answer an e-mail, when you
15     would sometimes answer an e-mail what would
16     be your response to that e-mail?
17          A      It depends on what someone wrote
18     to me.
19          Q      Was it your goal when somebody
20     answered an e-mail to try and arrange a
21     telephone conversation with that person?
22          A      Sometimes.
23          Q      Did you have that telephone
24     conversation yourself?
25          A      Sometimes, sometimes I did when I
```

```
 1                    P. Oliveira                50

 2     was allowed to.

 3          Q     When somebody answered one of

 4     those 20,000 e-mails that you sent was it

 5     ever required of you to give that response to

 6     someone else to followup on?

 7          A     Please repeat.

 8                    MR. WALLACE:  Read it back.

 9                    (Whereupon, the record was

10               read by the reporter.)

11          A     Not always.

12          Q     Sometimes you gave it to someone

13     else to followup on?

14          A     It depends on the period of time.

15          Q     During what period of time did

16     you give those e-mails to someone else to

17     followup with?

18          A     If it wasn't my focus, so if I

19     was not dealing with lawyers I'd have to give

20     it to someone else to deal with lawyers.

21          Q     So were your job responsibilities

22     divided up by job titles of potential

23     customers?

24          A     Potential customers not job

25     titles, again the titles were very broad.
```

```
1                    P. Oliveira              51

2        Q      If you were not dealing with

3   lawyers, the example you just gave us, who

4   were you dealing with during that period of

5   time?

6        A      It would change from time to

7   time.  Some managers -- can I answer?

8        Q      Yes.

9        A      Some managers, managers, lawyers,

10   what else, insurance companies.  We would

11   divide, I don't remember all the sectors.

12       Q      Did there come a time when you

13   could make the decision whether you wanted to

14   have the phone conversation or would give it

15   to someone else?

16       A      Yes, when I became head of the

17   real estate.

18       Q      When did you become head of real

19   estate?

20       A      I don't remember the exact date.

21       Q      Do you remember what year?

22       A      It was either 2015 or '16.

23       Q      Who were you reporting to as head

24   of real estate?

25       A      To CO and CFO.
```

```
 1                    P. Oliveira              52
 2          Q     Is it your testimony that as head
 3     of real estate you reported to Adam and to
 4     Tim?
 5          A     Correct.
 6          Q     Just prior to becoming head of
 7     real estate who did you report to?
 8          A     I have to think, because the
 9     third round was very large, but at that time
10     I believe it was Will Frank.
11          Q     Will Frank?
12          A     Yes.
13          Q     So you testified that when you
14     started you reported to Amir Ouki, right?
15          A     Yes.
16          Q     You have testified you later
17     reported to Will Frank and then to Adam and
18     Tim.  Who else did you report to while you
19     were at Markets Group?
20          A     From what I remember that was it.
21          Q     Approximately when did you start
22     reporting to Will Frank?
23          A     When Amir left.
24          Q     Do you remember what year that
25     was?
```

```
 1                    P. Oliveira           53

 2        A     No.

 3        Q     Was there a change in your

 4   responsibilities at the time that you started

 5   to report to Will Frank?

 6        A     No.

 7        Q     Before being promoted to head of

 8   real estate, did you work in a particular

 9   market place immediately prior?

10        A     Can you explain your question?

11        Q     Well, you said head of real

12   estate.

13        A     Okay.

14        Q     Is real estate a market place of

15   Markets Group?

16        A     Real estate?

17        Q     Yes.

18        A     Well, yes, but I only focus in

19   Latin America, so head of real estate for

20   Latin America only.

21        Q     Prior to being promoted to that

22   job how would you describe what you were

23   doing?

24        A     There was no change.

25        Q     During the entire time that you
```

```
 1                      P. Oliveira                54

 2    worked at Markets Group was your focus always

 3    Latin America?

 4          A     Yes.

 5          Q     So when you described building

 6    lists when you were being paid $10 an hour

 7    those were lists of people in Latin America?

 8          A     Well, building lists, yes, but if

 9    I found them online, you know, whoever I

10    would find I would have it there to add it to

11    the list, but the focus was mainly Latin

12    America only.

13          Q     So the events that you were

14    involved in selling to people at that time

15    were those events that took place in Latin

16    America?

17                     MR. RISMAN:  Objection to

18                form.

19          A     Yes, and one of them was here in

20    New York, but with a focus on Latin America

21    only.

22          Q     So the people that Markets Group

23    was trying to sell that event to as sponsors

24    or delegates, for the New York events

25    specifically were you trying to get people
```

1                    P. Oliveira                    55

2      from Latin America to attend that event?

3           A      Yes, it was called the Latin

4      America Institutional Real Estate Conference.

5           Q      Were you trying to get people

6      from the United States to attend that might

7      be interested in Latin America?

8           A      Not that I remember since I was

9      not allowed to talk to US firms.

10          Q      So throughout your time at

11     Markets Group you always sold to Latin

12     America yourself?

13          A      From what I remember.

14          Q      Do you speak Spanish?

15          A      Yes.

16          Q      The e-mails that went out were

17     some of them in Portuguese?

18          A      You asked me if I spoke Spanish.

19          Q      Well, your native language as a

20     Brazilian would be Portuguese?

21          A      Correct.

22          Q      So did you send e-mails in

23     Portuguese?

24          A      I believe so.

25          Q      Did you send e-mails in Spanish?

```
1                    P. Oliveira              56
2        A      I believe so.
3        Q      Did you send e-mails in English?
4        A      I believe so as well.
5        Q      When you spoke on the telephone
6    to potential clients did you have
7    conversations in all three languages?
8        A      Yes.
9        Q      So there would come a time when
10   you would have your first telephone
11   conversation with a potential customer,
12   correct?
13       A      Correct.
14       Q      When you had that first telephone
15   conversation with a potential customer would
16   you ask them any questions?
17       A      At first, no.
18       Q      Well, what was the nature of that
19   first conversation at first?
20       A      Selling the conference just like
21   selling a car, selling insurance.
22       Q      So the conversation would consist
23   entirely of answering their questions?
24       A      Yes, I would say so in the
25   beginning.  I didn't learn how to ask those
```

```
 1                    P. Oliveira              57
 2     questions at first so everything was on my
 3     own.
 4          Q     Well, when did you learn how to
 5     ask those questions?
 6          A     By whatever they would talk to me
 7     I started -- I would start picking up things
 8     and I started learning what they wanted to
 9     hear, what I had to ask.
10          Q     What who wanted to hear?
11          A     The sponsor, the client on the
12     other side.
13          Q     So you're saying that you never
14     received any training at Markets Group as to
15     how to carry on a conversation with a
16     potential client?
17          A     Not that I remember of.
18          Q     Did you ever have an opportunity
19     to listen to another Markets Group employee
20     when they were on the telephone with a
21     client?
22          A     I believe that was implemented
23     later on from what I remember.
24          Q     How much later on?
25          A     I don't remember exactly when.
```

P. Oliveira                          58

1

2        Q       When you first started working at

3    Markets Group, let's say in the first year,

4    did you have an office of your own?

5        A       I am sorry?

6        Q       Did you have an office of your

7    own?

8        A       At Markets Group?

9        Q       Yes.

10       A       Of my own, no.

11       Q       You couldn't close the door you

12   sat in an open area with other people?

13       A       Correct.

14       Q       Those other people were also on

15   the telephone sometimes?

16       A       Yes.

17       Q       You could hear them talking to

18   their clients?

19       A       I was focused on building lists,

20   I am not sure if I could do both things and

21   actually concentrate on that.

22       Q       So when you taught yourself how

23   to ask questions, what kinds of questions did

24   you begin asking potential clients?

25       A       Do you have a specific firm that

```
 1                  P. Oliveira              59
 2      you're asking or company or anything like
 3      that because that is very broad.
 4           Q      Well, give me some examples of
 5      what kind of questions you taught yourself to
 6      ask questions of clients?
 7           A      Well, let's say if someone tells
 8      me they are fundraising then I learned I had
 9      to ask the next client are you fundraising.
10           Q      What did you mean by fundraising?
11           A      Fundraising if you need money for
12      your fund.
13           Q      So you're describing a situation
14      in which the client would be a manager at a
15      real estate investment fund for example?
16           A      A real estate fund.
17           Q      What would be the difference
18      between a real estate investment fund and a
19      real estate fund?
20           A      I wouldn't know, I don't call
21      them a real estate investment funds.
22           Q      What you're describing is a real
23      estate fund would be a for profit company,
24      right, it's a business, right?
25           A      Is there a question?
```

```
1                      P. Oliveira              60
2           Q      Yes, just to understand what you
3      mean by these terms, a real estate fund is a
4      company, right?
5           A      Is a company, correct.
6           Q      It's a business, it's in the
7      business world?
8           A      Correct.
9           Q      Is it a business which raises
10     money, you used the phrase fundraising?
11          A      That's what fundraising means.
12          Q      Then do they use that money to
13     invest in real estate projects?
14          A      Correct.
15          Q      Do they use that money to buy
16     real estate if that is different than
17     investing?
18          A      In some cases I think so.
19          Q      So when you testified that you
20     taught yourself to ask somebody if they are
21     fundraising, is it correct to say that what
22     you mean by that is is your real estate fund
23     looking for money right now?
24          A      Right.
25          Q      Is a real estate fund different
```

```
1                    P. Oliveira                61

2     than a real estate developer?

3          A     Yes.

4          Q     Is it correct that typically a

5     real estate fund wouldn't take on the role of

6     developing real estate itself?

7          A     I am not 100 percent sure.

8          Q     You gave me as an example of a

9     question you might ask a potential client,

10    "Are you fundraising?"  What are some other

11    examples of questions that you might ask?

12         A     To whom, that is very broad?

13         Q     You were able to come up with

14    that example, "Are you funding?"  So to

15    anybody that you had a conversation with who

16    was a potential customer, what are some other

17    examples of questions that you taught

18    yourself to ask them?

19         A     If they say they attend

20    conferences I ask them do you usually attend

21    conferences.

22         Q     Did you ever ask a potential

23    customer if he or she was the decisionmaker

24    in terms of purchasing Markets Group

25    products?
```

```
 1                    P. Oliveira                62

 2                    MR. RISMAN:  Objection to

 3             form.

 4                    You can answer.

 5        A      I am sorry?

 6        Q      You can answer.

 7        A      No, I don't think so.

 8        Q      Did you want to know if the

 9   person to whom you were talking had the

10   authority to decide to attend your

11   conference?

12        A      No.

13        Q      Did you ever ask if there were

14   other employees of the company who might be

15   interested in attending the conference?

16        A      Please read it back.

17                    (Whereupon, the record was

18             read by the reporter.)

19        A      Not that I remember.

20        Q      Did you ever ask someone on one

21   of those phone calls for the names of other

22   people with the company?

23        A      Not that I remember.

24        Q      What other questions did you ask

25   them?
```

P. Oliveira                        63

1

2      A     If they say that they would

3    travel, you know, somewhere for conferences

4    then I would ask them if they would travel.

5      Q     So when you asked these potential

6    clients the questions that you have described

7    and they answered them would you write that

8    information down somewhere?

9      A     No.

10     Q     During the period of time that

11   you were making $30,000 a year were you still

12   working with Excel spreadsheets?

13     A     Yes.

14     Q     So did it ever come to pass that

15   after you had a conversation with a potential

16   client you added information to an Excel

17   spreadsheet?

18     A     No.

19              MR. RISMAN:  Objection to

20              form.

21     A     No.

22     Q     At the time you were making

23   $30,000 a year, were you working with any

24   other software than Excel spreadsheets?

25     A     Do you have a specific software?

```
 1                    P. Oliveira               64
 2        Q      So it's a simple question, were
 3   you working with any software at Markets
 4   Group other than an Excel spreadsheet?
 5        A      Word.
 6        Q      And e-mail, right?
 7        A      And e-mail.
 8        Q      What e-mail application were you
 9   using?
10        A      Outlook.
11        Q      Does the phrase CRM mean anything
12   to you?
13        A      That was implemented way later
14   probably towards when I was about to leave.
15        Q      Do you know what CRM stands for?
16        A      I believe it's customer
17   relationship management.
18        Q      Did Markets Group at some point
19   begin to use a customer relations management
20   application?
21        A      Towards the end when I was about
22   to leave they attempted to use a lot of
23   times, people refused to use it.
24        Q      Did that application have a name?
25        A      It had a name, I just don't
```

2    remember the name.

3         Q     Did you use that CRM application

4    yourself?

5         A     We would add some names and last

6    name and e-mail, but mostly because they

7    really wanted us to do it, but in general we

8    would not put anything aside from first name

9    and last name, e-mail.

10        Q     So before you started to use that

11   CRM application you were still using Excel

12   for the purposes that you described?

13                    MR. RISMAN:  Objection to

14                    form.

15        A     Right, yes.

16        Q     So focusing on the period of

17   time, let's say, three months approximately

18   right before you got promoted to head of real

19   estate, when you had a conversation with a

20   potential client and they gave you some

21   information about themselves did you write

22   that information down anywhere?

23        A     No.

24        Q     Did you try to remember that

25   information?

```
                        P. Oliveira                    66

 1

 2        A     No.

 3        Q     Would you say you have a good

 4   memory?

 5        A     Is that a real question?

 6        Q     Yes.

 7        A     Somewhat.

 8        Q     When somebody told you that they

 9   would travel for a conference isn't that an

10   important thing for you to know about them in

11   terms of selling them other products in the

12   future?

13        A     Not necessarily the way we work

14   there.

15        Q     Explain what you mean by the way

16   you work there.

17        A     It was a mass e-mail, talk to a

18   lot of people, move on.

19        Q     When you talked to somebody on

20   the telephone was there not a possibility

21   that another Markets Group employee would

22   talk to that same person a month later or a

23   year later?

24        A     Can you rephrase the question,

25   please?
```

```
1                    P. Oliveira                67

2              MR. WALLACE:  Please read it

3         back.

4              (Whereupon, the record was

5         read by the reporter.)

6              MR. RISMAN:  Objection to

7         form.

8              You can answer.

9    A     Or at the same time.

10   Q     So you might be on the telephone

11   with a potential client would you say on the

12   same day that somebody else called them?

13   A     Yes.

14   Q     The same week?

15   A     Yes.

16   Q     Would you be calling about

17   different products than the other person?

18   A     Yes.

19   Q     So if somebody told you, for

20   example, that they never travelled to a

21   conference, wouldn't that be an important

22   piece of information for other Markets Group

23   sales people to know?

24   A     We never cared about that.

25   Q     Well, they might save themselves
```

```
 1                    P. Oliveira              68

 2      the time of calling that person if they know

 3      they are never going to buy a product.

 4           A    That is not how it worked.

 5           Q    How did it work?

 6           A    We didn't care, we would e-mail

 7      them again and call them again if needs to

 8      be.

 9                    MR. WALLACE:  Read that

10                answer back to me, please.

11                    (Whereupon, the record was

12                read by the reporter.)

13           Q    If needs to be?

14           A    Yes.

15           Q    When you got an answer to a

16      question from a potential client, would you

17      ever e-mail another Markets Group employee

18      describing that answer?

19           A    No.

20           Q    Did you ever talk to your boss

21      about potential clients that you spoke to?

22           A    No.

23           Q    Did anyone ever ask you to call a

24      particular person and speak to them about a

25      conference?
```

```
1                        P. Oliveira              69

2        A      Can you repeat that?

3               (Whereupon, the record was

4               read by the reporter.)

5        A      No, not that I am aware of.

6        Q      When you were head of real estate

7   did you have anyone reporting to you?

8        A      Yes.

9        Q      Who reported to you when you were

10  the head of real estate?

11       A      Roy -- we had a large turnaround

12  so give me one second, Roy, Francisco.

13              Which time are you asking me

14  specifically?

15       Q      During the period of time that

16  you were head of real estate.

17       A      Right, do you have an exact time,

18  the turnaround was large, so I am not --

19       Q      Well, I am asking you during that

20  entire period of time how many direct reports

21  did you have?

22       A      There was Roy, Francisco and

23  Aline.

24       Q      Can you spell that, please?

25       A      A-L-I-N-E.
```

P. Oliveira                                70

2    Q      You referred to a turnover, did

3    they report to you at the same time or

4    different times?

5    A      Those?

6    Q      Yes.

7    A      I believe they were in the same

8    time those three.

9    Q      Did you give them any training?

10   A      I personally do not remember

11   since I am not sure if they all came from me.

12   I believe they came from other managers.  I

13   am not -- Will was the manager at the time so

14   I am not sure.

15   Q      You're not sure if you trained

16   anybody?

17   A      On the last month we started

18   implementing some things.

19   Q      What was the word you used

20   started what?

21   A      Implementing some training

22   towards the end that I would run, but it was

23   off of a book.

24   Q      What book was that?

25   A      SPIN.

```
 1                    P. Oliveira                71

 2         Q      Is that a book from any outside

 3    publisher or --

 4         A      Outside.

 5         Q      Do you remember the author's

 6    name?

 7         A      I do not.

 8         Q      What was the nature of that

 9    training that you ran at the end?

10         A      Are you asking what did I teach?

11         Q      Yes.

12         A      Well, I would implement some of

13    the questions that I asked as I mentioned

14    previously plus the Spin book.

15         Q      So you would teach them what

16    questions to ask?

17         A      I would put in a perspective of

18    SPIN, which is Situation, Implication,

19    Problem, Needs, Payoff.

20         Q      Did you ever have anyone

21    reporting to you before you became head of

22    real estate?

23         A      Before I became head of real

24    estate?

25         Q      Yes.
```

```
1                        P. Oliveira                72

2          A      Before no, we reported to Amir

3     and then Will.

4          Q      Was there ever anyone reporting

5     to you?

6          A      Right, so while Amir and Will

7     were head of real estate of Latin America are

8     you asking if someone was reporting to me?

9          Q      Yes.

10         A      No, none that I can remember.

11         Q      Were you ever involved in

12    training anybody before you became head of

13    real estate?

14         A      Not that I remember since I was

15    focusing more on Latin America.  I don't

16    know, not that I remember, not that I am

17    aware of.

18         Q      Before you became head of real

19    estate, was anybody else working in Latin

20    America other than you and your boss?

21         A      There was a group, which I think

22    it was Capital Infrastructure I believe

23    dealing with Latin America.  They had some

24    private equities Latin America, that is all I

25    can remember.
```

```
1                    P. Oliveira                73
2          Q     You said that three people
3    reported to you as head of real estate, Roy,
4    Francisco and I think you pronounced it
5    Aline, is that correct?
6          A     Yes.
7          Q     What were their last name?
8          A     Roy was Salsinha,
9    S-A-L-S-I-N-H-A, Aline was Viana, V-I-A-N-A
10   and Francisco Pasqual, P-A-S-Q-U-A-L.
11         Q     You testified earlier that you
12   used Outlook, did you ever use the contact
13   management aspect of Outlook?
14         A     What do you mean?
15         Q     Are you aware that Outlook has a
16   contact management application included?
17         A     No.
18         Q     Other than using it to write
19   e-mails did you use Outlook for any other
20   purpose?
21         A     No.
22         Q     Did you use it to keep a
23   calendar?
24         A     Yes, e-mails, calendar, that is
25   all that I remember.
```

2      Q      Did you ever put people's phone

3   numbers into it or any other information

4   about individuals?

5      A      No.

6      Q      When you started work at Markets

7   Group approximately how many employees were

8   there at Markets Group?

9      A      I believe there were about

10  forty-five, fifty.

11     Q      At the beginning?

12     A      At the beginning.

13     Q      When you left how many people

14  were there?

15     A      About sixty, sixty-five.

16              MR. WALLACE:  Let's take a

17              short break.

18              (Whereupon, a recess was

19              taken at 11:59 to 12:09.)

20              MR. WALLACE:  Back on the

21              record.

22              Please read back the last

23              question and answer.

24              (Whereupon, the record was

25              read by the reporter.)

```
1                    P. Oliveira              75
2         Q      During your whole time in Markets
3    Group you sold some sponsorships, correct?
4         A      Correct.
5         Q      Did you sell anything else
6    besides sponsorships?
7         A      No, not that I can remember.
8         Q      At Markets Group were you
9    familiar with the use of the word delegate?
10        A      Yes.
11        Q      What did delegate mean in the
12   business?
13        A      General admission, they would
14   sell tickets.
15        Q      That's different than a
16   sponsorship, correct, it's different than a
17   sponsorship?
18        A      That is correct.
19        Q      Less expensive than a
20   sponsorship?
21        A      Sometimes.
22        Q      Any way, it was a sale of a
23   single ticket to an event?
24        A      Right.
25        Q      Did you make any delegate sales?
```

```
 1                    P. Oliveira                76

 2        A      Not that I can remember of.

 3        Q      When you became head of the real

 4   estate group were you then responsible for

 5   any delegate sales?

 6        A      Can you specify what you mean?

 7        Q      Well, what were your overall

 8   responsibilities once you got promoted to

 9   head of real estate group, were you still

10   just primarily responsible for sponsorships

11   or did you have other duties as well?

12        A      Are you asking which question,

13   there were two questions, right?

14                    MR. WALLACE:  Read back my

15                    question.

16        Q      Let's stop right there.

17        A      The one before I mean.

18        Q      That was the first question, I

19   asked a second question too.

20                    MR. RISMAN:  Objection,

21                    compound.

22        A      I think you asked something else.

23        Q      How did your responsibilities

24   change when you became head of real estate?

25        A      Oversee people's metrics, calls
```

```
1                    P. Oliveira              77

2    and e-mails to make sure we acquire more

3    clients and sell the other people.

4                    MR. WALLACE:  Read that

5              back, please.

6                    (Whereupon, the record was

7              read by the reporter.)

8                    MR. RISMAN:  John, I would

9              ask that you let him finish

10             because he looked like he was

11             still answering that question.

12                   MR. WALLACE:  I didn't see

13             that.

14       Q     Do you want to add anything to

15   that answer?

16       A     So that they could sell

17   sponsorships.

18       Q     You testified that part of the

19   job was to monitor the metrics of your

20   employees.

21       A     Yes, right.

22       Q     How did you do that?

23       A     They would send me a number of

24   the amount of calls they made in e-mails, I

25   believed them, and I would forward them to
```

```
 1                    P. Oliveira                    78
 2     the CFO.
 3          Q     So people would keep track of
 4     themselves and tell you how many phone calls
 5     they made in a day?
 6          A     The end of the week they would
 7     send it to me.
 8          Q     At any time during your
 9     employment at Markets Group did Adam ever
10     give you any reports from LinkedIn?
11          A     Not that I remember of.
12          Q     Did anyone ever give you any
13     printouts of leads that you could follow?
14          A     Can you repeat that question?
15          Q     Did anybody ever give you leads
16     to follow?
17          A     Not that I remember.
18                Would they say -- are you asking
19     me if there were, let's say, websites and go
20     after these websites and build the lists.
21          Q     Did people tell you to build a
22     list from a website?
23          A     Right, correct.
24          Q     What website would that be, would
25     it be the website of a particular company?
```

```
1                    P. Oliveira                79

2        A     Could be of a lot of different

3   companies, but most of these leads would come

4   from again our own, all of these leads would

5   come from research and what is publically

6   available.  A lot of them as I mentioned

7   previously would be on that first name, last

8   name at of Excel S, the company name.  If you

9   go on, let's say, a company like an auditor

10  Ernst & Young and you find the name of the

11  person and you type that name and Ernst &

12  Young and you see a bunch of reports, PDF

13  reports with all e-mails as well, so all of

14  those were publically available.

15       Q     So somebody might say to you go

16  look at the Ernst & Young website and get

17  some names and phone numbers?

18                    MR. RISMAN:  Objection to

19            form.

20                    You can answer.

21       A     I wish I had that guidance, but

22  no.

23       Q     Well, you testified a moment ago

24  that sometimes people did ask you to go look

25  at particular websites, right?
```

P. Oliveira                    80

2      A      They would mention it, but they

3   wouldn't give it to me to do it.

4      Q      But would you do it on your own

5   when you heard somebody mention a website?

6      A      I would say it's part of

7   research.

8      Q      At Markets Group did you use the

9   word products to describe what Markets Group

10  sold?

11     A      Not that I remember of.

12     Q      You testified you sold

13  sponsorships, so those sponsorships were they

14  all related to conferences?

15     A      Conferences.

16     Q      So that is a yes?

17     A      Right.

18     Q      Did you sell anything that didn't

19  relate to a conference or your markets group?

20     A      No.

21     Q      Did Markets Group have any

22  businesses that weren't related to

23  conferences during the time that you worked

24  there?

25     A      Not that I know of.

```
1                    P. Oliveira              81
2         Q      Did you attend any of the
3    conferences that were sponsored by Markets
4    Group?
5         A      I am not sure I understand your
6    question.
7         Q      The conferences that Markets
8    Group organized did you attend any of them
9    personally?
10        A      Yes.
11        Q      How many did you attend?
12        A      I am not certain of the number,
13   but I believe around ten or so.
14        Q      Ten events total in all the years
15   you were there?
16        A      I believe so.
17        Q      Did you attend any events in
18   Latin America?
19        A      Yes.
20        Q      What countries?
21        A      Brazil, Columbia and Mexico.
22        Q      When did you first attend an
23   event for Markets Group?
24        A      I believe it was around June,
25   around June of the first year.
```

```
 1                    P. Oliveira                82

 2        Q      Were you still making $10 an hour

 3   at the time?

 4        A      I don't think so, but I am not

 5   100 percent sure, but I don't think so.

 6        Q      Did you attend any events when

 7   you were making $30,000 a year?

 8        A      Yes, I would say so.

 9        Q      Did you attend any events outside

10   of Latin America?

11        A      As I mentioned previously the one

12   in New York focused on Latin America.

13        Q      So you went to the New York event

14   as well, did you go to the New York event

15   every year?

16        A      Yes.

17        Q      Did you speak at any of the

18   events that you attended?

19        A      I believe I did by introducing

20   the conference for five minutes, but mostly

21   were managers that would do it.

22        Q      Managers that would do what?

23        A      That would introduce for three

24   minutes or so the conference.

25        Q      But you testified that you would
```

```
1                      P. Oliveira                    83

2    introduce some conferences for a few minutes

3    at the outset, correct?

4          A      When I became the head of real

5    estate for Latin America.

6          Q      So prior to becoming head of real

7    estate, did you ever have occasion to speak

8    at a conference?

9          A      Not that I can remember of.

10         Q      So before you became head of real

11   estate, whenever you would attend a

12   conference what were your responsibilities at

13   the conference?

14         A      Greeting people to welcome them,

15   stay by the registration desk if other people

16   would come in and if they needed anything I

17   would be there.

18         Q      For example, what kind of help

19   would they need?

20         A      Water, food.

21         Q      Did you make any sales while you

22   were at conferences?

23         A      While at the conference?

24         Q      Yes.

25         A      Not that I can remember of.
```

```
1                    P. Oliveira                84

2         Q      Did you do any entertaining at

3    conferences?

4         A      Would you describe entertaining?

5         Q      Take any clients out to dinner.

6         A      Not that I remember of.

7         Q      Did you take any client out for

8    drinks?

9         A      What period are you asking?

10        Q      After you became head of real

11   estate.

12        A      I remember once, but I was never

13   reimbursed although I asked for it.

14        Q      So you're saying that you only

15   once took a customer out for a drink at a

16   conference?

17        A      I am saying that I don't

18   remember, but also there is a cocktail hour

19   during the conference --

20        Q      Did you ever talk to --

21        A      Which is part of the conference

22   itself.

23        Q      Did you ever talk to anyone about

24   coming back for another conference?

25        A      Coming back where?
```

```
 1                      P. Oliveira                  85

 2          Q      To another Markets Group

 3   conference?

 4          A      Which region?

 5          Q      Any region.

 6          A      I don't think we would, I think

 7   we would just get back to followup and

 8   blasting e-mails and hoping they would come

 9   back.

10          Q      Did you ever talk to a sponsor

11   about whether they were happy with the

12   conference?

13          A      Read that back to me, please.

14                 (Whereupon, the record was

15                 read by the reporter.)

16                 MR. RISMAN:  Note my

17                 objection to form on that one.

18          A      Sometimes we would, but we would

19   prefer not to.

20          Q      Well, did a client ever approach

21   you and say that they didn't feel they got

22   their monies worth?

23          A      A lot of times, that is why --

24   that is one of the reasons why we wouldn't

25   ask them.
```

P. Oliveira                    86

1

2      Q      When you got information from a

3   client about their conference experience did

4   you tell anybody that information?

5      A      We would talk about it, but it

6   didn't matter it was all about the next one.

7      Q      Well, did people come back and

8   sponsor another conference sometimes?

9                 MR. RISMAN:  Objection to

10                form.

11     A      Sometimes, I would say the Latin

12  America was tough, a lot of people disliked

13  the conferences, so it was tough to get them

14  back.

15     Q      But you sometimes did get them

16  back, it wasn't impossible?

17                MR. RISMAN:  Objection to

18                form.

19     A      Sometimes.

20     Q      When a client expressed a feeling

21  about a conference did you write that

22  information down anywhere?

23     A      Not that I could remember of.

24     Q      When a CRM application was

25  introduced, did you use that to record any

```
1                      P. Oliveira                87

2     information about conversations with clients?

3          A    No.

4                    MR. WALLACE:  Off the

5               record.

6                    (Whereupon, a discussion was

7               held off the record.)

8                    Back on the record.

9          Q    Where were you living when you

10    started working at Markets Group?

11         A    In Astoria.

12         Q    When you left Markets Group were

13    you still lifting in Astoria or had you moved

14    somewhere else?

15         A    I was living in New Jersey.

16         Q    When did you move to New Jersey?

17         A    I did a lot of moves, are you

18    asking for my last address in New Jersey?

19         Q    I am not asking for your address

20    at all, just --

21         A    What timeframe are you asking

22    then?

23         Q    Do you still today maintain a

24    residence in New Jersey?

25         A    No.
```

<pre>
 1                       P. Oliveira                    88

 2          Q      No?

 3          A      No.

 4          Q      You live in Florida too?

 5          A      Correct.

 6          Q      Do you maintain an apartment in

 7     New York City?

 8          A      No.

 9          Q      Does LinkBridge maintain an

10     apartment in New York City?

11          A      No, just the virtual office.

12          Q      Are you saying that LinkBridge's

13     office in New York is a virtual office?

14          A      I would say so, but it can have

15     also meetings there.

16          Q      How many employees does

17     LinkBridge have today?

18          A      Employees?

19          Q      Yes.

20          A      Two.

21          Q      Who are they?

22          A      Myself and Naira.

23          Q      What is Naira's last name?

24          A      Oliveira.

25          Q      Are you related?
</pre>

```
 1                    P. Oliveira                    89

 2          A      Yes.

 3          Q      What is the relationship?

 4          A      My wife.

 5          Q      At any time since you founded

 6   LinkBridge had you had other employees

 7   working for you?

 8          A      Not employees, independent

 9   contractors.

10          Q      For example, I have seen some

11   e-mails that had the name Souza, correct?

12          A      Correct.

13          Q      Who is Souza?

14          A      Independent contractor.

15          Q      Do you still work with Souza,

16   what is Souza's first name?

17          A      Claudio.

18          Q      Do you still work with Claudio

19   Souza?

20          A      Sometimes, it's freelance.

21          Q      Where does Claudio Souza work

22   from?

23          A      He's in Brazil.

24          Q      So it's your testimony that the

25   day-to-day activities of LinkBridge take
```

```
1                    P. Oliveira              90

2    place in Florida?

3                    MR. RISMAN:  Objection to

4              form.

5                    You can answer.

6         A    If you're asking do we make calls

7    and e-mails from Florida?

8         Q    Yes.

9         A    Correct.

10        Q    So if I look on your website I

11   think I see an address in New York City on

12   Avenue of the Americas.

13        A    Correct.

14        Q    Whether they are employees or

15   independent contractors, do you have anybody

16   who on a regular basis sits at that address?

17        A    Whenever we have meetings someone

18   will go in.

19        Q    Do you have anybody who is at

20   that address every week?

21        A    If there are meetings.

22        Q    So when you described it as being

23   a virtual office is it one of those office

24   service places?

25        A    Correct.
```

P. Oliveira                                    91

1

2      Q     You signed a contract with them?

3      A     Yes.

4      Q     If you have a meeting there do

5   you have to pay an hourly rate for the space?

6      A     So we have a certain amount that

7   we can use the office.

8      Q     You pay some kind of a monthly

9   rate for the space?

10     A     Right now, yes.

11     Q     Is there anyone who works for

12  you, either an employee or independent

13  contractor who could be described as being

14  based in the space?

15              MR. RISMAN:  Objection to

16              form.

17     A     They go in sometimes.

18     Q     Now, you testified that meetings

19  are held in the space.

20     A     Correct.

21     Q     Would those be meetings with

22  clients?

23     A     Correct.

24     Q     Are there any meetings that are

25  solely between people working for LinkBridge?

```
 1                    P. Oliveira                92

 2        A      Read that back.

 3               (Whereupon, the record was

 4               read by the reporter.)

 5        A      So if there are meetings between

 6    myself and someone who works at LinkBridge?

 7        Q      Yes.

 8        A      No, not that I can think of.

 9        Q      So typically if you're using the

10    space it's to meet an outsider or potential

11    client or a client?

12               MR. RISMAN:  Objection.

13               Asked and answered, you can

14               answer.

15        A      Potential sponsor client,

16    correct.

17        Q      How often are you in the space

18    yourself?

19        A      Whenever there are meetings.

20        Q      How often are there meetings?

21        A      It varies.

22        Q      Are there meetings every month?

23        A      Some months.

24        Q      Who else attends those meetings?

25        A      Either myself or George.
```

```
1                    P. Oliveira                    93

2        Q      Who is George?

3        A      Independent contractor.

4        Q      What is George's last name?

5        A      Devolder.

6        Q      Spell it, please?

7        A      D-E-V-O-L-D-E-R.

8        Q      What is George's role in

9   LinkBridge?

10       A      Selling sponsors to clients

11  whenever he wishes.

12       Q      Somewhat of your old job in

13  Markets Group?

14       A      Not necessarily, wasn't whenever

15  I wished.

16       Q      When you say whenever George

17  wishes what do you mean by that, what does

18  George do when he's not selling sponsorships?

19       A      His personal life, I am not sure.

20       Q      So what you're really just saying

21  he just works for you part-time?

22       A      He's an independent contractor.

23       Q      Does George submit timesheets?

24       A      No.

25       Q      How do you pay George?
```

```
1                      P. Oliveira                    94

2           A      I am sorry?

3           Q      How is George paid?

4           A      Commission.

5           Q      Commission only?

6           A      Correct.

7           Q      What does Claudio Souza do for

8    LinkBridge?

9           A      Whenever he can he e-mails people

10   that I ask, builds lists.  I taught him how

11   to build lists.

12          Q      You trained Claudio on how to

13   build lists?

14          A      I taught him how to build lists,

15   correct.

16          Q      How are those lists maintained?

17          A      What is your question exactly?

18          Q      What application do you use to

19   maintain those lists?

20          A      Excel.

21          Q      Does LinkBridge use a CRM

22   program?

23          A      We do not.

24          Q      Everything is done in Excel?

25                 MR. RISMAN:  Objection to
```

```
 1                    P. Oliveira              95

 2              form.

 3        A      Correct.

 4        Q      You're still using Outlook for

 5   your e-mail?

 6        A      Yes.

 7        Q      Microsoft Word?

 8        A      Sometimes, depending on the

 9   e-mails.

10        Q      Approximately how many times did

11   you travel to New York in 2018?

12        A      I do not remember that.

13        Q      More than five times?

14                   MR. RISMAN:  Objection.

15                   Asked and answered.

16        A      I really don't remember.

17        Q      More than once?

18        A      Absolutely.

19        Q      But you don't know if it was more

20   than five times?

21        A      I don't, I don't remember.

22        Q      Where do you stay when you come

23   to New York?

24        A      At my mother's house.

25        Q      Your parents still live here?
```

```
 1                      P. Oliveira                  96

 2          A     Yes.

 3          Q     Is your Florida address on your

 4   tax returns?

 5          A     Is my Florida -- I am sorry.

 6          Q     Do you use your Florida address

 7   on your tax returns?

 8          A     Yes.

 9          Q     You have a Florida driver's

10   license?

11          A     Yes.

12          Q     What other independent

13   contractors work for LinkBridge?

14          A     That's it.

15          Q     Just those two?

16          A     Yes.

17          Q     Is Naira an employee of the

18   company?

19          A     Yes.

20          Q     You pay her a salary?

21          A     No, she is I would say a partner.

22          Q     What form is the company, is it a

23   LLC?

24          A     Correct.

25          Q     Is she an equal partner?
```

```
 1                      P. Oliveira              97

 2        A      I would have to check with my

 3   accountant.

 4                   MR. RISMAN:  Off the record

 5               for a second.

 6                   (Whereupon, a discussion was

 7               held off the record.)

 8                   MR. WALLACE:  Back on the

 9               record.

10        Q      Your personal tax returns do they

11   give your Florida address just to clarify?

12        A      Personal, yes.

13        Q      When did you incorporate

14   LinkBridge?

15        A      I believe it was September of

16   2016.

17        Q      Why did you incorporate

18   LinkBridge in September of 2016?

19        A      Because I had mentioned to my CFO

20   that I would leave and have my own business.

21        Q      By the way, when you say your CFO

22   do you mean Tim?

23        A      Correct.

24        Q      Did you mention that were you

25   leaving to Tim before you incorporated
```

```
1                    P. Oliveira              98

2      LinkBridge or afterwards?

3           A     Before.  We had a conversation

4      and I mentioned -- well, I recorded about

5      that I would need some time to get my

6      accountant ready and lawyers ready.

7           Q     When did you have that

8      conversation with Tim?

9           A     I don't remember the exact date.

10          Q     Was it September of 2016?

11          A     It was in September of 2016.

12          Q     When had you made the decision to

13     resign?

14          A     To be truthful I thought about it

15     before, I don't know when, always had that in

16     mind.  Never felt it was a very safe place to

17     be in general.

18          Q     At the time that you incorporated

19     LinkBridge what business were you planning to

20     commence?

21          A     Investor relations, in which I

22     had mentioned also to Tim, and it was

23     recorded, and he mentioned that he would talk

24     to Adam about it.  And once they talked about

25     it they said it was okay and wished me luck.
```

P. Oliveira                    99

1

2      Q      What did you mean when you used

3  the phrase investor relations?

4      A      Investor relations pretty

5  much you -- how would I describe it.  I would

6  reach out to investors so they could be

7  introduced a specific amount of meetings to

8  some managers in which I had also mentioned

9  and recorded exactly what I would be doing.

10     Q      Was it your intention in the day

11 that you resigned to run any conferences?

12     A      With the experience that I had in

13 Markets Group, no.

14     Q      So the investor relations

15 business would that be a commission business?

16     A      It depends on the type of

17 investor relations.  At first I had in mind

18 it would be just commission.  Later on after

19 again getting some counsel I was able to

20 identify in regards to charging a fee to

21 provide those services.

22     Q      So at the very outset it was your

23 plan to make deals and receive a percentage

24 of those deals?

25     A      At first when I talked to him

```
1                    P. Oliveira              100

2       about it, but later on after I spoke with

3       counsel I had to change that in regards to

4       how I would get paid, but I had already quit

5       the job technically, right, and one of the

6       reasons why I recorded was because I

7       obviously felt threatened by e-mail.  One of

8       the reasons why I am also uncomfortable

9       having Tim in the same room as I am while

10      either smiling or staring at me.

11           Q     So you ran a conference event for

12      the first time in May of 2018?

13           A     Correct, May, right.

14           Q     So at what point did you make the

15      decision that LinkBridge would run a

16      conference event?

17           A     About August, September I started

18      thinking about it, that there wasn't enough

19      revenue coming in through investor relations.

20      I had to sell the house to maintain myself.

21           Q     What house did you sell?

22           A     New Jersey.

23           Q     Do you own your home in Florida?

24           A     I do not.

25           Q     When had you purchased the New
```

P. Oliveira                    101

1

2    Jersey house?

3         A    I am sorry?

4         Q    When did you purchase the New

5    Jersey house?

6         A    That same year 2016, beginning of

7    the year somewhat.

8         Q    While you were still working for

9    Markets Group?

10        A    Right.

11        Q    When did you sell that house?

12        A    I believe I placed it on the

13   market November I think that same year, but I

14   ended up selling in March, April somewhat.

15        Q    When you made the decision to

16   tape your conversation with Tim did you get

17   any advice first as to whether that was legal

18   or not?

19        A    No, but I felt threatened for my

20   life.

21        Q    Have you taped anyone else at

22   Markets Group?

23        A    No.

24        Q    Previous to taping Tim that day,

25   did you tape anyone at Markets Group during

```
 1                      P. Oliveira              102
 2      the time that you worked there?
 3                  MR. RISMAN:  Objection,
 4              asked and answered.
 5                  You can answer it.
 6        Q      You can answer it?
 7        A      No.
 8        Q      So you never made a tape of Adam,
 9      right?
10                  MR. RISMAN:  Objection,
11              asked and answered.
12        Q      But you can answer it.
13        A      No.
14        Q      When was your last day at Markets
15      Group?
16        A      I don't remember the exact date,
17      but it was September.
18        Q      Well, after the date on which you
19      say you had that conversation with Tim that
20      you taped did you continue to work at Markets
21      Group?
22        A      I did I believe for a few days, I
23      believe so.
24        Q      What did you do during those few
25      days?
```

P. Oliveira                    103

1

2      A      What Tim pretty much asked me to

3   just stay there, continue to oversee people

4   until they came up with a solution of who is

5   going to be head of real estate Latin

6   America.

7      Q      Did they make a decision during

8   those few days as to who was going to take

9   over?

10      A      I don't think they did.  I

11   remember I gave suggestions, but I don't

12   remember who ended up taking the place.

13      Q      So you testified that you have a

14   virtual office with a company on Avenue of

15   the Americas, has that been LinkBridge's

16   office address all along or did you have

17   another office prior?

18      A      So it has been, but it wasn't

19   virtual at first.

20      Q      When you say it wasn't virtual,

21   were you actually sitting there for some

22   period of time?

23      A      I was.

24      Q      What period of time was that?

25      A      Regular business house.

```
1                    P. Oliveira              104

2        Q     I mean starting when, starting

3   right after your resignation?

4        A     No, I believe that there was

5   another address when I left.  It was a

6   virtual office and I think after a year or so

7   I started being in that office and now

8   obviously I am not around and it's a virtual

9   office.

10       Q     What is the name of the company

11  and office on the Americas?

12       A     Corporate Suites.

13       Q     Corporate Suites?

14       A     Yes.

15       Q     When did you sign a contract with

16  Corporate Suites originally?

17       A     Maybe towards the end of -- I

18  left '16 so maybe towards the end of '17 I

19  would say so.

20       Q     So the day after?

21             MR. RISMAN:  Objection to

22             form.

23       A     No, it was a virtual office.

24       Q     Yes.

25       A     I think it was somewhere else, I
```

```
 1                     P. Oliveira                105
 2     don't remember the exact address in New York.
 3          Q    So it may not have been the place
 4     you just named Corporate Suites it may have
 5     been somewhere else?
 6          A    Right.
 7          Q    I am sorry, did you mention
 8     September 16th in your testimony?
 9          A    No.
10          Q    Do you know the date on which you
11     had that meeting with Tim, the meeting that
12     you taped?
13          A    I answered you, I don't remember.
14          Q    Do you know if you have produced
15     that tape  to us in its entirety?
16          A    I provided it to my lawyer.
17                    MR. RISMAN:  I got the full
18                tape on the record.
19                    MR. WALLACE:  Thank you.
20                    I think this is a good time
21                to break for lunch.
22                    (Whereupon, a luncheon
23                recess was taken from 1:00 p.m.
24                to 1:30 p.m.)
25                    MR. WALLACE:  Back on the
```

P. Oliveira                106

```
 1                         record.
 2            Q      You were testifying before about
 3      the business model when you started
 4      LinkBridge was investor relations, correct?
 5            A      Correct.
 6            Q      Then later you testified that
 7      eventually you switched over to a conference
 8      model because you weren't making enough money
 9      doing investor relations; am I repeating your
10      words back to you correctly?
11            A      Correct.
12            Q      Did you ever during that time
13      period make any money doing investors
14      relations?
15            A      Some.
16            Q      Can you tell me approximately how
17      many investor relation deals you made during
18      that time period that produced any revenue?
19            A      I can't remember top of my head.
20            Q      Do you know how much revenue that
21      was, was it greater than $20,000 in one year?
22                         MR. RISMAN:  Objection.
23                         Asked and answered.
24            Q      You still have to answer.
```

```
                         P. Oliveira                    107
```

1        A     I don't remember exactly.

3        Q     Do you remember which companies

4 you did those investor relation deals with?

5        A     I don't remember which ones.

6        Q     Do you remember if they were

7 companies that you knew from Markets Group or

8 companies that you developed after leaving?

9                MR. RISMAN:  Objection to

10                form.

11                You can answer.

12        A     Not that I remember.

13        Q     You testified before that you had

14 talked to Tim and that Tim and Adam had told

15 you that it was okay for you to do investor

16 relations; is that correct?

17                MR. RISMAN:  Objection,

18                mischaracterizing the testimony.

19                You can answer his question.

20        A     Can you repeat the question,

21 please.

22                (Whereupon, the record was

23                read by the reporter.)

24        A     Correct.

25        Q     Did you have an understanding as

```
1                    P. Oliveira              108

2      to what they were giving you permission to

3      do?

4           A     Can you rephrase that?

5           Q     What did they approve when he

6      told you it was okay to do investor

7      relations, what did they mean?

8                      MR. RISMAN:  Objection to

9                 form.

10                     You can answer.

11          A     Exactly what was described on the

12     tape, reach out to investors, connect them

13     with managers.

14          Q     Was it your understanding that it

15     was okay to do those kinds of deals with

16     Markets Group clients?

17                     MR. RISMAN:  Objection to

18                form.

19          A     Can you repeat the question?

20          Q     Was it your belief that you had

21     permission to call customers of Markets Group

22     to do investor relations transactions?

23                     MR. RISMAN:  Objection to

24                form.

25                     You can answer.
```

```
                          P. Oliveira                   109

 1

 2        A      Since it was a different business

 3   than Markets Group Tim had mentioned it was

 4   okay and he spoke to Adam about it and said

 5   it was okay as well.

 6        Q      Okay specifically to call a

 7   Markets Group client as long as you weren't

 8   doing conference business?

 9        A      Investors and managers there

10   would be an overlap on those.

11        Q      I don't understand what you mean

12   by an overlap?

13        A      They would deal with the same

14   maybe sometimes firms that I would deal with.

15        Q      So your answer is yes, that you

16   believe that they were okay with your calling

17   Markets Group clients?

18                   MR. RISMAN:  Objection,

19               mischaracterizes his testimony.

20                   You can answer.

21        A      Can you repeat that?

22        Q      If you sold a sponsorship to

23   somebody your last week at Markets Group, did

24   you believe that you had permission to call

25   that person to try and promote an investor
```

```
1                      P. Oliveira                    110

2    relations transaction a week after you left

3    Markets Group?

4         A     According to Tim and Adam and

5    what Tim mentioned it was okay for me to do

6    investor relations with investors and

7    managers.  That was not such a thing of them

8    saying you cannot do it with these people.

9         Q     With the investors and managers

10   that you had done business with at Markets

11   Group?

12                    MR. RISMAN:  Objection.

13                    Asked and answered.

14        Q     You still have to answer it.

15        A     Well, investors and managers, but

16   managers were the clients if that is what

17   you're asking me.

18        Q     So your investor relations

19   business was to match up investors and

20   managers, correct?

21        A     Right and setup meetings for them

22   specific to companies, right.

23        Q     So if those managers happened to

24   be people that you had sold sponsorships to

25   at Markets Group you're saying that Tim and
```

```
1                          P. Oliveira              111

2     Adam said that was all right?

3                    MR. RISMAN:  Objection.

4                    Asked and answered.

5                    MR. WALLACE:  I am asking

6               again because he hasn't answered.

7                    MR. RISMAN:  You didn't like

8               his answer, I am sorry.

9                    MR. WALLACE:  It's not like

10              I don't like it I don't

11              understand it.  I am asking for

12              clarification, I have a right to

13              do that.

14         A     Investors and managers are open

15     to everyone on an investor relations

16     business.

17         Q     The answer is yes.  You're not

18     quite saying yes, but I am understanding what

19     you mean is yes, you had permission to call

20     the same people you had sold sponsorships to?

21                    MR. RISMAN:  Objection to

22              form.

23                    You can answer.

24                    THE WITNESS:  He did not

25              like my answer, he did just not
```

```
1                    P. Oliveira              112
2            like my answer.
3       A      According to Tim and in a
4    conversation that we had the night I left it
5    was okay to reach out to investors and
6    managers to do investor relations.
7       Q      There came a day which was the
8    very last day that you performed any services
9    for Markets Group.
10                  MR. RISMAN:  Is there a
11                  question?
12      Q      Yes, there a came a day, right,
13   which was the very last day that you
14   performed any Markets Group services?
15      A      Which services?
16      Q      You testified before that after
17   the date that you had the meeting that you
18   taped with Tim you continued performing some
19   services for Markets Group?
20      A      I would say the same as before,
21   just make sure people are hitting their
22   metrics.
23      Q      Right, but there was some period
24   of time during which you were helping with
25   the transition?
```

P. Oliveira                    113

1

2          A      Well, they had asked me for

3    advice of who could replace me, that is all I

4    remember that we talked about.

5          Q      Well, did you come into the

6    office during that period of time or did you

7    come into the office after the date that you

8    had that conversation that you taped?

9          A      Yes.

10         Q      Did you come into the office

11   every day after that for some period of time?

12         A      I don't remember how often since

13   I had mentioned that I had to talk to

14   accountants and lawyers to set things up so I

15   am not sure.

16         Q      But then there came a day when

17   were you no longer doing anything for Markets

18   Group?

19         A      I am sorry?

20         Q      There then came a day when you

21   were no longer doing anything for Markets

22   Group?

23         A      I am not sure I understand the

24   question.

25         Q      There came a day when you were

```
1                    P. Oliveira                114

2     working full-time for yourself and for

3     LinkBridge, correct?

4          A    Right.

5          Q    Do you remember approximately

6     when that was?

7          A    I don't remember the exact date.

8          Q    You think it was a week later, a

9     day later, a month later?

10                   MR. RISMAN:  Objection.

11                   Asked and answered.  You can

12              answer.

13         A    I don't remember exactly the day.

14         Q    So on the first day that you were

15    full-time working for yourself and for

16    LinkBridge did you have any Markets Group

17    information still in your possession?

18                   MR. RISMAN:  Objection to

19              form.

20         Q    You can answer.

21                   MR. RISMAN:  You can answer.

22         A    Please read it back.

23                   (Whereupon, the record was

24              read by the reporter.)

25         A    No.
```

```
                        P. Oliveira              115
```

1                        P. Oliveira              115

2          Q       The Excel spreadsheets that you

3     had prepared for Markets Group did you ever

4     bring any of them home?

5          A       No.

6          Q       Did you ever use a personal

7     computer in connection with anything you did

8     at Markets Group?

9          A       Not that I can remember of.

10         Q       Did you ever do any work from

11    home for Markets Group?

12         A       Maybe answer e-mail on my phone,

13    which by the way it was a personal phone, but

14    they forced us to put the e-mail on our

15    phones.

16         Q       During the time when you were

17    making $10 an hour did you have a computer at

18    home?

19         A       I am pretty sure I did.

20         Q       Did you ever use that computer to

21    access your Outlook e-mail?

22         A       Not that I remember of.

23         Q       Any time later during your

24    employment with Markets Group, did you ever

25    use a computer that you personally owned to

```
1                       P. Oliveira                116

2    access your Outlook e-mail?

3                  MR. RISMAN:  Objection.

4                  Asked and answered.

5         A     Not that I remember of.

6         Q     But it's your testimony that you

7    did use your personal cellphone to access

8    Outlook?

9                  MR. RISMAN:  Objection.

10                 Asked and answered, you can

11            answer.

12        A     Right.

13        Q     When did that begin?

14        A     I believe they made us do it when

15   we became full-time, so I think when we

16   became full-time they would make us download

17   the e-mail in our personal phones.

18        Q     When you left Markets Group and

19   went full-time for yourself did you retain

20   copies of any Markets Groups sponsorship

21   contracts?

22                 MR. RISMAN:  Objection,

23            asked and answered.

24                 You can answer.

25        A     Not that I am aware of.
```

```
 1                    P. Oliveira              117

 2         Q      Did you retain copies of any

 3    Markets Group documentation, manuals,

 4    brochures, any other printouts?

 5                    MR. RISMAN:  Objection.

 6                    Asked and answered, he can

 7               answer.

 8         A      Not that I remember of.

 9         Q      Did you ever while you were at

10    Markets Group save any information to a thumb

11    drive, BSD or other device?

12         A      No.

13         Q      Did you ever e-mail any

14    information to yourself?

15         A      No.

16                    MR. RISMAN:  I just want to

17               stop for a second and I haven't

18               said anything and, Tim, I

19               understand you can be here, you

20               have the right to be here.

21                    This is on the record that

22               Tim Raleigh has been staring down

23               the witness almost for the

24               entirety of his deposition and

25               it's becoming a problem, because
```

```
 1                    P. Oliveira              118

 2         I know my client feels threatened

 3         because of what happened to him

 4         while he was working at Markets

 5         Group and it's becoming an issue

 6         for me now.  I wouldn't have said

 7         anything, I didn't say anything

 8         earlier because I thought it was

 9         going to stop.  I thought it was

10         going to be something that has

11         lasted for a short of time, but

12         it has lasted for hours now and I

13         ask politely that it stop.

14              MR. WALLACE:  For the

15         record, the client has an

16         absolute right to attend the

17         deposition just as your client

18         would have had the absolute right

19         to attend any prior depositions.

20         I haven't observed any

21         interactions between them, I have

22         not --

23              MR. RISMAN:  That is because

24         your speaking with the witness

25         and I can see exactly what Tim is
```

P. Oliveira                    119

1
2       doing because he's sitting right

3       across the table from me and it's

4       becoming an issue and I am asking

5       kindly that you stop doing that.

6           MR. WALLACE:  I don't think

7       we really have control the way

8       our clients may feel about each

9       other.

10          MR. RISMAN:  Do you believe

11      that it's appropriate to be

12      staring down another party while

13      they are under -- I am asking you

14      whether you think it's

15      appropriate, do you think it's

16      appropriate to do something like

17      that?

18          MR. WALLACE:  I think that

19      people certainly can look at each

20      other during their testimony.

21          MR. RISMAN:  It's different

22      than looking and glancing over

23      and staring down the entire time.

24      I am not going to put up with it

25      anymore.  I want there to be a

```
1                    P. Oliveira              120
2              confirmation on the record --
3              don't laugh, don't smirk because
4              that is what your client is doing
5              all the time.  I am asking that
6              you stop.
7                    Just for the record it's
8              continuing on right now.  I will
9              bring it up to the judge if it
10             continues or we will stop and
11             walk out because it's very
12             threatening.
13                   MR. WALLACE:  Can you read
14             back my last question?
15                   MR. RISMAN:  Objection to
16             form, form objection.
17        Q    So let's talk about the six month
18    period after you went full-time working for
19    yourself, did you have other people working
20    with you during that period of time?
21        A    Yes.
22        Q    Who were they?
23        A    It was Naira and again
24    freelancing Claudio.
25        Q    You mentioned earlier a different
```

```
 1                      P. Oliveira                121

 2     freelancer I think was named George?

 3          A     Correct.

 4          Q     So George didn't work for you in

 5     the first six months?

 6          A     No.

 7          Q     But Claudio did?

 8          A     On and off.

 9          Q     Claudio you said is in Brazil?

10          A     Correct.

11          Q     Do you recall when after you went

12     full-time you first contacted Claudio?

13                      MR. RISMAN:  Objection to

14                 form.

15          A     I don't remember.

16          Q     When you first contacted Claudio

17     what did he do for LinkBridge?

18          A     I asked him to build lists, send

19     e-mails whenever he was available.

20          Q     He was also working in Latin

21     America, looking for leads in Latin America

22     as you had done in Markets Group?

23                      MR. RISMAN:  Objection to

24                 form.

25                      You can answer.
```

```
 1
 2     A     Can you rephrase that question?
 3     Q     Yes, sure.
 4           What instructions did you give
 5     him as to what kind of information to search
 6     for?
 7     A     Any type of manager investor.
 8     Q     Located specifically in Latin
 9     America?
10     A     I don't remember specifically
11     what he would focus on or what I needed to
12     focus on in terms of regions.
13     Q     Was he performing any services
14     for you at the outset that were different
15     than the work that you did when you were a
16     $10 an hour employee for Markets Group?
17     A     I am going to need you to read
18     that back for me.
19                 (Whereupon, the record was
20                 read by the reporter.)
21     A     I am not sure I understand which
22     service, I am not sure of your question.
23     Q     Was he doing for you he basically
24     the same tasks that you did for Markets Group
25     when you started?
```

```
1                    P. Oliveira                    123

2                    MR. RISMAN:  Objection to

3               form.

4                    You can answer.

5          A    Well, he would build lists and he

6     was able to send e-mails probably not

7     necessarily the same.

8          Q    Did he make any phone calls for

9     you?

10         A    I allowed him to make -- I don't

11    remember when exactly I allowed him to make a

12    few calls.

13         Q    Those first six months did

14    LinkBridge have a particular product or

15    service you were offering potential clients?

16                   MR. RISMAN:  Objection to

17              form.

18                   You can answer.

19         A    We were -- I was just doing

20    investor relations.

21         Q    During that period of time did

22    you have phone conversations with potential

23    clients yourself?

24                   MR. RISMAN:  Objection to

25              form.
```

```
1                      P. Oliveira                124
2          Q     Do you ever use the phrase value
3   proposition?
4          A     Not that I can remember of.
5          Q     Ever refer to an ask in a
6   conversation?
7          A     I am sorry?
8          Q     In a sales conversation do you
9   ever speak of an ask?
10         A     An ask?
11         Q     An ask?
12         A     I am not sure I understand.
13         Q     When you had a telephone
14  conversation with a potential client what
15  specifically did you offer them?
16                MR. RISMAN:  Objection to
17                form.
18         A     Investor relations.
19         Q     I am sure that you didn't just
20  call up a client and say, "Can I do investors
21  relations for you?", it was more specific
22  than that, wasn't it?
23                MR. RISMAN:  Objection to
24                form.
25                You can answer.
```

```
1                    P. Oliveira            125
2        A     I guess it would be more on if
3    they had an inhouse investor relations team.
4        Q     For example, were you offering to
5    sell them sponsorships during that six month
6    period?
7        A     No.
8        Q     Were you offering to sell them
9    tickets to anything?
10       A     No.
11       Q     So what specifically were you
12   offering to sell them?
13               MR. RISMAN:  Objection,
14               asked and answered.
15               MR. WALLACE:  There wasn't
16               an answer.
17               MR. RISMAN:  Yes, there was.
18               He talked about investor
19               relationship and he defined it
20               before and you keep going on
21               about it.  You don't like his
22               answer.
23               MR. WALLACE:  It's that I
24               don't understand his answer.  You
25               have to answer these questions
```

P. Oliveira                          126

2          despite the objections.

3      Q      When I make a sales call to

4  somebody I don't call them up and say may I

5  offer you sales, right?  I call somebody up

6  and I say may I sell you oranges, water,

7  coffee, folders.  I am going with a product,

8  right, what was your product during that six

9  month period?

10              MR. RISMAN:  Objection to

11              form.

12              You can answer if you

13              understand what he's saying.

14      A      There is no product, investor

15  relations isn't a product.

16      Q      So I could call somebody up and

17  try to sell them legal services, I could try

18  to sell them accounting services, I could try

19  to sell them money management services, what

20  specific service were you offering to clients

21  during that six month period?

22              MR. RISMAN:  Objection,

23              asked and answered.

24      A      I am not sure I understand your

25  question, but it was exactly what I told Tim

```
1                    P. Oliveira              127

2    that I would be selling, which is connecting

3    investors and managers, investor relations.

4         Q    When we refer to a potential

5    client we are talking about investors or

6    managers or both?

7         A    Clients, managers.

8         Q    Were you making a proposal that

9    you would introduce managers to investors?

10        A    Right, a specific amount of

11   meetings.

12        Q    How many meetings?

13        A    It all depends.

14        Q    Were they paying you just for the

15   introductions?

16        A    Yes, and if they needed some help

17   on a marketing material for themselves.

18        Q    Marketing material to show those

19   investors?

20        A    Or for themselves to show their

21   company.

22        Q    In order for LinkBridge to get

23   paid, did an investor actually have to invest

24   in the client?

25        A    As mentioned previously, no, as I
```

```
1                    P. Oliveira              128
2    searched legal counsel so they can actually
3    pay a fee.
4         Q     So they would pay a fee for,
5    let's say, twenty introductions even if none
6    of those people actually invested?
7         A     In some cases.
8         Q     If somebody did make an
9    investment would LinkBridge also get a
10   commission on the investment?
11        A     I had answered and it's no.
12        Q     So during that six month period
13   Naira was working for the company?
14        A     I am sorry?
15        Q     Naira was working for the company
16   during the six month period?
17        A     Not that I can remember of.
18        Q     I am referring to your wife, did
19   I get her name wrong?
20        A     No, you got it right.
21        Q     So when did she start performing
22   services for LinkBridge?
23        A     I don't remember exactly when,
24   she would just give me some help sometimes.
25        Q     Was she a partner in LinkBridge
```

```
 1                    P. Oliveira                129

 2      on the day that you formed it?

 3           A     I don't remember, but I don't

 4      think so, but I do not remember.

 5           Q     Did you draw up at any time any

 6      kind of a shareholder or operating agreement

 7      for LinkBridge?

 8           A     What do you mean?

 9           Q     Do you have a contract that

10      governs among the owners of LinkBridge, that

11      deals with their relationship with each other

12      as owners?

13           A     None that I can remember.

14           Q     Is there anybody else who is an

15      owner of LinkBridge?

16           A     When?

17           Q     At any time?

18           A     I'd have to check.

19           Q     Does LinkBridge have any outside

20      investments?

21           A     I am sorry?

22           Q     Does LinkBridge have any outside

23      investors?

24           A     Can you specify?

25           Q     Yes, did anybody ever put money
```

```
1                    P. Oliveira            130

2     into LinkBridge to finance operations?

3          A     No.

4          Q     Did you borrow any money to

5     finance operations of LinkBridge?

6          A     No.

7          Q     LinkBridge has a website today,

8     right?

9          A     Yes.

10         Q     What is the website address for

11    LinkBridge?

12         A     LinkBridgeinvestors.com.

13         Q     So when did you purchase that

14    domain?

15         A     I don't remember exactly when.

16         Q     When did you first put up a

17    website at that domain?

18         A     I don't remember exactly when.

19         Q     Was it in 2016?

20         A     Yes.

21         Q     Did it describe the investor

22    relations business?

23         A     Yes.

24         Q     When did George start performing

25    services for LinkBridge?
```

```
 1                    P. Oliveira              131
 2        A     That was towards the end of '17,
 3   towards the end of 2017.
 4        Q     What does George do?
 5        A     He's an independent contractor,
 6   freelancer, sells sponsorships whenever he
 7   wishes to.
 8        Q     Does he build lists in Excel?
 9        A     Yes, he does as well.
10        Q     So another way of phrasing it
11   he's responsible for generating his own
12   leads?
13        A     Yes, unless I find again another
14   publically available list by doing the first
15   name, last name, at company name or an Excel
16   S, Excel, ready to go.
17        Q     Does Claudio do any sales today?
18        A     No.
19        Q     So Claudio is exclusively finding
20   information, George is doing sales?
21                    MR. RISMAN:  Objection,
22               compound.
23                    You can answer.
24                    THE WITNESS:  Which one?
25                    MR. RISMAN:  I guess both,
```

```
 1                      P. Oliveira                 132

 2              you want to split them up?

 3      Q      What does Naira do?

 4      A      She does some marketing

 5   materials.

 6      Q      Does she design the website?

 7      A      I did some, she did some.

 8      Q      Did you use anyone in the outside

 9   to design the website?

10      A      No, no.

11      Q      Other than the people we have

12   named and lawyers or accountants have you

13   ever hired anyone else to perform any

14   services for LinkBridge?

15              MR. RISMAN:  Objection to

16              form.

17              You can answer.

18      A      Have I had any other freelancers?

19      Q      Let's start with that question,

20   any other freelancers?

21      A      Yes.

22      Q      Who?

23      A      Vivian.

24      Q      Spell it, please?

25      A      V-I-V-I-A-N.
```

```
1                         P. Oliveira                    133

2                   Erin.

3          Q      Can you tell me Vivian's last

4    name?

5          A      Fonseca, F-O-N-S-E-C-A.

6                 Erin.

7          Q      A-R-I-N?

8          A      E-R-I-N.

9          Q      Last name?

10         A      I am not sure if I am spelling it

11   correctly, I think it's V-A-D-A-L-I-A.

12         Q      Anyone else?

13         A      I don't think so.  Those are the

14   only ones that I can remember.

15         Q      Where is George based?

16         A      Here in New York.

17         Q      What did Vivian Fonseca do for

18   the company?

19         A      Not much, also freelancer, worked

20   whenever she wanted.  I would ask her to

21   build lists, send e-mails.

22         Q      What about Erin?

23         A      That was even less, similar.

24         Q      Do either of them still work for

25   the company today?
```

P. Oliveira                    134

1
2      A      No.

3      Q      Is there a reason for that?

4      A      They were freelancers, they came

5  as they pleased, weren't selling, no money

6  coming in.

7      Q      Were not selling?

8      A      What?

9      Q      Were not selling?

10     A      No.

11     Q      So there came a time when you

12  scheduled your first conference event for May

13  of 2018?

14     A      Right.

15     Q      When did you first begin to make

16  sales for that May 2018 event?

17     A      Beginning October of -- I believe

18  that was beginning of October for 2017,

19  towards the -- well, towards the end of

20  September as well from what I remember.

21     Q      Did there come a time when you

22  first mentioned the event on your website?

23     A      Yes, the conference I believe it

24  was published on beginning of October, I am

25  not 100 percent sure of the date.

```
                          P. Oliveira                    135
  1
  2          Q        Where did that event take place?
  3          A        Here, here in New York.
  4          Q        In what space?
  5          A        At the Harmonie Club.
  6          Q        What is the Harmonie Club?
  7          A        It's a club.
  8          Q        Private club or restaurant, a
  9   nightclub?
 10          A        Private club I believe so, I
 11   believe it's a private.
 12          Q        Did you sign a contract with the
 13   Harmonie Club for the use of the space?
 14          A        Yes.
 15          Q        When did you sign that contract?
 16          A        It was either August, September,
 17   I am not 100 percent sure.
 18          Q        What else did you do in August or
 19   September in preparation for your conference?
 20          A        Anything specific you want to
 21   ask?
 22          Q        Anything at all?
 23          A        Searched through venues, which I
 24   focused on the vendors, AV, investors, some
 25   -- that is pretty much all I can -- so if I
```

<pre>
1                    P. Oliveira              136
2    remember just the tools to, you know, for the
3    conference itself.
4                    MR. WALLACE:  Read that back
5             to me.
6                    (Whereupon, the record was
7             read by the reporter.)
8         Q    Let me ask a followup question
9    about that, you mentioned vendors.
10        A    Right.
11        Q    What vendors were associated with
12   the conference?
13        A    AV, catering, chairs, if it need
14   to be.
15        Q    AV, do you mean audiovisual?
16        A    Correct.
17        Q    What audiovisual requirements did
18   you have for a conference?
19        A    I personally did not have any
20   requirements, I went with what they
21   suggested.
22        Q    What did they suggest?
23        A    Screens, speaker, microphone.
24        Q    Did you sign any contract for
25   audiovisual or catering?
</pre>

```
 1                    P. Oliveira              137

 2        A      I believe -- so the catering I

 3    believe I signed with the venue.  The

 4    audiovisual I do not remember if it was with

 5    the venue by itself, I do not remember.

 6        Q      Did there come a time when you

 7    put together a schedule of speakers for that

 8    conference?

 9        A      Right.

10        Q      When was that?

11        A      Speakers as in investors let's

12    make that clear, that is very different than

13    managers and sponsors.  Around, I would say,

14    maybe late August, late August, September,

15    yeah, I would say so, probably September'ish.

16        Q      Did you sell sponsorships for

17    that conference?

18        A      I am sorry?

19        Q      Did you sell any sponsorships for

20    the conference?

21                    MR. RISMAN:  Objection,

22                asked and answered.

23                    You can answer.

24        A      Yes.

25        Q      When did you start selling
```

```
1                        P. Oliveira                    138

2     sponsorships?

3                    MR. RISMAN:  Objection,

4              asked and answered.

5                    You can answer.

6          A     Again it was October towards the

7     end of September.

8          Q     Did you make any delegate sales

9     for that conference?

10         A     I did.

11         Q     When did you begin making those

12    delegate sales?

13         A     Around the same time.

14         Q     September?

15         A     End of September beginning of

16    October.  The website -- the website wasn't

17    up yet, so I am assuming once the website was

18    up like October.

19         Q     Did you use any outside software

20    to accomplish registrations for the

21    conference?

22         A     Outside software, not that I can

23    remember of.

24         Q     When somebody wanted to register

25    for the conference did they do that on your
```

P. Oliveira                    139

1
2    website?

3         A     They could do it on the website,
4    yes.

5         Q     Did they go to a third-party
6    website to do that?

7         A     Not that I am aware or I wouldn't
8    know.  You go on our website and you can
9    register.

10         Q     So I have asked you a series of
11    questions about sales for that conference,
12    when did you start making the outreach that
13    led to those sales?

14                    MR. RISMAN:  Objection,
15                asked and answered.

16         A     Right around the same end of
17    September, beginning of October.

18         Q     Did you find most of the sponsors
19    for that conference personally?

20         A     I can't remember exactly since I
21    mean I would -- I would build lists, Claudio
22    would build lists, George was building lists,
23    so I don't know where it came from.  Again
24    lots of overlaps.  If lists are found, you
25    know, whenever they are found online if I

```
 1                    P. Oliveira              140
 2   type first name, last name and a company I am
 3   able to download in Excel on google.  Maybe
 4   somebody also did the same and reached out to
 5   the same person.
 6        Q    Were some of the sponsors for the
 7   May conference people that you had sold
 8   sponsorships to at Markets Group?
 9        A    Not that I can remember having a
10   specific case.
11        Q    Do you remember if any of the
12   people that you sold sponsorships to for the
13   May conference were people that you had never
14   dealt with at Markets Group?
15               MR. RISMAN:  Objection to
16               form.
17               You can answer.
18        A    Read that back to me.
19               (Whereupon, the record was
20               read by the reporter.)
21        A    I don't remember them all, I
22   don't remember them all, but -- I don't
23   remember.  I mean specific case if you have a
24   company, but not like I remember.  Outreach
25   is outreach, whoever answers.
```

```
                        P. Oliveira                    141
 1
 2          Q      What is your title in LinkBridge,
 3     do you call yourself the CEO or the
 4     president?
 5          A      Yes, founder CEO.
 6          Q      What is Naira's title?
 7          A      Principal.
 8          Q      What were LinkBridge's revenues
 9     for 2018?
10          A      I can't remember the top of my
11     head.
12          Q      Approximately?
13          A      Approximately I can't remember
14     exactly.
15          Q      Do you know if you made more than
16     one million dollars?
17          A      I wouldn't know off the top of my
18     head.
19          Q      Does LinkBridge maintain any
20     other offices or virtual offices other than
21     the one that we talked about?
22          A      I don't know if I still have it,
23     an office -- I have a virtual office in
24     Orlando if I would ever have meetings around
25     there, but I don't know if I still maintain
```

```
1                        P. Oliveira                    142

2     it I have to check.

3          Q     Did you ever maintain an office

4     in Latin America anywhere?

5          A     No.

6          Q     So when you're in Florida do you

7     and Naira work from home?

8          A     Yeah, most of the time.

9          Q     We were talking before about any

10    freelancers or outsiders that you used, have

11    you ever hired a firm to do any -- not a

12    freelance individual, but a company to do any

13    lead generation?

14         A     Have I ever hired any company,

15    umm, I don't remember exactly, but I believe

16    I did with Preqin.

17         Q     Who is Preqin?

18         A     I am uncertain where they are

19    because I think they do research and they

20    also sell lists so that is what I would

21    describe it as.

22         Q     What business did you do with

23    them?

24         A     Purchased, I don't remember

25    exactly, but maybe 100,000, 90,000, I am not
```

```
1                    P. Oliveira                143

2      sure, leads or so.

3           Q     When was that?

4           A     I don't remember off the top of

5      my head exactly when.

6           Q     Was it before or after that May

7      of 2018 event?

8           A     I believe it was before.  I think

9      one of the main reasons I purchased was

10     actually to sell for the conference.

11          Q     Have you made any purchases from

12     Preqin since then?

13          A     I don't think so, I don't

14     remember.

15          Q     Were you unhappy with that list?

16          A     Not at all.

17          Q     You felt it was money well spent?

18          A     I guess it was just an addition.

19          Q     Well, as you sit here today do

20     you know if you made any sales from leads

21     developed from that list?

22          A     I would not know.  Again I mean

23     like I said, find list, build list, get list,

24     combine list, e-mail, whoever bites bites.

25          Q     Does LinkBridge have a budgetary
```

                        P. Oliveira                    144

1

2    process?

3        A      Would you mind rephrasing that?

4        Q      Do you create budgets that

5    indicate how much money you want to spend in

6    different areas of the business?

7        A      No, although we should have, but

8    no.

9        Q      Other than Preqin have you ever

10   bought any lists from any outside companies?

11       A      Not that I remember of.

12       Q      Have you ever hired an outside

13   company to do any marketing for you?

14       A      No.

15       Q      Other than purchasing lists, have

16   you ever hired any outside company to do any

17   other sales for you?

18       A      No.

19       Q      Have you or LinkBridge been a

20   party to any other litigation?

21       A      No.

22       Q      You referred specifically to

23   reaching out to investors to come to that May

24   2018 conference, what is the importance of

25   getting investors to a conference?

```
1                        P. Oliveira                    145
2          A       They are just as important as
3     food.
4          Q       What do you mean by food?
5          A       They are just a tool to be there.
6          Q       Do the investors pay LinkBridge
7     any money to attend the conference?
8          A       They do not.
9          Q       Do the investors help LinkBridge
10    attract sponsors to a conference?
11         A       I don't think -- so are you
12    asking me can I sell without investor's
13    sponsorship, yes.
14         Q       Why bother to invite the
15    investors to your conference?
16         A       It's an extra tool, I mean we
17    have lawyers, accountants.
18         Q       Do you invite lawyers and
19    accountants to conferences for free?
20         A       No.
21         Q       So when you call an investor a
22    tool, a tool is something that accomplishes
23    something, right, you do something with a
24    tool?
25         A       Right, but the way it works you
```

P. Oliveira                          146

1

2    invite them, you don't want to talk to them

3    again until the conference because they will

4    probably not even remember who you are.  As

5    the same way you may have a list with lots of

6    people and only ten percent, twenty percent,

7    thirty percent show up, so I don't count on

8    them to make these sales.

9         Q    Do delegates buy tickets in order

10   to meet investors?

11        A    Not necessarily.

12        Q    Why not charge money to the

13   investors then?

14        A    They wouldn't pay.  I mean they

15   don't come for free, whenever, sometimes they

16   do when they do.  So if I charge them they

17   would not come at all.

18        Q    In that case why would you care

19   if they didn't come?

20        A    I don't.

21        Q    Have you ever solicited any

22   Markets Group employee to come and work for

23   you?

24                  MR. RISMAN:  Objection.

25                  You're asking for a legal

1

2          conclusion.  You can answer.

3          Q     Have you ever talked to a Markets

4     Group employee about going to work for you at

5     any time?

6          A     Not that I can remember of.

7          Q     In the conversation that you tape

8     recorded with Tim I think you referred to

9     Will and Frank.

10         A     To Will Frank?

11         Q     Will and Charles, did you refer

12    to Will and Charles in that conversation?

13         A     Yes.

14         Q     Why did you refer to Will and

15    Charles in the conversation?

16         A     I don't remember exactly, but

17    from what I remember Tim and Adam were afraid

18    that Will and Charles were bringing people to

19    work for them.

20         Q     Who were Will and Charles?

21         A     They used to be managers of

22    Markets Group and they are running

23    conferences competing directly with Markets

24    Group.

25         Q     Is Will the same Will that you

```
1                      P. Oliveira                    148

2       referred to as having been your manager at

3       one point?

4            A     Yes.

5            Q     So why was it important to bring

6       up Will and Charles in your resignation

7       meeting?

8            A     I don't remember exactly, but

9       when I recorded the conversation we actually

10      had a conversation before that I had

11      mentioned to Tim and we talked to Adam about

12      it, so when I recorded -- and then I recorded

13      it.  Now, maybe Will and Charles was brought

14      up in the first conversation I do not

15      remember.  What I remember is that they were

16      unhappy that they were taking people out of

17      Markets Group and they had mentioned to -- I

18      don't remember exactly, but I think they

19      wanted to sue them.  I don't think it was

20      Will and Charles specifically, but the people

21      who leave just to jam them up and pressure

22      them, therefore, I would probably say that is

23      why Will and Charles was brought up.

24           Q     What did you use to tape that

25      conversation?
```

P. Oliveira                    149

1

2      A      I am not sure, if I remember I

3  think it was my phone.

4      Q      When did you decide that you were

5  going to tape that conversation?

6      A      I believe it was when I was

7  feeling threatened by Tim.

8      Q      Did you decide that you were

9  going to tape  that conversation the day

10  before, a week before, the morning of?

11      A      I don't remember exactly when.

12      Q      Did you plan in advance exactly

13  what you wanted to talk to Tim about on the

14  tape?

15      A      Not that I remember.

16      Q      Did you speak to anyone or get

17  any advice about what to ask Tim on the tape?

18      A      No.

19      Q      Did you ever regard yourself and

20  Tim as being friends?

21      A      I would say so, hence he caught

22  me by surprise the e-mail, the threats, the

23  lawsuit or as I mentioned previously by my

24  counsel even the way he's acting now.

25      Q      Did you socialize with Tim

```
 1
 2     outside the office?
 3          A     I did and on that first year that
 4     I was running LinkBridge Tim asked me a few
 5     times to go have a beer with the whole
 6     Markets Group team and actually to play
 7     volleyball.  I think they were running a
 8     Friday something for volleyball.
 9          Q     Did you go for a beer?
10          A     I don't think I did.
11          Q     Did you play volleyball?
12          A     No.
13          Q     Do you ever talk to Roy Salsinha
14     today?
15          A     No.
16          Q     When was the last time you spoke
17     to Roy?
18          A     I don't remember, I lost touch
19     with lot of people.
20          Q     When did you lose touch with Roy?
21          A     I am not sure, I don't remember
22     when exactly.
23          Q     Did you ever talk to Roy after
24     you left Markets Group?
25          A     Yes, I believe so.
```

```
 1                    P. Oliveira              151

 2        Q      Were you aware that Markets Group

 3   sued Roy?

 4        A      I think that is exactly why I

 5   believe so, because my counsel had mentioned

 6   not to touch base with him, but I don't

 7   remember exactly when that was.

 8        Q      Since you have been working for

 9   yourself at LinkBridge have you ever done any

10   business with Roy Salsinha?

11        A      No.

12        Q      Have you ever discussed any

13   business with him?

14        A      No.

15        Q      Has he ever discussed any with

16   you?

17                    MR. RISMAN:  Objection,

18               asked and answered.

19                    You can answer.

20        A      No.

21        Q      Did you base your website on

22   Markets Group?

23        A      No.

24        Q      Did you base your event brochure

25   for the May 2018 event on Markets Group'
```

```
1                        P. Oliveira                    152

2     brochure?

3          A     No, they are all very similar, if

4     you look across, I don't know, IMN, Terapin,

5     GRI, ILPA, PRE, PEI, amongst a bunch of

6     others they are all fairly the same.

7                    MR. WALLACE:  Let's take a

8                quick break.

9                    (Whereupon, a recess was

10               taken at 2:51 p.m. to 3:00.)

11         Q     Did the event in May of 2018 take

12    place?

13         A     Yes.

14         Q     Would you call it a successful

15    event?

16         A     I would say it was okay.

17         Q     What do you mean by okay?

18         A     It was okay.

19         Q     Do you know if you made money or

20    lost money on it?

21         A     I am not aware of it.

22         Q     Do you keep financial statements

23    for LinkBridge?

24         A     What type of financial statements

25    exactly?
```

```
1                    P. Oliveira                153

2         Q      Do you have any outside

3    accounting firm?

4         A      Yes.

5         Q      Do they prepare a profit and loss

6    statement for LinkBridge?

7         A      Yes.

8         Q      Do they prepare that report

9    annually or more often than annually?

10        A      Annually.

11        Q      Do you keep any records of

12   LinkBridge which indicate the revenues from

13   an individual event?

14        A      Somewhat, not the way we should.

15        Q      Well, could you clarify what you

16   mean by somewhat?

17        A      I do not always add everyone that

18   I sold a sponsorship to.

19        Q      Is that a record you keep

20   yourself?

21        A      I just answered I do not always

22   keep it.

23        Q      Is that an Excel spreadsheet?

24        A      Some of them.

25        Q      The ones that aren't Excel
```

```
 1                    P. Oliveira                154
 2    spreadsheets what are they?
 3         A     I have to go back and look for
 4    them.
 5         Q     But would that same document also
 6    include the expenses from an event?
 7         A     I haven't got to that yet.
 8         Q     Were you able to pay all your
 9    bills from the May 18th event?
10         A     Yes.
11         Q     Did you pay any commissions to
12    your freelancers from the May 2018 event?
13         A     Some.
14         Q     How many other events has
15    LinkBridge completed since that May of 2018
16    event?
17         A     Two more.
18         Q     Do you have other events that are
19    presently planned for the future?
20         A     Only two.
21         Q     Are those events both presently
22    scheduled?
23         A     Yes.
24         Q     Do you have contracts with a
25    venue for those events?
```

```
1                    P. Oliveira              155
2         A     Yes, for June.  I am not sure
3    about the other one.
4         Q     Are they similar to the May 2018
5    event?
6         A     The one in June I would say so.
7         Q     What about the other one?
8         A     There are somewhat similar to the
9    other two.
10        Q     What do you mean similar to the
11   other two?
12        A     The ones that you asked me.
13        Q     Are the other two events
14   different in some way than May of 2018?
15        A     It's one day instead of two days.
16        Q     Is LinkBridge currently selling
17   any investor relation services?
18        A     None that I can think of right
19   now.
20        Q     Did LinkBridge attempt to sell
21   any investor relations during 2018?
22        A     I don't remember, none that I can
23   remember unless I dragged the conversation
24   from investor relations point, but I don't
25   remember talking about that.
```

```
1                      P. Oliveira              156
2         Q      Do you know if LinkBridge ever
3    again tried to sell investor relations after
4    first scheduling the May 2018 event?
5         A      I just answered I am not sure not
6    off the top of my head.
7         Q      Do you believe that you have any
8    kind of a financial claim against Markets
9    Group?
10                     MR. RISMAN:  Note my
11                objection, calls for a legal
12                conclusion.
13                     You can answer.
14        A      I am not sure, but I was not, you
15   know, paid for the last two weeks from what I
16   can remember.  I am not 100 percent sure.
17        Q      Other than that, is it your claim
18   as you sit here today that Markets Group
19   broke any promise to you?
20        A      Wow, I was promised a bonus,
21   never received it, argued about it.  They
22   said -- Adam said look how much your salary
23   increased, kind of wanted to make more money
24   and sell US, they promised, never allowed me
25   to because of the same reasoning
```

```
1                    P. Oliveira            157

2     Portuguese/Spanish.  I don't know, I guess it

3     was just a lot of stuff, you know, that would

4     go on and we didn't have much HR at the time.

5     You know, things happened, but I sat there.

6          Q    So you said a couple of things I

7     didn't understand.  You referred at one point

8     to Portuguese/Spanish, I wasn't sure what you

9     meant by that.

10         A    That is one of the reasons why

11    they didn't let me run the US Market although

12    they promised they would.

13         Q    And then -- I am sorry, were you

14    done, did you finish?

15         A    And then they just asked me to

16    focus on Latin America.

17         Q    Then you said something about

18    making more money and I didn't understand the

19    words that you said right after that.

20         A    That they told me they were going

21    to give me a bonus at the end of the year and

22    I came to talk about it and Adam said, you

23    know, you got a great increase of salary,

24    something like that.

25         Q    What specifically were you
```

```
 1                    P. Oliveira                158

 2      promised about a bonus?

 3           A     How much?

 4           Q     Did they promise you a specific

 5      amount?

 6           A     They didn't promise a specific

 7      amount.

 8           Q     What was that bonus to be based

 9      on?

10           A     I guess that was just something

11      for the managers, you know.  Others would

12      receive it, one of the reasons why I decided

13      to be a manager was cause everyone received

14      it.

15           Q     Was that promise made before you

16      got the increase?

17                    MR. RISMAN:  Objection to

18                    form.

19                    You can answer.

20           A     That has nothing to do with one

21      another, although I don't remember.

22                    MR. WALLACE:  Please mark

23                    this as Plaintiff's Exhibit 1.

24                    (An Excel list was marked as

25                    Plaintiff's Exhibit 1, for
```

```
 1                    P. Oliveira                159

 2              identification, as of this date.)

 3        Q      Ready?

 4        A      Yes.

 5        Q      Sir, I am showing you for

 6   identification a document that's been marked

 7   Plaintiff's Exhibit 1, can you tell me what

 8   that is?

 9        A      It's an Excel list.

10        Q      Do you know if you have seen this

11   specific Excel list before?

12        A      Not that I remember.

13        Q      So if you look at the very first

14   column under company where it says 1875, does

15   that number mean anything to you?

16        A      No, not that I can remember.

17        Q      So if you read down it says in

18   the second line Abbott Downing, was Abbot

19   Downing the name of a company that you did

20   business with?

21        A      I am not sure.

22        Q      On this first page do you

23   recognize the names of any companies?

24        A      Well, I think it's very broad,

25   just companies maybe BNY Melon, it's a large
```

```
1                    P. Oliveira              160

2    firm.  Off the top of my head no.

3         Q    So in the second column where it

4    has a name like Tanya Marston, do you know

5    what name that would be, what that would be

6    the name of?

7                    MR. RISMAN:  Objection to

8              form.

9         A    No.  What do you mean, do I know

10   who Tanya Marston is, what is the question?

11        Q    Where the names are listed in the

12   right hand column, in terms of their

13   positioning does that mean anything to you as

14   to what information that would convey in the

15   list of names?

16        A    I don't think I understand the

17   question, are the names there, the names are

18   on the list, okay.

19        Q    Whose names are those?

20        A    I don't know, how would I know?

21        Q    Looking in the upper left-hand

22   corner of that page where it says Andes, what

23   does that mean to you?

24        A    That is a Latin America

25   conference that we ran in Columbia.
```

```
                      P. Oliveira                  161
1
2        Q     Does this appear to be a list of
3   leads from that conference?
4                     MR. RISMAN:  Objection to
5               form.
6                     You can answer.
7        A     I don't remember.
8        Q     You testified about building
9   Excel spreadsheets from publically available
10  information, does this appear to be one of
11  those Excel spreadsheets for the information
12  it contains in the format?
13       A     I am not sure, it could be.  A
14  lot of empty spots, info at LinkedIn two,
15  three, I don't know, I would not know.
16       Q     When you turn to the last page of
17  this document do you see some writing there?
18       A     Yeah.
19       Q     Is that in Spanish or Portuguese?
20       A     That's in Spanish.
21       Q     Starting with the first full
22  sentence there which begins Si, No, can you
23  translate that for me?
24       A     If it doesn't answer invite
25  someone else.
```

```
                          P. Oliveira                    162
 1

 2        Q     What is the next sentence?

 3        A     Come back July 8th.

 4        Q     Do you think you might have made

 5   that note?

 6        A     No, I don't think so.

 7        Q     Did you ever take notes in

 8   Spanish?

 9                    MR. RISMAN:  Objection to

10             form.

11        A     Not that I remember, but I highly

12   doubt it.

13        Q     Who working at the company would

14   have taken notes in Spanish?

15        A     I have no idea, it's too broad.

16   It's like info at and a lot of gaps.

17        Q     I am pretty sure that you

18   testified before that after you had

19   conversations with clients you didn't add any

20   notes about them to the Excel spreadsheets.

21                    MR. RISMAN:  Objection to

22             form.

23             You can answer.

24                    MR. WALLACE:  I haven't

25             asked the question yet.
```

```
 1                      P. Oliveira                 163
 2        Q      Does this refresh your
 3   recollection about adding notes to Excel
 4   spreadsheets?
 5                      MR. RISMAN:  Objection to
 6                 the form.
 7        A      Not that I can remember.
 8        Q      Is it still your testimony that
 9   you never personally added a note to an Excel
10   spreadsheet?
11                      MR. RISMAN:  I am going to
12                 object on the record that it's a
13                 mischaracterization of his
14                 earlier testimony, but you can
15                 answer.
16        A      Not that I am aware of.
17                      MR. WALLACE:  Mark this as
18                 Plaintiff's Exhibit 2, please.
19                      (Resignation e-mail was
20                 marked as Plaintiff's Exhibit 2,
21                 for identification, as of this
22                 date.)
23        Q      Is that the e-mail that you sent
24   resigning from the company?
25        A      That is the e-mail.
```

```
1                    P. Oliveira              164

2         Q     So when you sent the e-mail had

3    you previously told anyone at the company

4    that you were quitting?

5         A     Tim.

6         Q     So you had told him that you were

7    leaving before you sent the e-mail?

8         A     Yes, as a matter of fact I don't

9    remember when exactly, but I told him before.

10        Q     How long before you don't

11   remember?

12        A     No.

13        Q     Did you send this e-mail after

14   the conversation in which you taped him?

15        A     I don't remember exactly.

16        Q     You might have sent it

17   afterwards?

18                    MR. RISMAN:  Objection,

19               asked and answered.

20                    You can answer.

21        A     I am not certain.

22                    MR. WALLACE:  Mark this as

23               Plaintiff's 3, please.

24                    (A document pertaining to

25               LinkBridge was marked as
```

```
1                    P. Oliveira              165
2          Plaintiff's Exhibit 3, for
3          identification, as of this date.)
4              MR. RISMAN:  For the record
5          this is bate stamped document
6          D10.
7              On the record, Jonathan, has
8          this document been exchanged?
9              MR. WALLACE:  I don't know,
10         I am not sure.
11             MR. RISMAN:  You don't know
12         if you have exchanged this
13         document.  Maybe your partner can
14         tell me whether this document has
15         been exchanged because there is
16         no bate stamp on it and it's two
17         pages.
18             Has it been exchanged with
19         us?
20             MR. WALLACE:  It's public
21         record that we pulled off his
22         corporation.
23             MR. RISMAN:  We wanted it
24         prior to the exchange if you
25         intended on using it at the
```

```
1                    P. Oliveira              166

2              deposition in advance of it.

3                   MR. WALLACE:  Your objection

4              is noted.

5         Q     This is your corporation, right,

6    LinkBridge Investors?

7         A     Yes.

8         Q     Do you remember the date that you

9    started the process of incorporating it?

10        A     Most likely when I first spoke

11   with Tim since it was a fifteen minute thing,

12   twenty minute, I don't know.

13        Q     How did you go about

14   incorporating it, did you use a service?

15        A     I don't remember.

16        Q     When you say it's a fifteen

17   minute thing, you mean it takes fifteen

18   minutes to incorporate?

19        A     I would say so, I don't think

20   it's something long, I am not sure.

21                  MR. WALLACE:  Mark this as

22             Plaintiff's 4.

23                  (An e-mail from Naira to

24             Eric Newman was marked as

25             Plaintiff's Exhibit 4, for
```

```
1                    P. Oliveira                167

2              identification, as of this date.)

3        Q     I am showing you for

4    identification what has been marked as

5    Plaintiff's 4.

6                    MR. RISMAN:  Can you give

7                the witness the opportunity to

8                review the document that was just

9                handed to him.

10                   MR. WALLACE:  Absolutely,

11               sure.

12       Q     Are you ready?

13       A     Yes.

14       Q     I am showing you what has been

15   marked as Plaintiff's 4 and this is

16   Defendant's bate stamped document pages 00999

17   through Page 01049.  I'd like you to look at

18   page 01017, please.

19       A     Okay.

20       Q     So if you look halfway down the

21   page there is an e-mail from Naira, am I

22   pronouncing her name correctly?

23       A     Yes.

24       Q     You testified that Naira is your

25   partner and your wife, correct?
```

```
1                      P. Oliveira              168

2          A      Correct.

3          Q      So there is an e-mail from --

4          A      Well, I am not sure if she is a

5    partner.  I have go back and look at it as I

6    mentioned previously.

7          Q      Well, she is writing from a

8    LinkBridge Investors.com address, right?

9          A      Right.

10         Q      The e-mail we are looking at is

11   September 6, 2017.

12         A      Correct.

13         Q      It's to Eric Newman.

14         A      Sure.

15         Q      Who is Eric Newman?

16         A      An investor.

17         Q      If we look above there is a reply

18   from him on September 7th.  His title is he's

19   a CPA with the City of Stanford in

20   Connecticut, do you see that?

21         A      Yes.

22                Yes, I see that.

23         Q      So the City of Stanford was

24   considered to be an investor using the

25   definitions you gave us before, right?
```

```
 1                      P. Oliveira              169

 2        A      That is correct.

 3        Q      On September 6, 2017 Naira was

 4   reaching out to confirm that Eric would be

 5   attending as an investor.

 6                   MR. RISMAN:  Objection to

 7                form.

 8                   MR. WALLACE:  I am asking

 9                him if I am interpreting the

10                e-mail correctly.

11        Q      You can answer.

12        A      No, she is not asking to confirm.

13   She just sent a cold e-mail and he bit it.

14        Q      She sent a cold e-mail on

15   September 6th and he responded the next day

16   that he would like to come?

17        A      Right.

18        Q      So because he was an investor

19   would he have paid for the conference or he

20   would have attended for free?

21        A      He would have attended for free.

22        Q      In her e-mail, her cold e-mail as

23   you described it of September 6th she gives a

24   pretty long list of other participants in the

25   meeting starting with Alameda County
```

```
1                      P. Oliveira              170

2    Employees Retirement Association; do you see

3    that?

4          A     Yes.

5          Q     It runs down through a bunch of

6    names down to the next page and ends in

7    Wilshire & Associates.

8          A     Okay.

9          Q     Were these companies' investors?

10         A     Yes.

11         Q     Take a moment and look at the

12   list and see if you see anybody there who is

13   a sponsor or a delegate.

14         A     No.

15         Q     So all investors, correct?

16         A     Correct.

17                MR. RISMAN:  Objection,

18                asked and answered.

19         Q     So on September 6th when she sent

20   this cold e-mail, is it your understanding

21   that all of these investors had in fact been

22   previously contacted and confirmed for this

23   event?

24         A     Not that I can remember, but I

25   don't know.
```

P. Oliveira                    171

1

2    Q    I am sorry, are you saying that

3    it does or doesn't contain names of people

4    who had been confirmed for the event?

5                MR. RISMAN:  Objection,

6            asked and answered.

7            You can answer.

8    A    Not that I remembered.

9    Q    Well, is it possible that in the

10   e-mail she sent on September 6th she was

11   stating that companies that were

12   participating that in fact were not

13   participating?

14               MR. RISMAN:  Objection to

15           form.

16           You can answer.

17   A    This could have been -- this

18   could have been someone who just asked to

19   pencil in not fully confirmed.  As mentioned

20   previously, take those people that talked to

21   them or there is an e-mail, they say pencil

22   in, I am not sure.  You don't talk to them

23   and when you go to the conference more than

24   half are missing.

25   Q    Could this list include anybody

P. Oliveira                    172

1

2   who had never been contacted?

3       A    Not that I am aware of.

4       Q    Given this fairly long list of

5   people that are already listed as attending,

6   does that refresh your recollection as to

7   when you started investor outreach for this

8   event?

9       A    Not necessarily, but as you can

10  see an e-mail was sent out that day and the

11  next day they answered, so could have taken

12  these people ten minutes, two minutes to

13  answer an e-mail right away and say yes.

14      Q    Is that a common occurrence that

15  somebody answers even the next day?

16      A    Well, if they answer sometimes

17  they even answer in the next minute, but

18  again it's whoever bites bites.

19               MR. RISMAN:  Hasn't it

20           already been marked?

21               MR. WALLACE:  So is the

22           resignation letter.

23               MR. RISMAN:  Why are we not

24           doing that?

25               MR. WALLACE:  It's not going

```
                              P. Oliveira                      173

 1

 2                    to come up that much and I wanted

 3                    in my own list.

 4                         Mark this as Plaintiff's 5.

 5                         (A printout from

 6                    LinkBridge's website was marked

 7                    as Plaintiff's Exhibit 5, for

 8                    identification, as of this date.)

 9         Q     Showing you a document that's

10    been marked Plaintiff's 5, contains

11    defendant's bate numbers 44 to 54, have you

12    seen this document before?

13         A     Have I seen the website before?

14         Q     Can you tell me what this is that

15    you're looking at?

16         A     The website.

17         Q     Your testimony is this is a

18    printout from your website site, correct?

19         A     Correct.

20         Q     This is the description on your

21    website of the event we have been you talking

22    about in May 16th and 17, 2018?

23         A     Correct.

24         Q     In addition to putting it up in

25    this format on your website site, did you
```

1                   P. Oliveira                    174

2      print any paper brochures or any marketing

3      materials related to this event?

4           A     Did I print a brochure for the

5      event?

6           Q     Yes.

7           A     Yes.

8           Q     How was that brochure

9      distributed?

10          A     During the event?

11          Q     You're talking about a program

12     for the event?

13          A     Right.

14          Q     Did you have any kind of

15     marketing materials other than the website

16     page, any marketing materials that were

17     printed on paper in advance of the event?

18          A      I mean a PDF you're asking

19     printed is different, I don't know if people

20     would print.

21          Q     Well, if you were on the phone

22     with somebody talking to them about this

23     event in advance, did you ever send them

24     something in the actual paper mail about the

25     event?

```
1                        P. Oliveira                    175
2              RISMAN:  Objection.
3              You can answer.
4        A     Not that I am aware of.
5        Q     If they wanted more specifics did
6   you refer them to the website page?
7                  MR. RISMAN:  Objection to
8           form.
9              You can answer.
10       A     I am not sure I understand the
11  question, what are you asking me when I am on
12  the phone with someone?
13       Q     You testified a couple of times
14  that you sometimes at Markets Group would
15  send -- 10,000 to 20,000 e-mails would go out
16  a time about an event; do you remember saying
17  that?
18       A     Okay.
19       Q     Did you ever at LinkBridge send
20  any paper mail, any United States mail to
21  anyone, did you do any direct mail about an
22  event?
23       A     Not that I can think of.
24       Q     So if you look towards the bottom
25  of the first page it lists Daniel Daniello
```

```
1                    P. Oliveira                176

2     from the Carlyle Group; is that investor?

3          A     In my opinion I would say so.

4          Q     Are there any sponsors that are

5     listed in this exhibit?

6          A     Well, it says sponsors there.

7          Q     On Page 48, correct?

8          A     I don't have a number on the

9     page.  Forty-seven it starts the platinum and

10    then 48.

11         Q     Are what platinum sponsors?

12         A     Just a fancy name for these who

13    may have closed -- who may have may have

14    closed quicker.  Maybe they paid a little bit

15    over others, but there isn't a big difference

16    I can think of off the top of my head, maybe

17    they paid a little more.

18         Q     How much did somebody pay to be a

19    platinum sponsor?

20         A     I can't be certain, it varies.

21         Q     Can you give me a range?

22         A     I can't, it's very broad.  It

23    depends on the firm I guess.

24         Q     Well, to your recollection what

25    is the least anyone ever paid to be a
```

```
 1                    P. Oliveira              177

 2   sponsor?

 3        A     To my recollection I am not sure,

 4   I would have to go back and look.

 5        Q     Do you remember the most that

 6   anybody ever paid to be a sponsor?

 7        A     I would say it's the same answer

 8   as before.  I am not sure, I'd have to go

 9   back and look.

10        Q     So before being listed on these

11   pages as a platinum sponsor or sponsors would

12   each one of these companies have signed a

13   contract with LinkBridge?

14        A     To be a sponsor the majority.

15        Q     Had all these companies been

16   contacted in order to be listed here?

17        A     I would say so.

18        Q     As you look on this list can you

19   identify any companies that didn't pay for

20   sponsorship?  I am talking about just the

21   ones that are listed as sponsors.

22        A     Blackstone.

23        Q     Blackstone never paid?

24        A     Correct.

25        Q     Were they supposed to?
```

```
 1                    P. Oliveira              178
 2              MR. RISMAN:  There was like
 3         an open question, you asked him
 4         about all of them.  Are you going
 5         to give him an opportunity to
 6         answer about all of them and ask
 7         him about individual ones.  He
 8         didn't have an opportunity to
 9         answer, you just jumped into the
10         next question.
11    Q     Was Blackstone supposed to pay?
12    A     That is a very tough question to
13    answer because people see them differently.
14    They can be an investor, they can be a
15    manager, they can be a fund to fund.  There
16    are a lot of products inside a firm.
17    Q     What I am asking is Blackstone
18    did you expect them to pay and they did not?
19    A     From what I remember I am not 100
20    percent sure, but I think I tried and they
21    didn't want to pay I guess.  I don't remember
22    exactly, but then I accepted to add them
23    there.
24    Q     Did they attend the conference?
25    A     Yes.
```

P. Oliveira                                       179

1

2      Q      Following on, do you see anybody

3   else on the list of platinum sponsors or

4   sponsors that did not pay?

5      A      Do you have a firm in specific, I

6   can't remember.

7      Q      I am only asking if you remember,

8   you remembered Blackstone.  Is it your

9   testimony that you don't remember anybody

10  else on this list not paying?

11     A      Blackstone was the first one

12  there.  I believe Stepstone because they also

13  have a fund to fund.

14     Q      What's the word you're using?

15     A      Fund to fund, which is also an

16  investor.

17     Q      Fund a fund?

18     A      Fund to fund.  Those are funds

19  that are allocating to funds as well so they

20  have some different arms internally.

21     Q      So Stepstone might not have made

22  paid anyone else?

23     A      I don't think they did.

24     Q      Anyone else?

25     A      None that I can think of.

P. Oliveira                    180

1

2    Q      Did Vivaris pay?

3    A      So Vivaris was supposed to pay

4    for investor relations.  They didn't pay,

5    they dragged me along for maybe a year.  They

6    were supposed to pay me, I don't remember

7    exactly the amount, but then I ended agreeing

8    for them to pay half if they would come to

9    this.  So I am sure they paid and signed an

10   agreement to do this.

11   Q      They came to the event?

12   A      Yes.

13   Q      If you look in the tiny print

14   Page 50 it says The West Investors Annual

15   Meeting, did that event take place?

16   A      Yes.

17   Q      Was that a successful event?

18   A      It was okay.

19   Q      Do you know if you made a profit

20   or a loss in that event?

21   A      Not sure.

22                MR. WALLACE:  Mark this as

23                Plaintiff's 6.

24                (Several checks were marked

25                as Plaintiff's Exhibit 6, for

```
1                    P. Oliveira            181

2             identification, as of this date.)

3        Q     Showing you a document that is

4   marked as Plaintiff's 6 and actually this

5   would have had a bate's number since you did

6   produce it, but it seems to be cut off, but I

7   didn't see it.

8             MR. RISMAN:  I usually

9             remember putting those on.

10       Q     So the page that your an attorney

11  produced to us consists of several checks.

12  First one at the top is New York Life

13  Insurance Company to LinkBridge, dated March

14  12, 2018, $3,750, can you tell me what that

15  check was for?

16       A     Sponsorship.

17       Q     Would that be a sponsor of the

18  May 2018 event?

19       A     Correct.

20       Q     The second check is Robert W.

21  Beard & Company, dated December 5, 2017 for

22  $3,500, is that also a sponsorship?

23       A     I don't remember exactly, but I

24  listed him under sponsors, but I just don't

25  -- if it was just two tickets and he asked to
```

```
1                        P. Oliveira                    182
2      be listed as a sponsor.
3             Q      What did a ticket to that event
4      cost?
5             A      Can I go back to this?
6             Q      Sure.
7             A      Somewhere from $1,600, $2,400,
8      $2,600.
9             Q      Depending on when they were
10     purchased?
11            A      Yes.
12            Q      If you purchased them before a
13     certain date they were less expensive and
14     then it became more expensive?
15            A      That is correct.
16            Q      If you look at the third check on
17     that page, Robbins, Gallard, Redmond & Dowd
18     LLP, is that also a sponsor, $10,000?
19            A      Yes.
20            Q      That is a law firm, correct?
21            A      That is a law firm.
22            Q      Did they come to your event as a
23     real estate --
24            A      No.
25            Q      Were they looking for clients or
```

```
 1                    P. Oliveira              183

 2    did they come because they themselves were

 3    involved in the real estate business?

 4                    MR. RISMAN:  Objection to

 5              form.

 6                    You can answer.

 7        Q    If you know.

 8        A    But it wasn't specifically to

 9    real estate.  Are you asking me if the

10    conference was real estate?  I don't

11    understand the question.

12        Q    I will rephrase the question.

13                    Why would Robbins, Gallard,

14    Redmond & Dowd attend your conference?

15                    MR. RISMAN:  Objection to

16              form.

17                    You can answer.

18        A    I don't know, to meet managers.

19        Q    By the way, on some of the

20    e-mails that you produced I see the name

21    Pablo Patrick; is that you?

22        A    Yes.

23        Q    You use that name as a business

24    name?

25        A    Yes.
```

```
 1                     P. Oliveira              184

 2        Q     Do you use any other names?

 3        A     No, when I -- well, I think when

 4   I started I used Pablo Oliveira at first.

 5        Q     I meant other than your own name,

 6   have you used any other names besides

 7   Oliveira and Patrick as surnames?

 8        A     No.

 9                   MR. WALLACE:  Mark this as

10                   Plaintiff's 7.

11                   (A contract was marked as

12                   Plaintiff's Exhibit 7, for

13                   identification, as of this date.)

14        Q     I am showing you a document

15   that's marked as Plaintiff's 7, it's bate

16   stamped by defendant 1-5.  Is that the

17   contract that you signed when you started at

18   Markets Group?

19        A     Yes, although the title was

20   wrong.

21        Q     What title do you mean when it

22   says associates?

23        A     Intern, right.

24        Q     So this document I don't believe

25   uses the word intern, are you saying that
```

```
1                    P. Oliveira              185

2    intern was a phrase that was in used at

3    Markets Group or is it your phrase?

4         A    I was hired as an intern.

5         Q    According to who?

6         A    According to Tim.

7         Q    Your testimony is that Tim told

8    you you were an intern?

9         A    I was an intern.

10        Q    What does intern mean to you, how

11   do you interpret the word intern?

12        A    That I wasn't full-time and

13   salaried.

14        Q    When you say the title is wrong,

15   you're not making the allegation that this

16   has been changed, you're saying you disagree

17   with what the contract says?

18                MR. RISMAN:  Objection,

19                mischaracterizes his testimony,

20                but you can answer.

21                MR. WALLACE:  I am asking

22                him what his testimony --

23                MR. RISMAN:  You're asking

24                him if that is what he's

25                testifying.
```

```
1                        P. Oliveira              186
2         A     I don't think they were organized
3    enough to put intern there I guess, I am not
4    sure.
5         Q     That is your signature on Page 5?
6         A     Yes.
7               MR. WALLACE:  I think we are
8               going to take a very brief break,
9               we are kind of closing in on the
10              finish.
11              (Whereupon, a recess was
12              taken from 3:55 to 4:10 p.m.)
13              MR. WALLACE:  We are back on
14              the record.  I have no further
15              questions.
16              MR. RISMAN:  I have one
17              question for redirect if that is
18              okay.
19              MR. WALLACE:  Of course.
20   EXAMINATION BY
21   MR. RISMAN:
22        Q     I want to direct your attention
23   to what was previously marked as Plaintiff's
24   5, go to Page Defendant's 49, it's in the
25   bottom right-hand corner, what is a media
```

```
 1                    P. Oliveira                187

 2   institutional partner?

 3        A     Those are just words, I mean I

 4   have them placed as a media partner and they

 5   just place a banner or a logo.

 6        Q     Do they pay to come to a

 7   conference?

 8        A     No.

 9                 MR. RISMAN:  Nothing

10                 further.

11                 MR. WALLACE:  So we are just

12                 noting that the deposition will

13                 be signed under Rule 30-E.

14                       -o0o-

15                 (Whereupon, the deposition

16                 of Pablo Oliveira was concluded

17                 at 4:20 p.m.)

18                 _____

19                       PABLO OLIVEIRA

20   Subscribed and sworn to

21   before me this _____ day

22   of _____, 2019

23   _____

24   NOTARY PUBLIC

25
```

188

<u>I N D E X</u>

| WITNESS | EXAMINATION BY | PAGE |
|---------|---------------|------|
| P. Oliveira | Mr. Wallace | 4 |
| | Mr. Risman | 186 |

<u>EXHIBITS</u>

| PLAINTIFF'S | DESCRIPTION | PAGE |
|-------------|-------------|------|
| 1 | Excel list | 158 |
| 2 | Resignation e-mail | 163 |
| 3 | Document pertaining to LinkBridge | 164 |
| 4 | E-mail from Naira to Eric Newman | 166 |
| 5 | Printout from LinkBridge's website | 173 |
| 6 | Checks | 180 |
| 7 | A contract | 184 |

1                                                              189

2                     C E R T I F I C A T E

3

4          I, Angela Torregrossa, a reporter

5     and Notary Public within and for the

6     State of New York, do hereby certify:

7          That the witness(es) whose

8     testimony is hereinbefore set forth was

9     duly sworn by me, and the foregoing

10    transcript is a true record of the

11    testimony given by such witness(es).

12         I further certify that I am not

13    related to any of the parties to this

14    action by blood or marriage, and that I

15    am in no way interested in the outcome

16    of this matter.

17

18

19

20

21

22    _____

23            ANGELA TORREGROSSA

24

25

190

ERRATA SHEET

The following are my corrections to the
attached transcript:


PAGE     LINE     SHOULD READ

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

_____  *  _____  _____

1

## #

**#144179** [1] - 1:21

## $

**$1,600** [1] - 182:7
**$10** [12] - 30:15, 30:24, 32:2, 32:11, 34:15, 36:5, 36:12, 36:18, 54:6, 82:2, 115:17, 122:16
**$10,000** [1] - 182:18
**$2,400** [1] - 182:7
**$2,600** [1] - 182:8
**$20,000** [1] - 106:22
**$3,500** [1] - 181:22
**$3,750** [1] - 181:14
**$30,000** [1] - 40:2, 40:9, 41:13, 45:4, 45:9, 45:23, 46:3, 48:6, 63:11, 63:23, 82:7

## '

**'16** [2] - 51:22, 104:18
**'17** [2] - 104:18, 131:2

## 0

**00999** [1] - 167:16
**01017** [1] - 167:18
**01049** [1] - 167:17

## 1

**1** [4] - 158:23, 158:25, 159:7, 188:10
**1-5** [1] - 184:16
**10,000** [3] - 48:14, 48:22, 175:15
**100** [7] - 23:3, 61:7, 82:5, 134:25, 135:17, 156:16, 178:19
**100,000** [1] - 142:25
**10004** [1] - 2:5
**10007** [1] - 2:10
**10:25** [1] - 1:12
**10:43** [1] - 34:11
**10:50** [1] - 34:11
**11:59** [1] - 74:19
**12** [1] - 181:14
**12:09** [1] - 74:19
**14** [1] - 1:11
**14th** [1] - 2:5
**158** [1] - 188:10
**160** [1] - 1:10
**163** [1] - 188:11

**164** [1] - 188:12
**166** [1] - 188:14
**16th** [2] - 105:8, 173:22
**17** [1] - 173:22
**173** [1] - 188:15
**180** [1] - 188:16
**184** [1] - 188:17
**186** [1] - 188:6
**1875** [1] - 159:14
**18th** [1] - 154:9
**1:00** [1] - 105:23
**1:30** [1] - 105:24

## 2

**2** [3] - 163:18, 163:20, 188:11
**20,000** [5] - 48:14, 48:22, 48:24, 50:4, 175:15
**2003** [3] - 6:12, 6:23, 7:6
**2012** [3] - 7:13, 8:9, 19:12
**2013** [1] - 27:21
**2015** [1] - 51:22
**2016** [8] - 7:6, 97:16, 97:18, 98:10, 98:11, 101:6, 130:19
**2017** [6] - 6:6, 131:3, 134:18, 168:11, 169:3, 181:21
**2018** [18] - 95:11, 100:12, 134:13, 134:16, 141:9, 143:7, 144:24, 151:25, 152:11, 154:12, 154:15, 155:4, 155:14, 155:21, 156:4, 173:22, 181:14, 181:18
**2019** [2] - 1:11, 187:22
**260** [1] - 4:14
**2:51** [1] - 152:10

## 3

**3** [3] - 164:23, 165:2, 188:12
**30** [3] - 2:5, 2:10, 45:12
**30-E** [1] - 187:13
**304** [1] - 4:14
**33896** [1] - 4:15
**37th** [2] - 28:21, 28:22
**3:00** [1] - 152:10
**3:55** [1] - 186:12

## 4

**4** [6] - 166:22, 166:25, 167:5, 167:15, 188:5, 188:13
**44** [1] - 173:11
**48** [2] - 176:7, 176:10
**49** [1] - 186:24
**4:10** [1] - 186:12
**4:20** [1] - 187:17

## 5

**5** [7] - 173:4, 173:7, 173:10, 181:21, 186:5, 186:24, 188:15
**50** [1] - 180:14
**54** [1] - 173:11

## 6

**6** [6] - 168:11, 169:3, 180:23, 180:25, 181:4, 188:16
**6.5** [4] - 41:19, 44:8, 44:10, 44:13
**6th** [5] - 2:10, 169:15, 169:23, 170:19, 171:10

## 7

**7** [4] - 184:10, 184:12, 184:15, 188:17
**7th** [1] - 168:18

## 8

**80** [2] - 45:4, 45:13
**8th** [1] - 162:3

## 9

**90** [1] - 45:5
**90,000** [1] - 142:25

## A

**A-L-I-N-E** [1] - 69:25
**A-M-I-R** [1] - 36:16
**a.m** [1] - 1:12
**Abbot** [1] - 159:18
**Abbott** [1] - 159:18
**abilities** [1] - 14:4
**ability** [1] - 4:21
**able** [6] - 17:15, 61:13, 99:19, 123:6, 140:3, 154:8
**above-entitled** [1] -

1:15
**absolute** [2] - 118:16, 118:18
**absolutely** [2] - 95:18, 167:10
**accepted** [1] - 178:22
**access** [3] - 115:21, 116:2, 116:7
**accident** [1] - 16:3
**accomplish** [1] - 138:20
**accomplishes** [1] - 145:22
**according** [4] - 110:4, 112:3, 185:5, 185:6
**accountant** [2] - 97:3, 98:6
**accountants** [4] - 113:14, 132:12, 145:17, 145:19
**accounting** [2] - 126:18, 153:3
**acquire** [1] - 77:2
**acting** [1] - 149:24
**action** [2] - 1:15, 189:14
**activities** [2] - 9:25, 89:25
**activity** [1] - 9:7
**actual** [1] - 174:24
**Adam** [13] - 52:3, 52:17, 78:9, 98:24, 102:8, 107:14, 109:4, 110:4, 111:2, 147:17, 148:11, 156:22, 157:22
**add** [4] - 54:10, 65:5, 77:14, 153:17, 162:19, 178:22
**added** [2] - 63:16, 163:9
**adding** [1] - 163:3
**addition** [2] - 143:18, 173:24
**additional** [1] - 40:23
**address** [14] - 4:12, 87:18, 87:19, 90:11, 90:16, 90:20, 96:3, 96:6, 97:11, 103:16, 104:5, 105:2, 130:10, 168:8
**administer** [1] - 3:19
**admission** [1] - 75:13
**advance** [4] - 149:12, 166:2, 174:17, 174:23
**advice** [3] - 101:17, 113:3, 149:17
**afraid** [1] - 147:17
**afterwards** [2] - 98:2,

**164:17**
**ago** [2] - 17:5, 79:23
**AGREED** [3] - 3:5, 3:11, 3:16
**agreeing** [1] - 180:7
**agreement** [2] - 129:6, 180:10
**ahead** [3] - 7:22, 9:12, 14:16
**Alameda** [1] - 169:25
**Aline** [3] - 69:23, 73:5, 73:9
**allegation** [1] - 185:15
**allocating** [1] - 179:19
**allowed** [7] - 34:20, 34:22, 50:2, 55:9, 123:10, 123:11, 156:24
**almost** [1] - 117:23
**alone** [2] - 19:18, 42:2
**ALSO** [1] - 2:13
**America** [28] - 53:19, 53:20, 54:3, 54:7, 54:12, 54:16, 54:20, 55:2, 55:4, 55:7, 55:12, 72:7, 72:15, 72:20, 72:23, 72:24, 81:18, 82:10, 82:12, 83:5, 86:12, 103:6, 121:21, 122:9, 142:4, 157:16, 160:24
**Americas** [2] - 90:12, 103:15, 104:11
**Amir** [5] - 36:14, 52:14, 52:23, 72:2, 72:6
**amount** [8] - 41:5, 77:24, 91:6, 99:7, 127:10, 158:5, 158:7, 180:7
**analyst** [2] - 40:5, 45:21
**analytics** [1] - 5:15
**AND** [3] - 3:5, 3:11, 3:16
**Andes** [1] - 160:22
**Angela** [2] - 1:17, 189:4
**Annual** [1] - 180:14
**annually** [4] - 40:17, 153:9, 153:10
**answer** [99] - 4:20, 4:25, 7:21, 7:22, 8:17, 9:10, 9:12, 12:24, 13:9, 13:14, 13:15, 16:18, 16:19, 18:7, 19:25, 20:14, 20:23, 38:11, 43:13, 48:19, 48:24, 49:5,

2

49:11, 49:14, 49:15,
51:7; 62:4, 62:6,
67:8, 68:10, 68:15,
68:18, 74:23, 77:15,
79:20, 90:5, 92:14,
102:5, 102:6,
102:12, 106:25,
107:11, 107:19,
108:10, 108:25,
109:15, 109:20,
110:14, 111:8,
111:17, 111:23,
111:25, 112:2,
114:12, 114:20,
114:21, 115:12,
116:11, 116:24,
117:7, 121:25,
123:4, 123:18,
124:25, 125:16,
125:22, 125:24,
125:25, 126:12,
131:23, 132:17,
137:23, 138:5,
140:17, 147:2,
151:19, 156:13,
158:19, 161:6,
161:24, 162:23,
163:15, 164:20,
169:11, 171:7,
171:16, 172:13,
172:16, 172:17,
175:3, 175:9, 177:7,
178:6, 178:9,
178:13, 183:6,
183:17, 185:20
**answered** [43] - 12:22,
13:7, 13:11, 13:23,
13:24, 16:23, 17:13,
17:20, 18:6, 43:9,
43:11, 49:8, 49:10,
49:20, 50:3, 63:7,
92:13, 95:15, 102:4,
102:11, 105:13,
106:24, 110:13,
111:4, 111:6,
114:11, 116:4,
116:10, 116:23,
117:6, 125:14,
126:23, 128:11,
137:22, 138:4,
139:15, 151:18,
153:21, 156:5,
164:19, 170:18,
171:6, 172:11
**answering** [5] - 11:5,
11:9, 14:3, 56:23,
77:11
**answers** [4] - 16:14,
17:7, 140:25, 172:15
**Apartment** [1] - 4:14

**apartment** [2] - 88:6,
88:10
**apologize** [1] - 11:6
**appear** [2] - 161:2,
161:10
**application** [11] -
32:19, 32:22, 48:9,
64:8, 64:20, 64:24,
65:3, 65:11, 73:16,
86:24, 94:18
**applications** [2] -
31:21, 32:16
**approach** [1] - 85:20
**appropriate** [3] -
119:11, 119:15,
119:16
**approve** [1] - 108:5
**April** [2] - 35:6, 101:14
**area** [1] - 58:12
**areas** [1] - 144:6
**argued** [1] - 156:21
**ARIN** [1] - 133:7
**arms** [1] - 179:20
**arrange** [1] - 49:20
**ascertain** [1] - 47:12
**aside** [1] - 65:8
**aspect** [1] - 73:13
**associate** [7] - 8:12,
10:4, 24:7, 24:22,
39:24, 40:5, 45:21
**associated** [1] -
136:11
**associates** [2] - 19:14,
184:22
**Associates** [1] - 170:7
**Association** [1] -
170:2
**assume** [4] - 14:17,
20:7, 20:24, 22:25
**assuming** [1] - 138:17
**Astoria** [2] - 87:11,
87:13
**attached** [1] - 190:5
**attempt** [1] - 155:20
**attempted** [1] - 64:22
**attend** [18] - 55:2,
55:6, 61:19, 61:20,
62:10, 81:2, 81:8,
81:11, 81:17, 81:22,
82:6, 82:9, 83:11,
118:16, 118:19,
145:7, 178:24,
183:14
**attended** [3] - 82:18,
169:20, 169:21
**attending** [4] - 47:13,
62:15, 169:5, 172:5
**attends** [1] - 92:24
**attention** [1] - 186:22
**Attorney** [1] - 2:4

**attorney** [2] - 4:17,
181:10
**Attorneys** [1] - 2:9
**attorneys** [1] - 3:6
**attract** [1] - 145:10
**audiovisual** [4] -
136:15, 136:17,
136:25, 137:4
**auditor** [1] - 79:9
**August** [5] - 100:17,
135:16, 135:18,
137:14
**author's** [1] - 71:5
**authority** [1] - 62:10
**authorized** [1] - 3:19
**automated** [1] - 48:9
**AV** [3] - 135:24,
136:13, 136:15
**Available** [1] - 10:22
**available** [16] - 12:8,
12:11, 12:13, 13:6,
15:5, 15:10, 15:12,
15:21, 33:24, 34:2,
48:15, 79:6, 79:14,
121:19, 131:14,
161:9
**Avenue** [2] - 90:12,
103:14
**aware** [10] - 69:5,
72:17, 73:15,
116:25, 139:7,
151:2, 152:21,
163:16, 172:3, 175:4
**awhile** [2] - 17:5,
18:11

## B

**bachelor's** [1] - 5:13
**Bachelor's** [2] - 5:17,
6:15
**ball** [2] - 28:6, 28:8
**banner** [1] - 187:5
**Baruch** [3] - 6:18,
7:12, 7:15
**base** [3] - 151:6,
151:21, 151:24
**based** [3] - 91:14,
133:15, 158:8
**basis** [1] - 90:16
**bate** [5] - 165:5,
165:16, 167:16,
173:11, 184:15
**bate's** [1] - 181:5
**Beard** [1] - 181:21
**became** [13] - 51:16,
71:21, 71:23, 72:12,
72:18, 76:3, 76:24,
83:4, 83:10, 84:10,
116:15, 116:16,

182:14
**become** [1] - 51:18
**becoming** [5] - 52:6,
83:6, 117:25, 118:5,
119:4
**beer** [2] - 150:5, 150:9
**begin** [5] - 58:24,
64:19, 116:13,
134:15, 138:11
**beginning** [10] -
29:16, 56:25, 74:11,
74:12, 101:6,
134:17, 134:18,
134:24, 138:15,
139:17
**begins** [1] - 161:22
**belief** [1] - 108:20
**best** [3] - 4:20, 13:15,
14:4
**between** [13] - 3:6,
7:14, 7:18, 8:2,
39:11, 40:19, 45:3,
45:6, 45:12, 59:18,
91:25, 92:5, 118:21
**big** [1] - 176:15
**bills** [1] - 154:9
**bit** [2] - 169:13, 176:14
**bites** [4] - 143:24,
172:18
**blackstone** [2] -
177:22, 179:11
**Blackstone** [4] -
177:23, 178:11,
178:17, 179:8
**blasting** [1] - 85:8
**blood** [1] - 189:14
**BNY** [1] - 159:25
**body** [1] - 5:3
**bonus** [6] - 40:24,
40:25, 156:20,
157:21, 158:2, 158:8
**book** [4] - 70:23,
70:24, 71:2, 71:14
**borrow** [1] - 130:4
**boss** [4] - 24:10,
24:13, 68:20, 72:20
**bother** [1] - 145:14
**bottom** [2] - 175:24,
186:25
**bought** [1] - 144:10
**BRAZIL** [1] - 1:4
**Brazil** [5] - 5:9, 6:8,
81:21, 89:23, 121:9
**Brazilian** [1] - 55:20
**break** [4] - 74:17,
105:21, 152:8, 186:8
**brief** [1] - 186:8
**bring** [3] - 115:4,
120:9, 148:5
**bringing** [1] - 147:18

**broad** [6] - 50:25,
59:3, 61:12, 159:24,
162:15, 176:22
**Broad** [1] - 2:5
**Broadway** [1] - 1:10
**brochure** [4] - 151:24,
152:2, 174:4, 174:8
**brochures** [3] - 9:24,
117:4, 174:2
**broke** [1] - 156:19
**brought** [2] - 148:13,
148:23
**BSD** [1] - 117:11
**budgetary** [1] - 143:25
**budgets** [1] - 144:4
**build** [19] - 10:11,
15:8, 31:2, 31:8,
31:14, 36:25, 37:10,
78:20, 78:21, 94:11,
94:13, 94:14,
121:18, 123:5,
131:8, 133:21,
139:21, 139:22,
143:23
**building** [8] - 8:14,
12:9, 25:22, 54:5,
54:8, 58:19, 139:22,
161:8
**builds** [1] - 94:10
**built** [8] - 10:10,
11:18, 12:4, 18:18,
24:19, 24:20, 25:16,
31:24
**bunch** [4] - 10:24,
79:12, 152:5, 170:5
**Business** [1] - 5:13
**business** [26] - 5:14,
16:10, 59:24, 60:6,
60:7, 60:9, 75:12,
97:20, 98:19, 99:15,
103:25, 106:4,
109:2, 109:8,
110:10, 110:19,
111:16, 130:22,
142:22, 144:6,
151:10, 151:13,
159:20, 183:3,
183:23
**businesses** [1] -
80:22
**buy** [3] - 60:15, 68:3,
146:9
**BY** [5] - 2:6, 2:11, 4:7,
186:20, 188:4

## C

**calculated** [1] - 41:17
**calendar** [2] - 73:23,
73:24

3

**cannot** [1] - 110:8
**Capital** [1] - 72:22
**car** [1] - 56:21
**care** [2] - 68:6, 146:18
**cared** [1] - 67:24
**Carlyle** [1] - 176:2
**carry** [1] - 57:15
**case** [6] - 13:12, 30:2, 39:17, 140:10, 140:23, 146:18
**cases** [2] - 60:18, 128:7
**catering** [3] - 136:13, 136:25, 137:2
**caught** [1] - 149:21
**cellphone** [1] - 116:7
**CEO** [2] - 141:3, 141:5
**certain** [5] - 81:12, 91:6, 164:21, 176:20, 182:13
**certainly** [2] - 14:10, 119:19
**certificate** [2] - 5:22, 5:24
**certification** [1] - 3:8
**certify** [2] - 189:6, 189:12
**CFO** [5] - 27:4, 51:25, 78:2, 97:19, 97:21
**chairs** [1] - 136:13
**change** [8] - 24:5, 39:21, 48:3, 51:6, 53:3, 53:24, 76:24, 100:3
**changed** [1] - 185:16
**charge** [2] - 146:12, 146:16
**charging** [1] - 99:20
**Charles** [9] - 147:11, 147:12, 147:15, 147:18, 147:20, 148:6, 148:13, 148:20, 148:23
**check** [6] - 97:2, 129:18, 142:2, 181:15, 181:20, 182:16
**Checks** [1] - 188:16
**checks** [2] - 180:24, 181:11
**circumstances** [2] - 30:5, 44:15
**citizens** [1] - 16:11
**City** [9] - 6:20, 7:5, 8:5, 10:25, 88:7, 88:10, 90:11, 168:19, 168:23
**claim** [2] - 156:8, 156:17
**clarification** [1] -

111:12
**clarify** [4] - 7:2, 33:5, 97:11, 153:15
**Claudio** [13] - 89:17, 89:18, 89:21, 94:7, 94:12, 120:24, 121:7, 121:9, 121:12, 121:16, 131:17, 131:19, 139:21
**clear** [3] - 7:3, 10:15, 137:12
**client** [33] - 34:6, 43:23, 43:25, 44:3, 44:5, 46:12, 46:16, 57:11, 57:16, 57:21, 59:9, 59:14, 61:9, 63:16, 65:20, 67:11, 68:16, 84:7, 85:20, 86:3, 86:20, 92:11, 92:15, 109:7, 118:2, 118:15, 118:17, 120:4, 124:14, 124:20, 127:5, 127:24
**clients** [23] - 46:5, 46:8, 56:6, 58:18, 58:24, 59:6, 63:6, 68:21, 77:3, 84:5, 87:2, 91:22, 93:10, 108:16, 109:17, 110:16, 119:8, 123:15, 123:23, 126:20, 127:7, 162:19, 182:25
**close** [2] - 10:4, 58:11
**closed** [3] - 10:8, 176:13, 176:14
**closing** [1] - 186:9
**Club** [3] - 135:5, 135:6, 135:13
**club** [3] - 135:7, 135:8, 135:10
**CO** [1] - 51:25
**cocktail** [1] - 84:18
**coffee** [1] - 126:7
**cold** [7] - 8:14, 8:16, 17:8, 169:13, 169:14, 169:22, 170:20
**collateral** [1] - 9:23
**collected** [2] - 44:5, 44:9
**College** [1] - 6:18
**college** [1] - 8:2
**Columbia** [2] - 81:21, 160:25
**column** [3] - 159:14, 160:3, 160:12
**combine** [3] - 46:21,

48:13, 143:24
**coming** [5] - 6:8, 84:24, 84:25, 100:19, 134:6
**commence** [1] - 98:20
**commission** [18] - 40:24, 41:2, 41:5, 41:11, 41:14, 41:16, 41:23, 42:4, 42:14, 43:3, 43:7, 44:4, 44:17, 94:4, 94:5, 99:15, 99:18, 128:10
**commissions** [2] - 10:7, 154:11
**common** [1] - 172:14
**Communication** [1] - 5:14
**communities** [1] - 16:7
**companies** [14] - 10:18, 51:10, 79:3, 107:3, 107:7, 107:8, 110:22, 144:10, 159:23, 159:25, 171:11, 177:12, 177:15, 177:19
**companies'** [1] - 170:9
**company** [35] - 12:7, 15:8, 22:10, 37:13, 40:18, 59:2, 59:23, 60:4, 60:5, 62:14, 62:22, 78:25, 79:8, 79:9, 96:18, 96:22, 103:14, 104:10, 127:21, 128:13, 128:15, 131:15, 133:18, 133:25, 140:2, 140:24, 142:12, 142:14, 144:13, 144:16, 159:14, 159:19, 162:13, 163:24, 164:3
**Company** [2] - 181:13, 181:21
**compensation** [2] - 27:16, 35:14
**competing** [1] - 147:23
**completed** [1] - 154:15
**compound** [2] - 76:21, 131:22
**computer** [6] - 26:3, 26:11, 115:7, 115:17, 115:20, 115:25
**concentrate** [1] - 58:21

**concluded** [1] - 187:16
**conclusion** [3] - 39:19, 147:2, 156:12
**Conference** [1] - 55:4
**conference** [64] - 43:24, 47:3, 47:4, 47:9, 47:13, 47:14, 49:6, 56:20, 62:11, 62:15, 66:9, 67:21, 68:25, 80:19, 82:20, 82:24, 83:8, 83:12, 83:13, 83:23, 84:16, 84:19, 84:21, 84:24, 85:3, 85:12, 86:3, 86:8, 86:21, 100:11, 100:16, 106:8, 109:8, 134:12, 134:23, 135:19, 136:3, 136:12, 136:18, 137:8, 137:17, 137:20, 138:9, 138:21, 138:25, 139:11, 139:19, 140:7, 140:13, 143:10, 144:24, 144:25, 145:7, 145:10, 145:15, 146:3, 160:25, 161:3, 169:19, 171:23, 178:24, 183:10, 183:14, 187:7
**conferences** [16] - 46:20, 61:20, 61:21, 63:3, 80:14, 80:15, 80:23, 81:3, 81:7, 83:2, 83:22, 84:3, 86:13, 99:11, 145:19, 147:23
**confirm** [2] - 169:4, 169:12
**confirmation** [1] - 120:2
**confirmed** [3] - 170:22, 171:4, 171:19
**confuses** [1] - 4:21
**confusing** [1] - 9:13
**connect** [1] - 108:12
**Connecticut** [1] - 168:20
**connecting** [1] - 127:2
**connection** [1] - 115:7
**considered** [1] - 168:24
**consist** [2] - 8:20, 56:22
**consistently** [1] - 30:10

**consists** [1] - 181:11
**contact** [3] - 46:16, 73:12, 73:16
**contacted** [7] - 18:17, 18:22, 121:12, 121:16, 170:22, 172:2, 177:16
**contain** [1] - 171:3
**contains** [2] - 161:12, 173:10
**contents** [1] - 46:24
**continue** [3] - 40:9, 102:20, 103:3
**continued** [1] - 112:18
**continues** [1] - 120:10
**continuing** [1] - 120:8
**contract** [15] - 18:24, 19:3, 20:8, 20:11, 91:2, 104:15, 129:9, 135:12, 135:15, 136:24, 177:13, 184:11, 184:17, 185:17, 188:17
**contractor** [5] - 89:14, 91:13, 93:3, 93:22, 131:5
**contractors** [3] - 89:9, 90:15, 96:13
**contracts** [2] - 116:21, 154:24
**control** [1] - 119:7
**conversation** [33] - 17:12, 17:23, 49:21, 49:24, 51:14, 56:11, 56:15, 56:19, 56:22, 57:15, 61:15, 63:15, 65:19, 98:3, 98:8, 101:16, 102:19, 112:4, 113:8, 124:6, 124:8, 124:14, 147:7, 147:12, 147:15, 148:9, 148:10, 148:14, 148:25, 149:5, 149:9, 155:23, 164:14
**conversations** [6] - 17:17, 17:19, 56:7, 87:2, 123:22, 162:19
**convey** [1] - 160:14
**copies** [2] - 116:20, 117:2
**corner** [2] - 160:22, 186:25
**corporate** [2] - 104:12, 104:13
**Corporate** [2] - 104:16, 105:4
**corporation** [2] - 165:22, 166:5

**correct** [75] - 8:24,
24:9, 24:22, 24:23,
26:18, 28:23, 30:22,
35:23, 37:15, 37:18,
38:4, 38:8, 38:16,
38:19, 39:20, 40:22,
44:7, 47:16, 47:22,
52:5, 55:21, 56:12,
56:13, 58:13, 60:5,
60:8, 60:14, 60:21,
61:4, 73:15, 75:3,
75:4, 75:16, 75:18,
78:23, 83:3, 88:5,
89:11, 89:12, 90:9,
90:13, 90:25, 91:20,
91:23, 92:16, 94:6,
94:15, 95:3, 96:24,
97:23, 100:13,
106:5, 106:6,
106:12, 107:16,
107:24, 110:20,
114:3, 121:3,
121:10, 136:16,
167:25, 168:2,
168:12, 169:2,
170:15, 170:16,
173:18, 173:19,
173:23, 176:7,
177:24, 181:19,
182:15, 182:20
**corrections** [1] - 190:4
**correctly** [4] - 106:11,
133:11, 167:22,
169:10
**cost** [1] - 182:4
**Counsel** [1] - 2:6
**counsel** [5] - 99:19,
100:3, 128:2,
149:24, 151:5
**count** [1] - 146:7
**countries** [1] - 81:20
**County** [1] - 169:25
**couple** [2] - 157:6,
175:13
**course** [5] - 5:25,
11:7, 12:4, 18:2,
186:19
**Court** [1] - 3:21
**COURT** [1] - 1:1
**court** [2] - 4:24, 13:12
**courtesy** [1] - 11:10
**CPA** [1] - 168:19
**Craig's** [1] - 26:22
**create** [1] - 144:4
**CRM** [6] - 64:11,
64:15, 65:3, 65:11,
86:24, 94:21
**curiosity** [1] - 21:6
**customer** [19] - 17:23,
18:4, 18:21, 19:21,

20:8, 20:10, 20:20,
21:2, 22:24, 25:7,
46:23, 47:21, 56:11,
56:15, 61:16, 61:23,
64:16, 64:19, 84:15
**customers** [9] - 18:10,
18:13, 18:16, 21:13,
21:16, 48:7, 50:23,
50:24, 108:21
**cut** [1] - 181:6

## D

**D-E-V-O-L-D-E-R** [1] -
93:7
**D/B/A** [1] - 1:4
**D10** [1] - 165:6
**daily** [1] - 39:22
**Daniel** [1] - 175:25
**Daniello** [1] - 175:25
**date** [20] - 13:22,
27:22, 51:20, 98:9,
102:16, 102:18,
105:10, 112:17,
113:7, 114:7,
134:25, 159:2,
163:22, 165:3,
166:8, 167:2, 173:8,
181:2, 182:13,
184:13
**dated** [2] - 181:13,
181:21
**Davenport** [1] - 4:15
**day-to-day** [1] - 89:25
**days** [6] - 26:7, 26:8,
102:22, 102:25,
103:8, 155:15
**dead** [1] - 14:3
**deal** [3] - 50:20,
109:13, 109:14
**dealing** [4] - 50:19,
51:2, 51:4, 72:23
**deals** [6] - 99:23,
99:24, 106:18,
107:4, 108:15,
129:11
**dealt** [1] - 140:14
**December** [1] - 181:21
**decide** [3] - 62:10,
149:4, 149:8
**decided** [1] - 158:12
**decision** [5] - 51:13,
98:12, 100:15,
101:15, 103:7
**decisionmaker** [1] -
61:23
**defendant** [1] - 184:16
**Defendant** [3] - 1:8,
1:15, 2:9
**Defendant's** [2] -

167:16, 186:24
**defendant's** [1] -
173:11
**defense** [1] - 48:11
**defined** [1] - 125:19
**definitions** [1] -
168:25
**Degree** [2] - 5:13, 5:18
**degrees** [1] - 5:16
**delegate** [7] - 75:9,
75:11, 75:25, 76:5,
138:8, 138:12,
170:13
**delegates** [2] - 54:24,
146:9
**demographic** [1] -
16:7
**department** [3] - 9:4,
9:18, 9:23
**departments** [1] - 9:17
**DEPOSITION** [1] -
1:14
**deposition** [6] - 3:17,
117:24, 118:17,
166:2, 187:12,
187:15
**depositions** [3] -
13:21, 14:13, 118:19
**describe** [11] - 5:23,
9:6, 14:25, 46:10,
47:4, 53:22, 80:9,
84:4, 99:5, 130:21,
142:21
**described** [7] - 54:5,
63:6, 65:12, 90:22,
91:13, 108:11,
169:23
**describing** [5] - 12:16,
12:19, 59:13, 59:22,
68:18
**DESCRIPTION** [1] -
188:9
**description** [1] -
173:20
**design** [2] - 132:6,
132:9
**desk** [1] - 83:15
**despite** [1] - 126:2
**detail** [1] - 44:25
**developed** [3] - 31:16,
107:8, 143:21
**developer** [1] - 61:2
**developers** [10] -
37:24, 37:25, 38:2,
38:7, 38:16, 39:3,
39:6, 39:9, 39:13,
39:16
**developing** [1] - 61:6
**device** [1] - 117:11
**Devolder** [1] - 93:5

**difference** [2] - 59:17,
176:15
**different** [19] - 5:16,
9:16, 45:20, 60:16,
60:25, 67:17, 70:4,
75:15, 75:16, 79:2,
109:2, 119:21,
120:25, 122:14,
137:12, 144:6,
155:14, 174:19,
179:20
**differently** [1] - 178:13
**dinner** [1] - 84:5
**direct** [3] - 69:20,
175:21, 186:22
**directly** [1] - 147:23
**disagree** [1] - 185:16
**discuss** [1] - 13:12
**discussed** [2] -
151:12, 151:15
**discussion** [3] -
21:19, 87:6, 97:6
**disliked** [1] - 86:12
**distributed** [1] - 174:9
**DISTRICT** [2] - 1:1, 1:2
**divide** [1] - 51:11
**divided** [1] - 50:22
**Document** [1] -
188:12
**document** [16] -
48:13, 154:5, 159:6,
161:17, 164:24,
165:5, 165:8,
165:13, 165:14,
167:8, 167:16,
173:9, 173:12,
181:3, 184:14,
184:24
**documentation** [1] -
117:3
**documents** [1] - 33:15
**dollar** [1] - 41:5
**dollars** [2] - 27:18,
141:16
**domain** [2] - 130:14,
130:17
**done** [6] - 41:12,
94:24, 110:10,
121:22, 151:9,
157:14
**door** [1] - 58:11
**doubt** [1] - 162:12
**Dowd** [2] - 182:17,
183:14
**down** [11] - 5:3, 63:8,
65:22, 86:22,
117:22, 119:12,
119:23, 159:17,
167:20, 170:5, 170:6
**Downing** [2] - 159:18,

159:19
**download** [2] -
116:16, 140:3
**dragged** [2] - 155:23,
180:5
**draw** [1] - 129:5
**drink** [1] - 84:15
**drinks** [1] - 84:8
**drive** [1] - 117:11
**driver's** [1] - 96:9
**duly** [2] - 4:3, 189:9
**during** [39] - 23:22,
30:24, 31:20, 32:13,
32:15, 36:4, 36:11,
36:17, 41:9, 46:12,
50:15, 51:4, 53:25,
63:10, 69:15, 69:19,
75:2, 78:8, 80:23,
84:19, 101:25,
102:24, 103:7,
106:13, 106:18,
112:24, 113:6,
115:16, 115:23,
119:20, 120:20,
123:21, 125:5,
126:8, 126:21,
128:12, 128:16,
155:21, 174:10
**duties** [2] - 24:21,
76:11

## E

**e-mail** [74] - 9:3,
11:19, 11:23, 12:2,
15:7, 17:7, 17:10,
17:16, 25:2, 33:24,
34:6, 34:17, 34:18,
35:3, 43:17, 43:18,
46:11, 46:14, 46:16,
46:23, 46:24, 47:5,
47:7, 47:11, 47:24,
48:4, 48:24, 49:6,
49:8, 49:10, 49:14,
49:15, 49:16, 49:20,
64:6, 64:7, 64:8,
65:6, 65:9, 66:17,
68:6, 68:17, 95:5,
100:7, 115:12,
115:14, 115:21,
116:2, 116:17,
117:13, 143:24,
149:22, 163:19,
163:23, 163:25,
164:2, 164:7,
164:13, 166:23,
167:21, 168:3,
168:10, 169:10,
169:13, 169:14,
169:22, 170:20,

4

5

171:10, 171:21,
172:10, 172:13,
188:11
**E-mail** [1] - 188:13
**e-mailed** [1] - 16:23
**e-mailing** [3] - 8:16,
9:14, 47:8
**e-mails** [32] - 9:20,
16:15, 46:5, 46:18,
46:19, 47:17, 47:20,
48:7, 48:8, 48:10,
48:23, 50:4, 50:16,
55:16, 55:22, 55:25,
56:3, 73:19, 73:24,
77:2, 77:24, 79:13,
85:8, 89:11, 90:7,
94:9, 95:9, 121:19,
123:6, 133:21,
175:15, 183:20
**E-R-I-N** [1] - 133:8
**easy** [3] - 11:12,
11:14, 11:15
**education** [2] - 5:11
**effect** [1] - 3:20
**eight** [1] - 40:15
**eighty** [1] - 40:19
**either** [7] - 12:13,
51:22, 91:12, 92:25,
100:10, 133:24,
135:16
**eligible** [1] - 41:14
**employed** [1] - 39:5
**employee** [9] - 22:23,
57:19, 66:21, 68:17,
91:12, 96:17,
122:16, 146:22,
147:4
**Employees** [1] - 170:2
**employees** [8] - 62:14,
74:7, 77:20, 88:16,
88:18, 89:6, 89:8,
90:14
**employer** [1] - 35:20
**employment** [4] -
30:10, 41:4, 78:9,
115:24
**empty** [1] - 161:14
**end** [13] - 64:21,
70:22, 71:9, 78:6,
104:17, 104:18,
131:2, 131:3,
134:19, 138:7,
138:15, 139:16,
157:21
**ended** [3] - 101:14,
103:12, 180:7
**ends** [1] - 170:6
**English** [2] - 22:15,
56:3
**entertaining** [2] -

84:2, 84:4
**entire** [4] - 21:8,
53:25, 69:20, 119:23
**entirely** [2] - 17:16,
56:23
**entirety** [2] - 105:15,
117:24
**entities** [1] - 39:9
**entitled** [1] - 1:15
**equal** [1] - 96:25
**equities** [1] - 72:24
**Eric** [5] - 166:24,
168:13, 168:15,
169:4, 188:14
**Erin** [3] - 133:2, 133:6,
133:22
**Ernst** [3] - 79:10,
79:11, 79:16
**ERRATA** [1] - 190:2
**ESQ** [2] - 2:6, 2:11
**Estate** [1] - 55:4
**estate** [61] - 38:2,
38:7, 38:16, 38:21,
38:23, 39:2, 39:3,
39:5, 39:6, 39:9,
39:12, 39:15, 39:16,
39:21, 51:17, 51:19,
51:24, 52:3, 52:7,
53:8, 53:12, 53:14,
53:16, 53:19, 59:15,
59:16, 59:18, 59:19,
59:21, 59:23, 60:3,
60:13, 60:16, 60:22,
60:25, 61:2, 61:5,
61:6, 65:19, 69:6,
69:10, 69:16, 71:22,
71:24, 72:7, 72:13,
72:19, 73:3, 76:4,
76:9, 76:24, 83:5,
83:7, 83:11, 84:11,
103:5, 182:23,
183:3, 183:9, 183:10
**evasive** [2] - 13:25,
14:2
**evenings** [1] - 28:9
**event** [44] - 54:23,
55:2, 75:23, 81:23,
82:13, 82:14,
100:11, 100:16,
134:12, 134:16,
134:22, 135:2,
143:7, 151:24,
151:25, 152:11,
152:15, 153:13,
154:6, 154:9,
154:12, 154:16,
155:5, 156:4,
170:23, 171:4,
172:8, 173:21,
174:3, 174:5,

174:10, 174:12,
174:17, 174:23,
174:25, 175:16,
175:22, 180:11,
180:15, 180:17,
180:20, 181:18,
182:3, 182:22
**events** [13] - 54:13,
54:15, 54:24, 81:14,
81:17, 82:6, 82:9,
82:18, 154:14,
154:18, 154:21,
154:25, 155:13
**eventually** [1] - 106:8
**exact** [7] - 40:4, 51:20,
69:17, 98:9, 102:16,
105:2, 114:7
**exactly** [36] - 35:7,
38:12, 44:24, 45:15,
47:6, 57:25, 94:17,
99:9, 107:2, 108:11,
114:13, 118:25,
123:11, 126:25,
128:23, 130:15,
130:18, 139:20,
141:14, 142:15,
142:25, 143:5,
147:16, 148:8,
148:18, 149:11,
149:12, 150:22,
151:4, 151:7,
152:25, 164:9,
164:15, 178:22,
180:7, 181:23
**EXAMINATION** [3] -
4:7, 186:20, 188:4
**examined** [1] - 4:5
**example** [8] - 51:3,
59:15, 61:8, 61:14,
67:20, 83:18, 89:10,
125:4
**examples** [3] - 59:4,
61:11, 61:17
**Excel** [55] - 8:14,
10:10, 10:21, 10:23,
11:18, 11:24, 12:6,
13:3, 13:5, 14:20,
14:22, 15:2, 24:18,
24:20, 31:5, 31:10,
31:12, 31:17, 31:18,
31:21, 31:24, 32:14,
32:17, 33:19, 33:21,
33:25, 34:3, 34:4,
34:6, 37:10, 48:13,
63:12, 63:16, 63:24,
64:4, 65:11, 79:8,
94:20, 94:24, 115:2,
131:8, 131:15,
131:16, 140:3,
153:23, 153:25,

158:24, 159:9,
159:11, 161:9,
161:11, 162:20,
163:3, 163:9, 188:10
**except** [1] - 3:12
**exchange** [1] - 165:24
**exchanged** [4] -
165:8, 165:12,
165:15, 165:18
**exclusively** [2] -
42:18, 131:19
**executives** [1] - 16:11
**exercise** [1] - 4:19
**exhibit** [1] - 176:5
**Exhibit** [10] - 158:23,
158:25, 159:7,
163:18, 163:20,
165:2, 166:25,
173:7, 180:25,
184:12
**EXHIBITS** [1] - 188:8
**expect** [2] - 21:12,
178:18
**expenses** [1] - 154:6
**expensive** [3] - 75:19,
182:13, 182:14
**experience** [3] -
22:13, 86:3, 99:12
**explain** [5] - 37:17,
38:22, 43:20, 53:10,
66:15
**expressed** [1] - 86:20
**expressing** [1] - 38:4
**extra** [1] - 145:16

## F

**F-O-N-S-E-C-A** [1] -
133:5
**fact** [3] - 164:8,
170:21, 171:12
**fairly** [2] - 152:6, 172:4
**familiar** [2] - 14:21,
75:9
**family** [1] - 7:9
**fancy** [1] - 176:12
**fashion** [2] - 13:25,
22:15
**fee** [3] - 99:20, 128:3,
128:4
**felt** [4] - 98:16, 100:7,
101:19, 143:17
**few** [7] - 35:8, 83:2,
102:22, 102:24,
103:8, 123:12, 150:4
**fields** [1] - 24:24
**fifteen** [3] - 166:11,
166:16, 166:17
**fifty** [4] - 16:25, 17:4,
49:3, 74:10

**filing** [1] - 3:7
**finance** [2] - 130:2,
130:5
**financial** [3] - 152:22,
152:24, 156:8
**financing** [1] - 39:16
**finish** [4] - 11:8, 77:9,
157:14, 186:10
**finished** [2] - 11:5,
48:18
**firm** [9] - 58:25,
142:11, 153:3,
160:2, 176:23,
178:16, 179:5,
182:20, 182:21
**firms** [2] - 55:9,
109:14
**first** [61] - 4:3, 8:10,
12:6, 15:7, 23:11,
25:2, 27:6, 29:9,
29:12, 29:13, 29:18,
29:19, 29:21, 33:24,
33:25, 36:15, 39:25,
41:10, 45:8, 46:23,
56:10, 56:14, 56:17,
56:19, 57:2, 58:2,
58:3, 65:8, 76:18,
79:7, 81:22, 85:21,
89:16, 99:17, 99:25,
100:12, 101:17,
103:19, 114:14,
121:5, 121:12,
121:16, 123:13,
130:16, 131:14,
134:12, 134:15,
134:22, 140:2,
148:14, 150:3,
156:4, 159:13,
159:22, 161:21,
166:10, 175:25,
179:11, 181:12,
184:4
**five** [10] - 23:17,
23:18, 23:22, 45:15,
45:16, 74:10, 74:15,
82:20, 95:13, 95:20
**Floor** [2] - 2:5, 2:10
**Florida** [11] - 4:15,
88:4, 90:2, 90:7,
96:3, 96:5, 96:6,
96:9, 97:11, 100:23,
142:6
**focus** [8] - 50:18,
53:18, 54:2, 54:11,
54:20, 122:11,
122:12, 157:16
**focused** [1] - 58:19,
82:12, 135:24
**focusing** [1] - 65:16,
72:15

6

**folders** [1] - 126:7
**follow** [3] - 22:11, 78:13, 78:16
**following** [4] - 45:19, 45:20, 179:2, 190:4
**follows** [1] - 4:6
**followup** [5] - 50:6, 50:13, 50:17, 85:7, 136:8
**Fonseca** [2] - 133:5, 133:17
**food** [3] - 83:20, 145:3, 145:4
**force** [1] - 3:20
**forced** [1] - 115:14
**foregoing** [1] - 189:9
**form** [60] - 3:13, 7:3, 7:20, 9:9, 9:11, 15:14, 16:17, 19:24, 20:13, 20:22, 21:4, 25:24, 29:4, 32:24, 33:2, 34:4, 41:7, 54:18, 62:3, 63:20, 65:14, 67:7, 79:19, 85:17, 86:10, 86:18, 90:4, 91:16, 95:2, 96:22, 104:22, 107:10, 108:9, 108:18, 108:24, 111:22, 114:19, 120:16, 121:14, 121:24, 123:3, 123:17, 123:25, 124:17, 124:24, 126:11, 132:16, 140:16, 158:18, 160:8, 161:5, 162:10, 162:22, 163:6, 169:7, 171:15, 175:8, 183:5, 183:16
**format** [2] - 161:12, 173:25
**formed** [1] - 129:2
**forth** [2] - 5:5, 189:8
**forty** [7] - 29:21, 29:24, 30:3, 30:11, 30:13, 74:10, 176:9
**forty-five** [1] - 74:10
**forty-seven** [1] - 176:9
**forward** [1] - 77:25
**founded** [1] - 89:5
**founder** [1] - 141:5
**four** [2] - 45:15, 45:16
**Francisco** [4] - 69:12, 69:22, 73:4, 73:10
**Frank** [7] - 52:10, 52:11, 52:17, 52:22, 53:5, 147:9, 147:10
**free** [4] - 145:19,

146:15, 169:20, 169:21
**freelance** [2] - 89:20, 142:12
**freelancer** [3] - 121:2, 131:6, 133:19
**freelancers** [5] - 132:18, 132:20, 134:4, 142:10, 154:12
**freelancing** [1] - 120:24
**Friday** [1] - 150:8
**friends** [1] - 149:20
**full** [14] - 8:17, 27:23, 29:11, 41:3, 105:17, 114:2, 114:15, 116:15, 116:16, 116:19, 120:18, 121:12, 161:21, 185:12
**full-time** [10] - 27:23, 29:11, 114:2, 114:15, 116:15, 116:16, 116:19, 120:18, 121:12, 185:12
**fully** [1] - 171:19
**fund** [21] - 38:24, 59:12, 59:15, 59:16, 59:18, 59:19, 59:23, 60:3, 60:22, 60:25, 61:5, 178:15, 179:13, 179:15, 179:17, 179:18
**funding** [1] - 61:14
**fundraising** [9] - 38:25, 59:8, 59:9, 59:10, 59:11, 60:10, 60:11, 60:21, 61:10
**funds** [3] - 59:21, 179:18, 179:19
**FURTHER** [2] - 3:11, 3:16
**future** [2] - 66:12, 154:19

**G**

**Gallard** [2] - 182:17, 183:13
**gap** [1] - 7:14
**gaps** [1] - 162:16
**general** [2] - 65:7, 75:13, 98:17
**generating** [1] - 131:11
**generation** [1] - 142:13
**George** [14] - 92:25,

93:2, 93:16, 93:18, 93:23, 93:25, 94:3, 121:2, 121:4, 130:24, 131:4, 131:20, 133:15, 139:22
**George's** [2] - 93:4, 93:8
**given** [2] - 172:4, 189:11
**glancing** [1] - 119:22
**goal** [2] - 17:11, 49:19
**google** [1] - 10:23, 12:8, 12:14, 12:17, 12:20, 13:6, 13:17, 14:20, 14:24, 33:23, 34:4, 140:3
**governs** [1] - 129:10
**graduate** [1] - 7:11
**great** [1] - 157:23
**greater** [1] - 106:22
**greeting** [1] - 83:14
**GRI** [1] - 152:5
**group** [4] - 72:21, 76:4, 76:9, 80:19
**Group** [108] - 4:18, 7:24, 8:2, 26:15, 26:16, 26:20, 26:24, 27:11, 27:20, 27:24, 28:16, 28:25, 29:10, 29:13, 29:18, 29:23, 31:8, 31:14, 31:16, 32:11, 32:17, 34:16, 40:14, 41:10, 42:5, 44:2, 44:21, 45:2, 52:19, 53:15, 54:2, 54:22, 55:11, 57:14, 57:19, 58:3, 58:8, 61:24, 64:4, 64:18, 66:21, 67:22, 68:17, 74:7, 74:8, 75:3, 75:8, 78:9, 80:8, 80:9, 80:21, 81:4, 81:8, 81:23, 85:2, 87:10, 87:12, 93:13, 99:13, 101:9, 101:22, 101:25, 102:15, 102:21, 107:7, 108:16, 108:21, 109:3, 109:7, 109:17, 109:23, 110:3, 110:11, 110:25, 112:9, 112:14, 112:19, 113:18, 113:22, 114:16, 115:3, 115:8, 115:11, 115:24, 116:18, 117:3, 117:10, 118:5,

121:22, 122:16, 122:24, 140:8, 140:14, 146:22, 147:4, 147:22, 147:24, 148:17, 150:6, 150:24, 151:2, 151:22, 156:9, 156:18, 175:14, 176:2, 184:18, 185:3
**GROUP** [1] - 1:4
**Group'** [1] - 151:25
**Groups** [1] - 116:20
**guess** [8] - 125:2, 131:25, 143:18, 157:2, 158:10, 176:23, 178:21, 186:3
**guidance** [3] - 37:3, 37:13, 79:21

**H**

**half** [4] - 44:16, 44:18, 171:24, 180:8
**halfway** [1] - 167:20
**hand** [3] - 160:12, 160:21, 186:25
**handed** [1] - 167:9
**handle** [2] - 15:8, 33:25
**happy** [1] - 85:11
**Harmonie** [3] - 135:5, 135:6, 135:13
**head** [34] - 5:4, 51:16, 51:18, 51:23, 52:2, 52:6, 53:7, 53:11, 53:19, 65:18, 69:6, 69:10, 69:16, 71:21, 71:23, 72:7, 72:12, 72:18, 73:3, 76:3, 76:9, 76:24, 83:4, 83:6, 83:10, 84:10, 103:5, 106:20, 141:11, 141:18, 143:5, 156:6, 160:2, 176:16
**health** [2] - 16:3, 25:13
**hear** [3] - 57:9, 57:10, 58:17
**heard** [1] - 80:5
**held** [5] - 1:15, 21:20, 87:7, 91:19, 97:7
**help** [4] - 83:18, 127:16, 128:24, 145:9
**helping** [1] - 112:24
**helps** [1] - 22:17
**hence** [1] - 149:21

**HEREBY** [1] - 3:5
**hereby** [2] - 3:9, 189:6
**herein** [2] - 3:7, 4:3
**hereinbefore** [1] - 189:8
**high** [1] - 7:7
**highly** [1] - 162:11
**hired** [8] - 8:10, 37:10, 132:13, 142:11, 142:14, 144:12, 144:16, 185:4
**history** [1] - 25:13
**hitting** [1] - 112:21
**home** [6] - 26:9, 100:23, 115:4, 115:11, 115:18, 142:7
**hoping** [1] - 85:8
**hour** [14] - 27:18, 30:15, 30:25, 32:2, 32:11, 34:16, 36:5, 36:13, 36:18, 54:6, 82:2, 84:18, 115:17, 122:16
**hourly** [1] - 91:5
**hours** [9] - 28:24, 29:14, 29:19, 29:21, 29:24, 30:3, 30:11, 30:13, 118:12
**house** [7] - 95:24, 100:20, 100:21, 101:2, 101:5, 101:11, 103:25
**HR** [1] - 157:4

**I**

**idea** [1] - 162:15
**identification** [9] - 159:2, 159:6, 163:21, 165:3, 167:2, 167:4, 173:8, 181:2, 184:13
**identify** [2] - 99:20, 177:19
**ILPA** [1] - 152:5
**IMKE** [2] - 2:4, 2:15
**immediately** [2] - 19:13, 53:9
**IMN** [1] - 152:4
**implement** [1] - 71:12
**implemented** [2] - 57:22, 64:13
**implementing** [2] - 70:18, 70:21
**Implication** [1] - 71:18
**importance** [1] - 144:24
**important** [4] - 66:10, 67:21, 145:2, 148:5

7

**impossible** [1] - 86:16
**include** [3] - 16:12, 154:6, 171:25
**included** [1] - 73:16
**incorporate** [3] - 97:13, 97:17, 166:18
**incorporated** [2] - 97:25, 98:18
**incorporating** [2] - 166:9, 166:14
**increase** [4] - 23:25, 45:8, 157:23, 158:16
**increased** [1] - 156:23
**increases** [3] - 45:6, 45:11, 45:16
**independent** [8] - 89:8, 89:14, 90:15, 91:12, 93:3, 93:22, 96:12, 131:5
**indicate** [2] - 144:5, 153:12
**individual** [4] - 23:12, 142:12, 153:13, 178:7
**individuals** [1] - 74:4
**info** [2] - 161:14, 162:16
**information** [24] - 10:17, 10:20, 14:23, 33:21, 37:5, 63:8, 63:16, 65:21, 65:22, 65:25, 67:22, 74:3, 86:2, 86:4, 86:22, 87:2, 114:17, 117:10, 117:14, 122:5, 131:20, 160:14, 161:10, 161:11
**Infrastructure** [1] - 72:22
**inhouse** [1] - 125:3
**inside** [1] - 178:16
**instead** [1] - 155:15
**institution** [1] - 6:17
**Institutional** [1] - 55:4
**institutional** [1] - 187:2
**instruction** [1] - 13:13
**instructions** [1] - 122:4
**Insurance** [1] - 181:13
**insurance** [19] - 8:21, 8:25, 9:5, 15:22, 15:24, 16:2, 16:3, 16:4, 16:5, 17:16, 18:14, 18:18, 18:23, 19:7, 22:22, 25:7, 51:10, 56:21
**intended** [1] - 165:25
**intention** [1] - 99:10

**interactions** [1] - 118:21
**interchangeable** [1] - 45:25
**interest** [2] - 25:12, 47:12
**interested** [3] - 55:7, 62:15, 189:15
**intern** [16] - 27:15, 27:25, 29:8, 29:11, 30:19, 34:19, 39:23, 184:23, 184:25, 185:2, 185:4, 185:8, 185:9, 185:10, 185:11, 186:3
**internally** [2] - 36:10, 179:20
**internet** [7] - 14:23, 15:3, 16:10, 34:17, 34:22, 37:3, 44:21
**internship** [1] - 41:12
**interpret** [1] - 185:11
**interpreting** [1] - 169:9
**interview** [4] - 26:23, 27:3, 27:6, 27:8
**introduce** [3] - 82:23, 83:2, 127:9
**introduced** [2] - 86:25, 99:7
**introducing** [1] - 82:19
**introductions** [2] - 127:15, 128:5
**invest** [2] - 60:13, 127:23
**invested** [1] - 128:6
**investing** [1] - 60:17
**investment** [5] - 59:15, 59:18, 59:21, 128:9, 128:10
**investments** [1] - 129:20
**investor** [41] - 98:21, 99:3, 99:4, 99:14, 99:17, 100:19, 106:5, 106:10, 106:18, 107:4, 107:15, 108:6, 108:22, 109:25, 110:6, 110:18, 111:15, 112:6, 122:7, 123:20, 124:18, 125:3, 125:18, 126:14, 127:3, 127:23, 130:21, 145:21, 155:17, 155:21, 155:24, 156:3, 168:16, 168:24,

169:5, 169:18, 172:7, 176:2, 178:14, 179:16, 180:4
**investor's** [1] - 145:12
**Investors** [2] - 166:6, 180:14
**investors** [28] - 99:6, 106:14, 108:12, 108:9, 110:6, 110:9, 110:15, 110:19, 111:14, 112:5, 124:20, 127:3, 127:5, 127:9, 127:19, 129:23, 135:24, 137:11, 144:23, 144:25, 145:6, 145:9, 145:15, 146:10, 146:13, 170:9, 170:15, 170:21
**Investors.com** [1] - 168:8
**invite** [4] - 145:14, 145:18, 146:2, 161:24
**involved** [10] - 42:16, 42:19, 42:21, 42:23, 43:15, 44:11, 54:14, 72:11, 183:3
**IS** [3] - 3:5, 3:11, 3:16
**issue** [2] - 118:5, 119:4
**IT** [3] - 3:5, 3:11, 3:16
**itself** [4] - 61:6, 84:22, 136:3, 137:5

**J**

**jam** [1] - 148:21
**January** [1] - 27:21
**JEFFREY** [1] - 2:11
**Jersey** [7] - 87:15, 87:16, 87:18, 87:24, 100:22, 101:2, 101:5
**job** [23] - 7:25, 8:11, 10:3, 11:16, 18:3, 19:14, 26:19, 26:23, 27:11, 27:13, 27:17, 29:7, 31:8, 31:13, 32:17, 33:14, 50:21, 50:22, 50:24, 53:22, 77:19, 93:12, 100:5
**John** [1] - 77:8
**Jonathan** [3] - 4:16, 13:20, 165:7
**JONATHAN** [1] - 2:6
**judge** [1] - 120:9
**July** [1] - 162:3
**jumped** [1] - 178:9

**June** [4] - 81:24, 81:25, 155:2, 155:6

**K**

**keep** [9] - 31:4, 36:8, 73:22, 78:3, 125:20, 152:22, 153:11, 153:19, 153:22
**Kenbrook** [1] - 4:14
**kept** [5] - 25:20, 31:10, 31:11, 31:16, 31:18
**kind** [12] - 14:25, 37:25, 44:22, 59:5, 83:18, 91:8, 122:5, 129:6, 156:8, 156:23, 174:14, 186:9
**kindly** [1] - 119:5
**kinds** [2] - 58:23, 108:15
**knowledge** [1] - 22:12
**knows** [1] - 22:4

**L**

**language** [2] - 5:4, 55:19
**languages** [1] - 56:7
**laptop** [1] - 26:11
**large** [4] - 52:9, 69:11, 69:18, 159:25
**last** [30] - 12:6, 15:7, 25:2, 33:9, 33:24, 33:25, 40:18, 41:3, 45:5, 65:5, 65:9, 70:17, 73:7, 74:22, 79:7, 87:18, 88:23, 93:4, 102:14, 109:23, 112:8, 112:13, 120:14, 131:15, 133:3, 133:9, 140:2, 150:16, 156:15, 161:16
**lasted** [2] - 118:11, 118:12
**late** [2] - 137:14
**LATIN** [1] - 1:4
**Latin** [28] - 53:19, 53:20, 54:3, 54:7, 54:11, 54:15, 54:20, 55:2, 55:3, 55:7, 55:11, 72:7, 72:15, 72:19, 72:23, 72:24, 81:18, 82:10, 82:12, 83:5, 86:11, 103:5, 121:20, 121:21, 122:8, 142:4, 157:16, 160:24

**laugh** [1] - 120:3
**law** [2] - 182:20, 182:21
**LAW** [1] - 2:4
**lawsuit** [1] - 149:23
**lawyer** [1] - 105:16
**lawyers** [9] - 50:19, 50:20, 51:3, 51:9, 98:6, 113:14, 132:12, 145:17, 145:18
**lead** [1] - 142:13
**leads** [12] - 10:16, 10:18, 16:9, 78:13, 78:15, 79:3, 79:4, 121:21, 131:12, 143:2, 143:20, 161:3
**learn** [2] - 56:25, 57:4
**learned** [1] - 59:8
**learning** [1] - 57:8
**least** [1] - 176:25
**leave** [4] - 64:14, 64:22, 97:20, 148:21
**leaving** [3] - 97:25, 107:8, 164:7
**led** [1] - 139:13
**left** [11] - 42:13, 52:23, 74:13, 87:12, 104:5, 104:18, 110:2, 112:4, 116:18, 150:24, 160:21
**left-hand** [1] - 160:21
**legal** [5] - 101:17, 126:17, 128:2, 146:25, 156:11
**less** [6] - 17:3, 29:23, 49:2, 75:19, 133:23, 182:13
**lesser** [1] - 23:4
**letter** [1] - 172:22
**letters** [1] - 33:16
**level** [1] - 5:11
**LEX** [1] - 1:21
**license** [1] - 96:10
**licensed** [1] - 19:6
**licensing** [1] - 19:11
**life** [6] - 6:7, 16:2, 16:5, 25:7, 93:19, 101:20
**Life** [29] - 7:23, 7:25, 8:4, 8:8, 9:17, 18:14, 18:19, 18:22, 18:24, 19:14, 19:18, 20:9, 22:6, 22:20, 22:23, 23:13, 23:16, 24:11, 25:16, 25:18, 26:2, 26:5, 26:14, 28:14, 31:2, 31:11, 44:23, 181:12
**lifting** [1] - 87:13

8

**likely** [1] - 166:10
**line** [1] - 159:18
**LINE** [1] - 190:7
**LinkBridge** [57] - 88:9, 88:17, 89:6, 89:25, 91:25, 92:6, 93:9, 94:8, 94:21, 96:13, 97:14, 97:18, 98:2, 98:19, 100:15, 106:5, 114:3, 114:16, 121:17, 123:14, 127:22, 128:9, 128:22, 128:25, 129:7, 129:10, 129:15, 129:19, 129:22, 130:2, 130:5, 130:7, 130:11, 130:25, 132:14, 141:2, 141:19, 143:25, 144:19, 145:6, 145:9, 150:4, 151:9, 152:23, 153:6, 153:12, 154:15, 155:16, 155:20, 156:2, 164:25, 166:6, 168:8, 175:19, 177:13, 181:13, 188:12
**LinkBridge's** [5] - 88:12, 103:15, 141:8, 173:6, 188:15
**LinkBridgeinvestors .com** [1] - 130:12
**LinkedIn** [3] - 10:22, 78:10, 161:14
**List** [1] - 26:22
**list** [29] - 12:4, 15:12, 31:6, 48:14, 54:11, 78:22, 131:14, 143:15, 143:21, 143:23, 143:24, 146:5, 158:24, 159:9, 159:11, 160:15, 160:18, 161:2, 169:24, 170:12, 171:25, 172:4, 173:3, 177:18, 179:3, 179:10, 188:10
**listed** [8] - 160:11, 172:5, 176:5, 177:10, 177:16, 177:21, 181:24, 182:2
**listen** [1] - 57:19
**lists** [44] - 8:14, 10:11, 10:14, 10:24, 12:14, 12:16, 12:19, 12:20, 13:3, 13:17, 15:5,

15:9, 31:3, 31:4, 31:8, 31:9, 31:14, 31:15, 34:2, 36:25, 54:6, 54:7, 54:8, 58:19, 78:20, 94:10, 94:11, 94:13, 94:14, 94:16, 94:19, 121:18, 123:5, 131:8, 133:21, 139:21, 139:22, 139:24, 142:20, 144:10, 144:15, 175:25
**litigation** [1] - 144:20
**live** [4] - 6:22, 7:4, 88:4, 95:25
**living** [2] - 87:9, 87:15
**LLC** [2] - 1:4, 96:23
**LLP** [1] - 182:18
**located** [2] - 28:19, 122:8
**logo** [1] - 187:5
**look** [21] - 37:13, 44:23, 79:16, 79:24, 90:10, 119:19, 152:4, 154:3, 156:22, 159:13, 167:17, 167:20, 168:5, 168:17, 170:11, 175:24, 177:4, 177:9, 177:18, 180:13, 182:16
**looked** [1] - 77:10
**looking** [11] - 16:9, 44:20, 44:22, 45:2, 60:23, 119:22, 121:21, 160:21, 168:10, 173:15, 182:25
**lose** [1] - 150:20
**loss** [2] - 153:5, 180:20
**lost** [2] - 150:18, 152:20
**LS** [1] - 10:23
**luck** [1] - 98:25
**lunch** [1] - 105:21
**luncheon** [1] - 105:22

**M**

**mail** [80] - 9:3, 11:19, 11:23, 12:2, 15:7, 17:7, 17:10, 17:16, 25:2, 32:19, 33:24, 34:6, 34:17, 34:18, 35:3, 43:17, 43:18, 46:11, 46:14, 46:16, 46:23, 46:24, 47:5,

47:7, 47:11, 47:24, 48:4, 48:24, 49:6, 49:8, 49:10, 49:14, 49:15, 49:16, 49:20, 64:6, 64:7, 64:8, 65:6, 65:9, 66:17, 68:6, 68:17, 95:5, 100:7, 115:12, 115:14, 115:21, 116:2, 116:17, 117:13, 143:24, 149:22, 163:19, 163:23, 163:25, 164:2, 164:7, 164:13, 166:23, 167:21, 168:3, 168:10, 169:10, 169:13, 169:14, 169:22, 170:20, 171:10, 171:21, 172:10, 172:13, 174:24, 175:20, 175:21, 188:11, 188:13
**mailed** [1] - 16:23
**mailing** [3] - 8:16, 9:14, 47:8
**mails** [9] - 9:20, 16:15, 46:5, 46:18, 46:19, 47:17, 47:20, 48:7, 48:8, 48:10, 48:23, 50:4, 50:16, 55:16, 55:22, 55:25, 56:3, 73:19, 73:24, 77:2, 77:24, 79:13, 85:8, 89:11, 90:7, 94:9, 95:9, 121:19, 123:6, 133:21, 175:15, 183:20
**main** [1] - 143:9
**maintain** [8] - 87:23, 88:6, 88:9, 94:19, 100:20, 141:19, 141:25, 142:3
**maintained** [1] - 94:16
**majority** [2] - 46:9, 177:14
**management** [6] - 30:6, 64:17, 64:19, 73:13, 73:16, 126:19
**manager** [9] - 38:23, 40:6, 45:22, 59:14, 70:13, 122:7, 148:2, 158:13, 178:15
**managers** [32] - 38:21, 39:2, 39:5, 39:12, 39:15, 39:21, 44:25, 51:7, 51:9, 70:12, 82:21, 82:22, 99:8, 108:13, 109:9,

110:7, 110:9, 110:15, 110:16, 110:20, 110:23, 111:14, 112:6, 127:3, 127:6, 127:7, 127:9, 137:13, 147:21, 158:11, 183:18
**manuals** [1] - 117:3
**March** [3] - 1:11, 101:14, 181:13
**mark** [7] - 158:22, 163:17, 164:22, 166:21, 173:4, 180:22, 184:9
**marked** [15] - 158:24, 159:6, 163:20, 164:25, 166:24, 167:4, 167:15, 172:20, 173:6, 173:10, 180:24, 181:4, 184:11, 184:15, 186:23
**market** [8] - 38:4, 38:8, 38:17, 38:19, 39:20, 53:9, 53:14, 101:13
**Market** [1] - 157:11
**marketing** [12] - 9:7, 9:14, 9:18, 9:20, 9:22, 127:17, 127:18, 132:4, 144:13, 174:2, 174:15, 174:16
**Markets** [10] - 4:18, 7:24, 8:2, 26:15, 26:16, 26:20, 26:24, 27:10, 27:20, 27:24, 28:16, 28:25, 29:10, 29:13, 29:18, 29:23, 31:8, 31:14, 31:16, 32:11, 32:17, 34:16, 40:14, 41:9, 42:5, 43:25, 44:21, 45:2, 52:19, 53:15, 54:2, 54:22, 55:11, 57:14, 57:19, 58:3, 58:8, 61:24, 64:3, 64:18, 66:21, 67:22, 68:17, 74:6, 74:8, 75:2, 75:8, 78:9, 80:8, 80:9, 80:21, 81:3, 81:7, 81:23, 85:2, 87:10, 87:12, 93:13, 99:13, 101:9, 101:22, 101:25, 102:14, 102:20, 107:7, 108:16, 108:21, 109:3, 109:7, 109:17,

109:23, 110:3, 110:10, 110:25, 112:9, 112:14, 112:19, 113:17, 113:21, 114:16, 115:3, 115:8, 115:11, 115:24, 116:16, 116:20, 117:3, 117:10, 118:4, 121:22, 122:16, 122:24, 140:8, 140:14, 146:22, 147:3, 147:22, 147:23, 148:17, 150:6, 150:24, 151:2, 151:22, 151:25, 156:8, 156:18, 175:14, 184:18, 185:3
**markets** [3] - 37:16, 37:18, 80:19
**MARKETS** [2] - 1:4
**marriage** [1] - 189:14
**Marston** [2] - 160:4, 160:10
**mass** [1] - 66:17
**Master's** [1] - 5:22
**match** [1] - 110:19
**material** [2] - 127:17, 127:18
**materials** [4] - 132:5, 174:3, 174:15, 174:16
**matter** [4] - 22:5, 22:12, 22:13, 86:6, 164:8, 189:16
**mean** [43] - 11:22, 12:18, 12:25, 34:3, 37:7, 37:17, 41:21, 59:10, 60:3, 60:22, 64:11, 66:15, 73:14, 75:11, 76:6, 76:17, 93:17, 97:22, 99:2, 104:2, 108:7, 109:11, 111:19, 129:8, 136:15, 139:21, 140:23, 143:22, 145:4, 145:16, 146:14, 152:17, 153:16, 155:10, 159:15, 160:9, 160:13, 160:23, 166:17, 174:18, 184:21, 185:10, 187:3
**means** [2] - 16:2, 60:11
**meant** [2] - 157:9, 184:5

9

**media** [2] - 186:25, 187:4
**medical** [1] - 25:13
**meet** [4] - 18:9, 92:10, 146:10, 183:18
**Meeting** [1] - 180:15
**meeting** [6] - 91:4, 105:11, 112:17, 148:7, 169:25
**meetings** [16] - 88:15, 90:17, 90:21, 91:18, 91:21, 91:24, 92:5, 92:19, 92:20, 92:22, 92:24, 99:7, 110:21, 127:11, 127:12, 141:24
**Melon** [1] - 159:25
**member** [4] - 20:19, 20:25, 22:8, 22:17
**memoranda** [1] - 33:15
**memory** [1] - 66:4
**mention** [4] - 80:2, 80:5, 97:24, 105:7
**mentioned** [26] - 6:15, 9:2, 12:5, 12:20, 13:2, 71:13, 79:6, 82:11, 97:19, 98:4, 98:22, 98:23, 99:8, 109:3, 110:5, 113:13, 120:25, 127:25, 134:22, 136:9, 148:11, 148:17, 149:23, 151:5, 168:6, 171:19
**mentioning** [1] - 21:24
**metrics** [3] - 76:25, 77:19, 112:22
**Mexico** [1] - 81:21
**microphone** [1] - 136:23
**Microsoft** [2] - 32:21, 95:7
**might** [12] - 44:16, 45:19, 55:6, 61:9, 61:11, 62:14, 67:10, 67:25, 79:15, 162:4, 164:16, 179:21
**million** [1] - 141:16
**mind** [3] - 98:16, 99:17, 144:3
**minute** [5] - 34:9, 166:11, 166:12, 166:17, 172:17
**minutes** [6] - 82:20, 82:24, 83:2, 166:18, 172:12
**mischaracterization** [1] - 163:13
**mischaracterizes** [3] -

38:10, 109:19, 185:19
**mischaracterizing** [1] - 107:18
**missing** [1] - 171:24
**model** [2] - 106:4, 106:9
**moment** [3] - 20:11, 79:23, 170:11
**money** [21] - 44:2, 44:5, 59:11, 60:10, 60:12, 60:15, 60:23, 106:9, 106:14, 126:19, 129:25, 130:4, 134:5, 143:17, 144:5, 145:7, 146:12, 152:19, 152:20, 156:23, 157:18
**monies** [1] - 85:22
**monitor** [1] - 77:19
**month** [13] - 27:21, 29:19, 29:21, 66:22, 70:17, 92:22, 114:9, 120:17, 125:5, 126:9, 126:21, 128:12, 128:16
**monthly** [1] - 91:8
**months** [13] - 6:4, 23:17, 23:18, 23:22, 26:17, 30:19, 30:21, 35:9, 40:15, 65:17, 92:23, 121:5, 123:13
**morning** [1] - 149:10
**most** [5] - 79:3, 139:18, 142:8, 166:10, 177:5
**mostly** [3] - 44:25, 65:6, 82:20
**mother's** [1] - 95:24
**move** [3] - 14:16, 66:18, 87:16
**moved** [1] - 87:13
**moves** [1] - 87:17
**MR** [183] - 4:8, 6:25, 7:19, 9:8, 11:3, 11:6, 11:8, 11:11, 12:21, 12:23, 13:2, 13:20, 14:9, 15:13, 15:16, 16:16, 16:19, 18:5, 19:23, 20:4, 20:12, 20:21, 21:3, 21:5, 21:7, 21:10, 21:14, 21:17, 21:21, 22:3, 25:23, 29:3, 29:6, 32:23, 32:25, 33:4, 33:7, 34:8, 34:12, 38:9, 38:12, 41:6, 42:7, 43:8, 43:10, 43:12, 48:17, 48:21,

50:8, 54:17, 62:2, 63:19, 65:13, 67:2, 67:6, 68:9, 74:16, 74:20, 76:14, 76:20, 77:4, 77:8, 77:12, 79:18, 85:16, 86:9, 86:17, 87:4, 90:3, 91:15, 92:12, 94:25, 95:14, 97:4, 97:8, 102:3, 102:10, 104:21, 105:17, 105:19, 105:25, 106:23, 107:9, 107:17, 108:8, 108:17, 108:23, 109:18, 110:12, 111:3, 111:5, 111:7, 111:9, 111:21, 112:10, 114:10, 114:18, 114:21, 116:3, 116:9, 116:22, 117:5, 117:16, 118:14, 118:23, 119:6, 119:10, 119:18, 119:21, 120:13, 120:15, 121:13, 121:23, 123:2, 123:16, 123:24, 124:16, 124:23, 125:13, 125:15, 125:17, 125:23, 126:10, 126:22, 131:21, 131:25, 132:15, 136:4, 137:21, 138:3, 139:14, 140:15, 146:24, 151:17, 152:7, 156:10, 158:17, 158:22, 160:7, 161:4, 162:9, 162:21, 162:24, 163:5, 163:11, 163:17, 164:18, 164:22, 165:4, 165:9, 165:11, 165:20, 165:23, 166:3, 166:21, 167:6, 167:10, 169:6, 169:8, 170:17, 171:5, 171:14, 172:19, 172:21, 172:23, 172:25, 175:7, 178:2, 180:22, 181:8, 183:4, 183:15, 184:9, 185:18, 185:21, 185:23, 186:7, 186:13, 186:16, 186:19, 186:21,

187:9, 187:11

# N

**Naira** [12] - 88:22, 96:17, 120:23, 128:13, 128:15, 132:3, 142:7, 166:23, 167:21, 167:24, 169:3, 188:13
**Naira's** [2] - 88:23, 141:6
**name** [53] - 4:9, 4:16, 10:23, 12:6, 15:7, 25:2, 33:24, 33:25, 34:17, 34:21, 36:15, 64:24, 64:25, 65:2, 65:6, 65:8, 65:9, 71:6, 73:7, 79:7, 79:8, 79:10, 79:11, 88:23, 89:11, 89:16, 93:4, 104:10, 128:19, 131:15, 133:4, 133:9, 140:2, 159:19, 160:4, 160:5, 160:6, 167:22, 176:12, 183:20, 183:23, 183:24, 184:5
**named** [3] - 105:4, 121:2, 132:12
**names** [17] - 8:15, 10:16, 11:17, 34:6, 62:21, 65:5, 79:17, 159:23, 160:11, 160:15, 160:17, 160:19, 170:6, 171:3, 184:2, 184:6
**nation** [1] - 5:8
**native** [1] - 55:19
**nature** [3] - 5:21, 56:18, 71:8
**necessarily** [6] - 37:20, 66:13, 93:14, 123:7, 146:11, 172:9
**need** [5] - 59:11, 83:19, 98:5, 122:17, 136:13
**needed** [3] - 83:16, 122:11, 127:16
**needs** [2] - 68:7, 68:13
**Needs** [1] - 71:19
**never** [15] - 40:25, 43:10, 57:13, 67:20, 67:24, 68:3, 84:12, 98:16, 102:8, 140:13, 156:21, 156:24, 163:9, 172:2, 177:23

**NEW** [1] - 1:2
**new** [1] - 35:14
**New** [64] - 1:10, 1:19, 2:5, 2:10, 4:5, 6:19, 6:22, 7:4, 7:23, 7:25, 8:4, 8:5, 9:17, 9:17, 10:24, 18:14, 18:19, 18:22, 18:24, 19:14, 19:17, 20:9, 22:5, 22:20, 22:22, 22:23, 23:12, 23:16, 24:10, 25:15, 25:18, 26:2, 26:5, 26:14, 28:14, 31:2, 31:11, 44:23, 54:20, 54:24, 82:12, 82:13, 82:14, 87:15, 87:16, 87:18, 87:24, 88:7, 88:10, 88:13, 90:11, 95:11, 95:23, 100:22, 100:25, 101:4, 105:2, 133:16, 135:3, 181:12, 189:6
**Newman** [4] - 166:24, 168:13, 168:15, 188:14
**next** [11] - 17:8, 49:7, 59:9, 86:6, 162:2, 169:15, 170:6, 172:11, 172:15, 172:17, 178:10
**night** [1] - 112:4
**nightclub** [1] - 135:9
**ninety** [1] - 40:20
**none** [6] - 72:10, 128:5, 129:13, 155:18, 155:22, 179:25
**NOTARY** [1] - 187:24
**Notary** [3] - 1:18, 4:4, 189:5
**note** [4] - 4:24, 85:16, 156:10, 162:5, 163:9
**noted** [1] - 166:4
**notes** [4] - 162:7, 162:14, 162:20, 163:3
**nothing** [2] - 158:20, 187:9
**Notice** [1] - 1:16
**noting** [1] - 187:12
**November** [1] - 101:13
**number** [9] - 25:3, 34:7, 34:22, 45:14, 77:23, 81:12, 159:15, 176:8, 181:5
**numbers** [5] - 12:10, 12:12, 74:3, 79:17, 173:11

# O

**O-U-K-I** [1] - 36:14
**oath** [1] - 3:19
**object** [1] - 163:12
**objection** [92] - 6:25,
7:3, 7:19, 9:8, 11:3,
12:21, 15:13, 16:16,
18:5, 19:23, 20:12,
20:21, 21:3, 25:23,
29:3, 32:23, 33:2,
38:9, 41:6, 43:8,
54:17, 62:2, 63:19,
65:13, 67:6, 76:20,
79:18, 85:17, 86:9,
86:17, 90:3, 91:15,
92:12, 94:25, 95:14,
102:3, 102:10,
104:21, 106:23,
107:9, 107:17,
108:8, 108:17,
108:23, 109:18,
110:12, 111:3,
111:21, 114:10,
114:18, 116:3,
116:9, 116:22,
117:5, 120:15,
120:16, 121:13,
121:23, 123:2,
123:16, 123:24,
124:16, 124:23,
125:13, 126:10,
126:22, 131:21,
132:15, 137:21,
138:3, 139:14,
140:15, 146:24,
151:17, 156:11,
158:17, 160:7,
161:4, 162:9,
162:21, 163:5,
164:18, 166:3,
169:6, 170:17,
171:5, 171:14,
175:2, 175:7, 183:4,
183:15, 185:18
**objections** [2] - 3:12,
126:2
**objects** [1] - 9:11
**obliged** [1] - 13:15
**observed** [1] - 118:20
**obtain** [1] - 19:2
**obviously** [2] - 100:7,
104:8
**occasion** [2] - 49:12,
83:7
**occurrence** [1] -
172:14
**October** [7] - 134:17,
134:18, 134:24,
138:6, 138:16,

138:18, 139:17
**OF** [2] - 1:2, 2:4
**offer** [2] - 124:15,
126:5
**offered** [2] - 27:11,
27:14
**offering** [5] - 123:15,
125:4, 125:8,
125:12, 126:20
**office** [26] - 26:6,
28:17, 28:19, 58:4,
58:6, 88:11, 88:13,
90:23, 91:7, 103:14,
103:16, 103:17,
104:6, 104:7, 104:9,
104:11, 104:23,
113:6, 113:7,
113:10, 141:23,
142:3, 150:2
**OFFICE** [1] - 2:4
**officer** [1] - 3:18
**offices** [2] - 141:20
**often** [6] - 30:12,
35:25, 92:17, 92:20,
113:12, 153:9
**old** [2] - 25:9, 93:12
**OLIVEIRA** [3] - 1:7,
1:14, 187:19
**Oliveira** [7] - 4:11,
4:16, 88:24, 184:4,
184:7, 187:16, 188:5
**once** [7] - 25:16, 76:8,
84:12, 84:15, 95:17,
98:24, 138:17
**one** [42] - 5:17, 5:18,
9:17, 29:8, 35:20,
37:9, 42:3, 48:8,
48:12, 50:3, 54:19,
62:20, 69:12, 76:17,
82:11, 85:17, 85:24,
86:6, 90:23, 100:5,
100:7, 106:22,
131:24, 141:16,
141:21, 143:9,
148:3, 155:3, 155:6,
155:7, 155:15,
157:7, 157:10,
158:12, 158:20,
161:10, 177:12,
179:11, 181:12,
186:16
**ones** [7] - 24:19,
107:5, 133:14,
153:25, 155:12,
177:21, 178:7
**online** [6] - 8:15, 15:5,
33:23, 48:14, 54:9,
139:25
**onwards** [1] - 6:23
**open** [3] - 58:12,

111:14, 178:3
**operating** [1] - 129:6
**operations** [2] - 130:2,
130:5
**opinion** [4] - 38:5,
38:8, 38:20, 176:3
**opportunity** [5] - 10:4,
57:18, 167:7, 178:5,
178:8
**oranges** [1] - 126:6
**order** [4] - 42:14,
127:22, 146:9,
177:16
**organized** [5] - 36:10,
40:3, 47:25, 81:8,
186:2
**origin** [1] - 5:8
**originally** [1] - 104:16
**Orlando** [1] - 141:24
**Ouki** [2] - 36:14, 52:14
**outcome** [1] - 189:15
**outlook** [1] - 64:10
**Outlook** [8] - 73:12,
73:13, 73:15, 73:19,
95:4, 115:21, 116:2,
116:8
**outreach** [4] - 139:12,
140:24, 140:25,
172:7
**outset** [3] - 83:3,
99:22, 122:14
**outside** [13] - 71:2,
71:4, 82:9, 129:19,
129:22, 132:8,
138:19, 138:22,
144:10, 144:12,
144:16, 150:2, 153:2
**outsider** [1] - 92:10
**outsiders** [1] - 142:10
**overall** [1] - 76:7
**overlap** [2] - 109:10,
109:12
**overlaps** [1] - 139:24
**oversee** [2] - 76:25,
103:3
**own** [15] - 12:15,
26:10, 26:11, 38:4,
57:3, 58:4, 58:7,
58:10, 79:4, 80:4,
97:20, 100:23,
131:11, 173:3, 184:5
**owned** [2] - 25:7,
115:25
**owner** [1] - 129:15
**owners** [2] - 129:10,
129:12

# P

**P-A-S-Q-U-A-L** [1] -

73:10
**P.C** [1] - 2:9
**p.m** [5] - 105:23,
105:24, 152:10,
186:12, 187:17
**Pablo** [4] - 4:11,
183:21, 184:4,
187:16
**PABLO** [3] - 1:7, 1:14,
187:19
**PAGE** [3] - 188:4,
188:9, 190:7
**Page** [5] - 167:17,
176:7, 180:14,
186:5, 186:24
**page** [12] - 159:22,
160:22, 161:16,
167:18, 167:21,
170:6, 174:16,
175:6, 175:25,
176:9, 181:10,
182:17
**pages** [3] - 165:17,
167:16, 177:11
**paid** [24] - 28:10,
30:24, 32:2, 32:11,
34:15, 35:16, 36:5,
36:12, 36:18, 39:25,
40:9, 54:6, 94:3,
100:4, 127:23,
156:15, 169:19,
176:14, 176:17,
176:25, 177:6,
177:23, 179:22,
180:9
**paper** [4] - 174:2,
174:17, 174:24,
175:20
**parents** [1] - 95:25
**part** [12] - 6:7, 9:7,
19:18, 19:19, 22:16,
24:21, 25:15, 33:14,
77:18, 80:6, 84:21,
93:21
**part-time** [1] - 93:21
**participants** [1] -
169:24
**participate** [2] - 43:23,
44:2
**participating** [2] -
171:12, 171:13
**particular** [8] - 16:7,
23:8, 23:10, 53:8,
68:24, 78:25, 79:25,
123:14
**parties** [2] - 3:7,
189:13
**partner** [8] - 96:21,
96:25, 128:25,
165:13, 167:25,

168:5, 187:2, 187:4 [10]
**party** [3] - 119:12,
139:5, 144:20
**Pasqual** [1] - 73:10
**pass** [1] - 63:14
**passed** [1] - 19:8
**Patrick** [2] - 183:21,
184:7
**pay** [23] - 35:12, 91:5,
91:8, 93:25, 96:20,
128:3, 128:4, 145:6,
146:14, 154:8,
154:11, 176:18,
177:19, 178:11,
178:18, 178:21,
179:4, 180:2, 180:3,
180:4, 180:6, 180:8,
187:6
**paycheck** [2] - 35:22,
36:2
**paying** [3] - 43:25,
127:14, 179:10
**Payoff** [1] - 71:19
**pays** [1] - 35:21
**PDF** [2] - 79:12,
174:18
**PEI** [1] - 152:5
**pencil** [2] - 171:19,
171:21
**pending** [2] - 42:12,
42:13
**people** [64] - 8:16,
9:15, 10:18, 10:19,
11:15, 11:20, 11:24,
14:21, 15:4, 15:8,
15:9, 15:21, 16:22,
17:20, 21:13, 21:15,
44:20, 44:22, 54:7,
54:14, 54:22, 54:25,
55:5, 58:12, 58:14,
62:22, 64:23, 66:18,
67:23, 73:2, 74:13,
77:3, 78:3, 78:21,
79:24, 83:14, 83:15,
86:7, 86:12, 91:25,
94:9, 103:3, 110:8,
110:24, 111:20,
112:21, 119:19,
120:19, 128:6,
132:11, 140:7,
140:12, 140:13,
146:6, 147:18,
148:16, 148:20,
150:19, 171:3,
171:20, 172:5,
172:12, 174:19,
178:13
**people's** [2] - 74:2,
76:25
**per** [2] - 29:20, 29:21

11

**percent** [17] - 16:25, 17:4, 23:3, 41:19, 44:8, 44:10, 44:13, 49:3, 61:7, 82:5, 134:25, 135:17, 146:6, 146:7, 156:16, 178:20
**percentage** [3] - 16:21, 23:5, 99:23
**perfectly** [1] - 22:7
**perform** [2] - 29:12, 132:13
**performed** [2] - 112:8, 112:14
**performing** [5] - 29:17, 112:18, 122:13, 128:21, 130:24
**period** [36] - 29:5, 30:9, 30:14, 30:20, 32:10, 32:14, 32:15, 34:15, 36:4, 36:12, 36:17, 40:8, 48:5, 50:14, 50:15, 51:4, 63:10, 65:16, 69:15, 69:20, 84:9, 103:22, 103:24, 106:14, 106:19, 112:23, 113:6, 113:11, 120:18, 120:20, 123:21, 125:6, 126:9, 126:21, 128:12, 128:16
**permission** [4] - 108:2, 108:21, 109:24, 111:19
**person** [18] - 17:12, 18:10, 18:24, 19:7, 20:10, 34:18, 34:23, 35:3, 46:17, 49:21, 62:9, 66:22, 67:17, 68:2, 68:24, 79:11, 109:25, 140:5
**person's** [1] - 24:16
**personal** [8] - 22:12, 93:19, 97:10, 97:12, 115:6, 115:13, 116:7, 116:17
**personally** [8] - 14:21, 42:15, 70:10, 81:9, 115:25, 136:19, 139:19, 163:9
**perspective** [1] - 71:17
**pertaining** [2] - 164:24, 188:12
**phone** [23] - 12:10, 12:12, 17:17, 17:19, 17:22, 25:3, 34:7, 34:21, 34:23, 34:24,

46:8, 51:14, 62:21, 74:2, 78:4, 79:17, 115:12, 115:13, 123:8, 123:22, 149:3, 174:21, 175:12
**phones** [2] - 115:15, 116:17
**phrase** [6] - 60:10, 64:11, 99:3, 124:2, 185:2, 185:3
**phrasing** [1] - 131:10
**picking** [1] - 57:7
**piece** [1] - 67:22
**place** [12] - 1:16, 53:9, 53:14, 54:15, 90:2, 98:16, 103:12, 105:3, 135:2, 152:12, 180:15, 187:5
**placed** [2] - 101:12, 187:4
**places** [1] - 90:24
**plain** [1] - 22:15
**plaintiff** [1] - 4:17
**Plaintiff** [2] - 1:5, 2:4
**Plaintiff's** [21] - 158:23, 158:25, 159:7, 163:18, 163:20, 164:23, 165:2, 166:22, 166:25, 167:5, 167:15, 173:4, 173:7, 173:10, 180:23, 180:25, 181:4, 184:10, 184:12, 184:15, 186:23
**PLAINTIFF'S** [1] - 188:9
**plan** [2] - 99:23, 149:12
**planned** [1] - 154:19
**planning** [1] - 98:19
**platinum** [5] - 176:9, 176:11, 176:19, 177:11, 179:3
**play** [5] - 42:24, 43:2, 43:6, 150:6, 150:11
**pleased** [1] - 134:5
**plus** [1] - 71:14
**point** [5] - 64:18, 100:14, 148:3, 155:24, 157:7
**policy** [1] - 17:16
**politely** [1] - 118:13
**Portuguese** [4] - 55:17, 55:20, 55:23, 161:19
**Portuguese/Spanish**

[2] - 157:2, 157:8
**positioning** [1] - 160:13
**possession** [1] - 114:17
**possibility** [1] - 66:20
**possible** [2] - 18:4, 171:9
**post** [1] - 15:4
**posting** [1] - 14:23
**potential** [26] - 17:23, 46:23, 47:21, 48:7, 50:22, 50:24, 56:6, 56:11, 56:15, 57:16, 58:24, 61:9, 61:16, 61:22, 63:5, 63:15, 65:20, 67:11, 68:16, 68:21, 92:10, 92:15, 123:15, 123:22, 124:14, 127:4
**PRE** [1] - 152:5
**prefer** [1] - 85:19
**preparation** [1] - 135:19
**prepare** [3] - 33:15, 153:5, 153:8
**prepared** [1] - 115:3
**Preqin** [4] - 142:16, 142:17, 143:12, 144:9
**present** [1] - 22:10
**PRESENT** [1] - 2:13
**presently** [2] - 154:19, 154:21
**president** [1] - 141:4
**pressure** [1] - 148:21
**pretty** [6] - 99:4, 103:2, 115:19, 135:25, 162:17, 169:24
**previous** [1] - 101:24
**previously** [11] - 12:5, 71:14, 79:7, 82:11, 127:25, 149:23, 164:3, 168:6, 170:22, 171:20, 186:23
**primarily** [1] - 76:10
**principal** [1] - 141:7
**print** [4] - 174:2, 174:4, 174:20, 180:13
**printed** [2] - 174:17, 174:19
**Printout** [1] - 188:15
**printout** [2] - 173:5, 173:18
**printouts** [2] - 78:13, 117:4
**private** [5] - 16:11,

72:24, 135:8, 135:10, 135:11
**problem** [2] - 11:11, 117:25
**Problem** [1] - 71:19
**process** [7] - 22:5, 22:11, 22:16, 22:19, 25:15, 144:2, 166:9
**processing** [1] - 32:22
**produce** [1] - 181:6
**produced** [4] - 105:14, 106:19, 181:11, 183:20
**product** [9] - 8:22, 18:23, 22:22, 68:3, 123:14, 126:7, 126:8, 126:14, 126:15
**products** [7] - 15:22, 18:18, 61:25, 66:11, 67:17, 80:9, 178:16
**profit** [5] - 59:23, 153:5, 180:19
**program** [3] - 6:2, 94:22, 174:11
**project** [1] - 38:25
**projects** [1] - 60:13
**promise** [5] - 156:19, 158:4, 158:6, 158:15
**promised** [5] - 40:25, 156:20, 156:24, 157:12, 158:2
**promote** [1] - 109:25
**promoted** [4] - 53:7, 53:21, 65:18, 76:8
**promotions** [1] - 23:21
**pronounced** [1] - 73:4
**pronouncing** [1] - 167:22
**proposal** [1] - 127:8
**proposition** [1] - 124:3
**provide** [2] - 39:16, 99:21
**provided** [2] - 9:23, 105:16
**PUBLIC** [1] - 187:24
**Public** [3] - 1:18, 4:4, 189:5
**public** [2] - 15:3, 165:20
**publically** [16] - 10:22, 12:7, 12:11, 12:13, 13:6, 15:5, 15:9, 15:12, 15:21, 33:23, 34:2, 48:15, 79:5, 79:14, 131:14, 161:9
**published** [1] - 134:24
**publisher** [1] - 71:3

**pulled** [1] - 165:21
**purchase** [4] - 18:14, 18:18, 101:4, 130:13
**purchased** [6] - 18:23, 100:25, 142:24, 143:9, 182:10, 182:12
**purchases** [1] - 143:11
**purchasing** [2] - 61:24, 144:15
**purpose** [4] - 4:18, 15:11, 47:11, 73:20
**purposes** [1] - 65:12
**pursuant** [1] - 1:16
**put** [11] - 46:18, 48:12, 65:8, 71:17, 74:2, 115:14, 119:24, 129:25, 130:16, 137:7, 186:3
**putting** [2] - 173:24, 181:9

## Q

**questions** [23] - 4:19, 13:10, 13:16, 13:22, 22:9, 56:16, 56:23, 57:2, 57:5, 58:23, 59:5, 59:6, 61:11, 61:17, 62:24, 63:6, 71:13, 71:16, 76:13, 125:25, 139:11, 186:15
**quick** [1] - 152:8
**quicker** [1] - 176:14
**quit** [1] - 100:4
**quite** [1] - 111:18
**quitting** [1] - 164:4

## R

**raise** [1] - 35:12
**raises** [1] - 60:9
**Raleigh** [1] - 117:22
**RALEIGH** [1] - 2:14
**ran** [3] - 71:9, 100:11, 160:25
**range** [1] - 176:21
**rate** [2] - 91:5, 91:9
**RATSCHKO** [2] - 2:4, 2:15
**reach** [4] - 5:12, 99:6, 108:12, 112:5
**reached** [1] - 140:4
**reaching** [2] - 144:23, 169:4
**READ** [1] - 190:7
**Read** [1] - 50:8
**read** [38] - 15:16,

15:19, 20:4, 20:6,
20:17, 32:5, 33:9,
33:12, 42:7, 42:10,
50:10, 62:16, 62:18,
67:2, 67:5, 68:9,
68:12, 69:4, 74:22,
74:25, 76:14, 77:4,
77:7, 85:13, 85:15,
92:2, 92:4, 107:23,
114:22, 114:24,
120:13, 122:17,
122:20, 136:4,
136:7, 140:18,
140:20, 159:17
**ready** [6] - 48:15, 98:6,
131:16, 159:3,
167:12
**real** [62] - 38:2, 38:7,
38:16, 38:21, 38:22,
39:2, 39:3, 39:5,
39:6, 39:9, 39:12,
39:15, 39:16, 39:20,
51:17, 51:18, 51:24,
52:3, 52:7, 53:8,
53:11, 53:14, 53:16,
53:19, 59:15, 59:16,
59:18, 59:19, 59:21,
59:22, 60:3, 60:13,
60:16, 60:22, 60:25,
61:2, 61:5, 61:6,
65:18, 66:5, 69:6,
69:10, 69:16, 71:22,
71:23, 72:7, 72:13,
72:18, 73:3, 76:3,
76:9, 76:24, 83:4,
83:6, 83:10, 84:10,
103:5, 182:23,
183:3, 183:9, 183:10
**Real** [1] - 55:4
**really** [7] - 33:7, 40:12,
41:8, 65:7, 93:20,
95:16, 119:7
**reason** [2] - 38:15,
134:3
**reasoning** [1] - 156:25
**reasons** [7] - 37:9,
85:24, 100:6, 100:8,
143:9, 157:10,
158:12
**receive** [20] - 10:7,
16:14, 23:21, 23:25,
30:15, 35:11, 35:25,
36:19, 36:21, 37:5,
37:12, 40:24, 41:22,
42:4, 42:14, 44:13,
44:16, 44:17, 99:23,
158:12
**received** [8] - 41:2,
41:5, 43:3, 43:7,
57:14, 156:21,

158:13
**receiving** [3] - 35:22,
41:10, 44:4
**recess** [5] - 34:10,
74:18, 105:23,
152:9, 186:11
**recipients** [1] - 48:24
**recognize** [1] - 159:23
**recollection** [4] -
163:3, 172:6,
176:24, 177:3
**record** [49] - 4:9, 4:13,
13:11, 15:18, 20:5,
20:16, 21:18, 21:20,
21:22, 21:23, 32:4,
33:11, 34:13, 42:9,
50:9, 62:17, 67:4,
68:11, 69:3, 74:21,
74:24, 77:6, 85:14,
86:25, 87:5, 87:7,
87:8, 92:3, 97:4,
97:7, 97:9, 105:18,
106:2, 107:22,
114:23, 117:21,
118:15, 120:2,
120:7, 122:19,
136:6, 140:19,
153:19, 163:12,
165:4, 165:7,
165:21, 186:14,
189:10
**recorded** [8] - 98:4,
98:23, 99:9, 100:6,
147:8, 148:9, 148:12
**records** [1] - 153:11
**redirect** [1] - 186:17
**Redmond** [2] -
182:17, 183:14
**refer** [5] - 124:5,
127:4, 147:11,
147:14, 175:6
**referred** [6] - 31:10,
70:2, 144:22, 147:8,
148:2, 157:7
**referring** [1] - 128:18
**refresh** [2] - 163:2,
172:6
**refused** [1] - 64:23
**regard** [2] - 23:7,
149:19
**regards** [3] - 11:15,
99:20, 100:3
**region** [3] - 12:7, 85:4,
85:5
**regions** [1] - 122:12
**register** [2] - 138:24,
139:9
**registration** [1] -
83:15
**registrations** [1] -

138:20
**regular** [4] - 15:24,
15:25, 90:16, 103:25
**reimbursed** [1] - 84:13
**relate** [1] - 80:19
**related** [5] - 80:14,
80:22, 88:25, 174:3,
189:13
**relation** [3] - 106:18,
107:4, 155:17
**relations** [29] - 64:19,
98:21, 99:3, 99:4,
99:14, 99:17,
100:19, 106:5,
106:10, 106:15,
107:16, 108:7,
108:22, 110:2,
110:6, 110:18,
111:15, 112:6,
123:20, 124:18,
124:21, 125:3,
126:15, 127:3,
130:22, 155:21,
155:24, 156:3, 180:4
**relationship** [7] -
39:11, 40:5, 45:21,
64:17, 89:3, 125:19,
129:11
**remember** [178] - 6:16,
16:24, 17:2, 17:3,
17:6, 17:18, 17:21,
17:25, 18:2, 18:8,
18:12, 19:5, 19:16,
21:12, 23:2, 23:4,
23:7, 23:9, 23:11,
23:14, 24:17, 25:19,
25:25, 26:4, 26:12,
26:22, 27:2, 27:7,
27:9, 27:22, 28:15,
30:16, 30:18, 32:20,
33:13, 33:18, 34:20,
35:6, 36:7, 36:9,
40:10, 40:12, 41:4,
41:8, 44:24, 45:10,
45:14, 45:17, 46:15,
47:6, 49:4, 51:11,
51:20, 51:21, 52:20,
52:24, 55:8, 55:13,
57:17, 57:23, 57:25,
62:19, 62:23, 65:2,
65:24, 70:10, 71:5,
72:10, 72:14, 72:16,
72:25, 73:25, 75:7,
76:2, 78:11, 78:17,
80:11, 83:9, 83:25,
84:6, 84:12, 84:18,
86:23, 95:12, 95:16,
95:21, 98:9, 102:16,
103:11, 103:12,
105:2, 105:13,

106:20, 107:2,
107:3, 107:5, 107:6,
107:12, 113:4,
113:12, 114:5,
114:7, 114:13,
115:9, 115:22,
116:5, 117:8,
121:15, 122:10,
123:11, 124:4,
128:17, 128:23,
129:3, 129:4,
129:13, 130:15,
130:18, 133:14,
134:20, 136:2,
137:4, 137:5,
138:23, 139:20,
140:9, 140:11,
140:21, 140:22,
140:23, 140:24,
141:10, 141:13,
142:15, 142:24,
143:4, 143:14,
144:11, 146:4,
147:6, 147:16,
147:17, 148:8,
148:15, 148:18,
149:2, 149:11,
149:15, 150:18,
150:21, 151:7,
155:22, 155:23,
155:25, 156:16,
158:21, 159:12,
159:16, 161:7,
162:11, 163:7,
164:9, 164:11,
164:15, 166:8,
166:15, 170:24,
175:16, 177:5,
178:19, 178:21,
179:6, 179:7, 179:9,
180:6, 181:9, 181:23
**remembered** [2] -
171:8, 179:8
**repeat** [12] - 15:15,
20:2, 20:15, 32:3,
32:6, 42:6, 50:7,
69:2, 78:14, 107:20,
108:19, 109:21
**repeating** [1] - 106:10
**rephrase** [7] - 4:22,
13:18, 22:18, 66:24,
108:4, 122:2, 183:12
**rephrasing** [1] - 144:3
**replace** [1] - 113:3
**reply** [1] - 168:17
**report** [7] - 24:14,
36:11, 52:7, 52:18,
53:5, 70:3, 153:8
**reported** [6] - 52:3,
52:14, 52:17, 69:9,

72:2, 73:3
**reporter** [23] - 1:18,
4:25, 15:19, 20:6,
20:17, 32:5, 33:12,
42:10, 50:10, 62:18,
67:5, 68:12, 69:4,
74:25, 77:7, 85:15,
92:4, 107:23,
114:24, 122:20,
136:7, 140:20, 189:4
**reporting** [6] - 51:23,
52:22, 69:7, 71:21,
72:4, 72:8
**reports** [4] - 69:20,
78:10, 79:12, 79:13
**required** [1] - 50:5
**requirements** [2] -
136:17, 136:20
**research** [11] - 10:23,
12:5, 12:15, 15:6,
34:5, 37:11, 37:19,
37:23, 79:5, 80:7,
142:19
**researching** [2] - 8:15,
37:21
**reserved** [1] - 3:13
**residence** [1] - 87:24
**resign** [1] - 98:13
**Resignation** [2] -
163:19, 188:11
**resignation** [3] -
104:3, 148:6, 172:22
**resigned** [1] - 99:11
**resigning** [1] - 163:24
**resist** [1] - 14:15
**respect** [1] - 14:7
**respectfully** [1] -
13:21
**respective** [1] - 3:7
**responded** [1] -
169:15
**response** [2] - 49:16,
50:5
**responsibilities** [8] -
8:13, 24:5, 30:23,
50:21, 53:4, 76:8,
76:23, 83:12
**responsible** [3] - 76:4,
76:10, 131:11
**restaurant** [1] - 135:8
**result** [1] - 39:22
**retain** [2] - 116:19,
117:2
**Retirement** [1] - 170:2
**returns** [3] - 96:4,
96:7, 97:10
**revenue** [3] - 100:19,
106:19, 106:21
**revenues** [2] - 141:8,
153:12

13

**review** [1] - 167:8
**right-hand** [1] - 186:25
**Risman** [1] - 188:6
**RISMAN** [127] - 2:9, 2:11, 6:25, 7:19, 9:8, 11:3, 11:8, 12:21, 13:2, 13:20, 15:13, 16:16, 16:19, 18:5, 19:23, 20:12, 20:21, 21:3, 21:7, 21:14, 21:21, 25:23, 29:3, 32:23, 33:4, 38:9, 41:6, 43:8, 43:12, 48:17, 48:21, 54:17, 62:2, 63:19, 65:13, 67:6, 76:20, 77:8, 79:18, 85:16, 86:9, 86:17, 90:3, 91:15, 92:12, 94:25, 95:14, 97:4, 102:3, 102:10, 104:21, 105:17, 106:23, 107:9, 107:17, 108:8, 108:17, 108:23, 109:18, 110:12, 111:3, 111:7, 111:21, 112:10, 114:10, 114:18, 114:21, 116:3, 116:9, 116:22, 117:5, 117:16, 118:23, 119:10, 119:21, 120:15, 121:13, 121:23, 123:2, 123:16, 123:24, 124:16, 124:23, 125:13, 125:17, 126:10, 126:22, 131:21, 131:25, 132:15, 137:21, 138:3, 139:14, 140:15, 146:24, 151:17, 156:10, 158:17, 160:7, 161:4, 162:9, 162:21, 163:5, 163:11, 164:18, 165:4, 165:11, 165:23, 167:6, 169:6, 170:17, 171:5, 171:14, 172:19, 172:23, 175:2, 175:7, 178:2, 181:8, 183:4, 183:15, 185:18, 185:23, 186:16, 186:21, 187:9
**Robbins** [2] - 182:17, 183:13

**Robert** [1] - 181:20
**role** [6] - 42:24, 42:25, 43:2, 43:5, 61:5, 93:8
**room** [1] - 100:9
**round** [1] - 52:9
**routine** [1] - 39:22
**Roy** [11] - 69:11, 69:12, 69:22, 73:3, 73:8, 150:13, 150:17, 150:20, 150:23, 151:3, 151:10
**Rule** [1] - 187:13
**run** [4] - 70:22, 99:11, 100:15, 157:11
**running** [3] - 147:22, 150:4, 150:7
**runs** [1] - 170:5

## S

**safe** [1] - 98:16
**salaried** [1] - 185:13
**salary** [9] - 24:2, 35:16, 35:18, 40:21, 40:23, 45:6, 96:20, 156:22, 157:23
**sale** [15] - 10:5, 19:17, 22:17, 22:22, 23:8, 23:10, 23:12, 41:19, 42:15, 42:16, 42:24, 43:3, 43:6, 44:12, 75:22
**sales** [33] - 8:18, 8:19, 9:5, 9:7, 9:14, 9:18, 10:8, 14:22, 19:7, 22:6, 22:11, 22:19, 41:20, 41:22, 41:25, 42:5, 67:23, 75:25, 76:5, 83:21, 124:8, 126:3, 126:5, 131:17, 131:20, 134:16, 138:8, 138:12, 139:11, 139:13, 143:20, 144:17, 146:8
**Salsinha** [3] - 73:8, 150:13, 151:10
**SALSINHA** [1] - 73:9
**sat** [2] - 58:12, 157:5
**save** [3] - 25:21, 67:25, 117:10
**schedule** [1] - 137:7
**scheduled** [3] - 47:9, 134:12, 154:22
**scheduling** [1] - 156:4
**school** [3] - 6:13, 7:7, 26:17
**screens** [1] - 136:23

**sealing** [1] - 3:8
**search** [5] - 14:24, 15:3, 37:3, 37:8, 122:5
**searched** [2] - 128:2, 135:23
**searches** [1] - 14:20
**Searchlogic** [2] - 37:6, 37:7
**second** [9] - 27:8, 29:18, 69:12, 76:19, 97:5, 117:17, 159:18, 160:3, 181:20
**sectors** [1] - 51:11
**see** [16] - 27:5, 77:12, 79:12, 90:11, 118:25, 161:17, 168:20, 168:22, 170:2, 170:12, 172:10, 178:13, 179:2, 181:7, 183:20
**sell** [29] - 8:25, 9:19, 17:15, 36:25, 43:23, 54:23, 75:5, 75:14, 77:3, 77:16, 80:18, 100:20, 100:21, 101:11, 125:5, 125:8, 125:12, 126:6, 126:17, 126:18, 126:19, 137:16, 137:19, 142:20, 143:10, 145:12, 155:20, 156:3, 156:24
**selling** [17] - 15:23, 43:14, 43:15, 54:14, 56:20, 56:21, 66:11, 93:10, 93:18, 101:14, 127:2, 134:5, 134:7, 134:9, 137:25, 155:16
**sells** [1] - 131:6
**send** [22] - 11:19, 11:23, 17:9, 34:17, 35:3, 46:4, 46:11, 48:7, 48:12, 48:14, 55:22, 55:25, 56:3, 77:23, 78:7, 121:18, 123:6, 133:21, 164:13, 174:23, 175:15, 175:19
**sending** [1] - 48:9
**sense** [1] - 43:19
**sent** [19] - 16:15, 16:22, 17:8, 25:17, 46:23, 48:4, 48:6, 48:22, 49:6, 50:4, 163:23, 164:2, 164:7, 164:16,

169:13, 169:14, 170:19, 171:10, 172:10
**sentence** [2] - 161:22, 162:2
**separate** [2] - 9:22, 39:8
**September** [22] - 97:15, 97:18, 98:10, 98:11, 100:17, 102:17, 105:8, 134:20, 135:16, 135:19, 137:14, 138:7, 138:14, 138:15, 139:17, 168:11, 168:18, 169:3, 169:15, 169:23, 170:19, 171:10
**September'ish** [1] - 137:15
**series** [1] - 139:10
**service** [5] - 90:24, 122:22, 123:15, 126:20, 166:14
**services** [15] - 29:13, 29:17, 99:21, 112:8, 112:14, 112:15, 112:19, 122:13, 126:17, 126:18, 126:19, 128:22, 130:25, 132:14, 155:17
**set** [2] - 113:14, 189:8
**setup** [1] - 110:21
**seven** [1] - 176:9
**Several** [1] - 180:24
**several** [1] - 181:11
**shakes** [1] - 5:4
**shall** [1] - 3:13
**shareholder** [1] - 129:6
**SHEET** [1] - 190:2
**sheets** [1] - 36:8
**short** [2] - 74:17, 118:11
**shorthand** [1] - 1:17
**SHOULD** [1] - 190:7
**show** [3] - 127:18, 127:20, 146:7
**showing** [6] - 159:5, 167:3, 167:14, 173:9, 181:3, 184:14
**Si** [1] - 161:22
**side** [1] - 57:12
**sign** [5] - 18:24, 104:15, 135:12, 135:15, 136:24
**signal** [1] - 13:13
**signature** [2] - 19:2,

186:5
**signatures** [1] - 48:3
**signed** [11] - 3:17, 3:20, 20:8, 20:11, 35:19, 91:2, 137:3, 177:12, 180:9, 184:17, 187:13
**similar** [5] - 133:23, 152:3, 155:4, 155:8, 155:10
**simple** [4] - 11:16, 13:16, 22:7, 64:2
**single** [1] - 75:23
**sit** [2] - 143:19, 156:18
**site** [2] - 173:18, 173:25
**sits** [1] - 90:16
**sitting** [2] - 103:21, 119:2
**situation** [1] - 59:13
**Situation** [1] - 71:18
**six** [13] - 6:4, 23:17, 23:18, 23:22, 26:17, 120:17, 121:5, 123:13, 125:5, 126:8, 126:21, 128:12, 128:16
**sixty** [2] - 74:15
**sixty-five** [1] - 74:15
**smiling** [1] - 100:10
**smirk** [1] - 120:3
**socialize** [1] - 149:25
**software** [5] - 63:24, 63:25, 64:3, 138:19, 138:22
**sold** [11] - 8:23, 55:11, 75:3, 80:10, 80:12, 109:22, 110:24, 111:20, 140:7, 140:12, 153:18
**solely** [1] - 91:25
**solicited** [1] - 146:21
**solution** [1] - 103:4
**someone** [18] - 15:11, 17:7, 19:3, 24:14, 49:17, 50:6, 50:12, 50:16, 50:20, 51:15, 59:7, 62:20, 72:8, 90:17, 92:6, 161:25, 171:18, 175:12
**sometimes** [31] - 12:11, 17:14, 19:21, 20:9, 20:20, 43:17, 48:11, 49:8, 49:9, 49:14, 49:15, 49:22, 49:25, 50:12, 58:15, 75:21, 79:24, 85:18, 86:8, 86:11, 86:15, 86:19, 89:20, 91:17, 95:8, 109:14,

14

128:24, 146:15, 172:16, 175:14
**somewhat** [7] - 66:7, 93:12, 101:7, 101:14, 153:14, 153:16, 155:8
**somewhere** [6] - 63:3, 63:8, 87:14, 104:25, 105:5, 182:7
**sorry** [19] - 11:13, 18:15, 24:12, 39:4, 48:17, 58:5, 62:5, 94:2, 96:5, 101:3, 105:7, 111:8, 113:19, 124:7, 128:14, 129:21, 137:18, 157:13, 171:2
**SOUTHERN** [1] - 1:2
**Souza** [6] - 89:11, 89:13, 89:15, 89:19, 89:21, 94:7
**Souza's** [1] - 89:16
**space** [8] - 91:5, 91:9, 91:14, 91:19, 92:10, 92:17, 135:4, 135:13
**Spanish** [7] - 55:14, 55:18, 55:25, 161:19, 161:20, 162:8, 162:14
**speaker** [1] - 136:23
**speakers** [2] - 137:7, 137:11
**speaking** [1] - 118:24
**specialization** [5] - 5:14, 5:18, 5:19, 6:2, 7:15
**specific** [22] - 38:25, 39:18, 40:6, 42:3, 43:4, 46:13, 47:9, 47:14, 58:25, 63:25, 99:7, 110:22, 124:21, 126:20, 127:10, 135:20, 140:10, 140:23, 158:4, 158:6, 159:11, 179:5
**specifically** [11] - 54:25, 69:14, 109:6, 122:8, 122:10, 124:15, 125:11, 144:22, 148:20, 157:25, 183:8
**specifics** [1] - 175:5
**specify** [3] - 22:18, 76:6, 129:24
**speculate** [1] - 21:11
**speculation** [3] - 21:8, 22:2, 22:14
**spell** [4] - 36:15,

69:24, 93:6, 132:24
**spelling** [1] - 133:10
**spend** [2] - 28:7, 144:5
**spent** [2] - 6:7, 143:17
**SPIN** [2] - 70:25, 71:18
**Spin** [1] - 71:14
**split** [2] - 44:14, 132:2
**sponsor** [15] - 43:23, 44:3, 57:11, 85:10, 86:8, 92:15, 170:13, 176:19, 177:2, 177:6, 177:11, 177:14, 181:17, 182:2, 182:18
**sponsored** [1] - 81:3
**sponsors** [14] - 54:23, 93:10, 137:13, 139:18, 140:6, 145:10, 176:4, 176:6, 176:11, 177:11, 177:21, 179:3, 179:4, 181:24
**sponsorship** [16] - 43:14, 43:16, 43:20, 43:21, 44:6, 44:12, 75:16, 75:17, 75:20, 109:22, 116:20, 145:13, 153:18, 177:20, 181:16, 181:22
**sponsorships** [19] - 41:24, 41:25, 42:5, 75:3, 75:6, 76:10, 77:17, 80:13, 93:18, 110:24, 111:20, 125:5, 131:6, 137:16, 137:19, 138:2, 140:8, 140:12
**spots** [1] - 161:14
**spreadsheet** [12] - 11:24, 24:18, 24:21, 24:25, 25:17, 25:20, 25:21, 31:5, 63:17, 64:4, 153:23, 163:10
**spreadsheets** [22] - 10:21, 11:18, 12:10, 13:5, 14:20, 14:22, 15:2, 18:17, 31:25, 32:14, 33:19, 33:22, 34:5, 34:6, 63:12, 63:24, 115:2, 154:2, 161:9, 161:11, 162:20, 163:4
**stamp** [1] - 165:16
**stamped** [3] - 165:5, 167:16, 184:16
**stands** [1] - 64:15
**Stanford** [2] - 168:19, 168:23

**staring** [4] - 100:10, 117:22, 119:12, 119:23
**start** [11] - 8:7, 14:11, 27:19, 41:10, 52:21, 57:7, 128:21, 130:24, 132:19, 137:25, 139:12
**started** [25] - 26:16, 28:15, 29:9, 29:12, 29:17, 39:25, 46:17, 52:14, 53:4, 57:7, 57:8, 58:2, 65:10, 70:17, 70:20, 74:6, 87:10, 100:17, 104:7, 106:4, 122:25, 166:9, 172:7, 184:4, 184:17
**starting** [5] - 19:14, 104:2, 161:21, 169:25
**starts** [1] - 176:9
**State** [5] - 1:19, 4:4, 4:9, 4:12, 189:6
**statement** [2] - 5:3, 153:6
**statements** [2] - 152:22, 152:24
**States** [4] - 6:8, 6:11, 55:6, 175:20
**STATES** [1] - 1:1
**stating** [2] - 13:11, 171:11
**stay** [4] - 30:7, 83:15, 95:22, 103:3
**stayed** [1] - 30:19
**Stepstone** [2] - 179:12, 179:21
**still** [24] - 13:14, 18:7, 34:14, 44:12, 48:5, 63:11, 65:11, 76:9, 77:11, 82:2, 87:13, 87:23, 89:15, 89:18, 95:4, 95:25, 101:8, 106:25, 110:14, 114:17, 133:24, 141:22, 141:25, 163:8
**STIPULATED** [3] - 3:5, 3:11, 3:16
**stop** [7] - 76:16, 117:17, 118:9, 118:13, 119:5, 120:6, 120:10
**Street** [3] - 2:5, 2:10, 28:21
**stuff** [1] - 157:3
**submit** [1] - 93:23
**Subscribed** [1] - 187:20

**successful** [2] - 152:14, 180:17
**sue** [1] - 148:19
**sued** [1] - 151:3
**suggest** [1] - 136:22
**suggested** [1] - 136:21
**suggestions** [1] - 103:11
**Suites** [4] - 104:12, 104:13, 104:16, 105:4
**Sundays** [1] - 28:9
**supposed** [4] - 177:25, 178:11, 180:3, 180:6
**surnames** [1] - 184:7
**surprise** [1] - 149:22
**switched** [1] - 106:8
**sworn** [5] - 3:18, 3:21, 4:3, 187:20, 189:9

## T

**table** [1] - 119:3
**Tanya** [2] - 160:4, 160:10
**tape** [12] - 101:16, 101:25, 102:8, 105:15, 105:18, 108:12, 147:7, 148:24, 149:5, 149:9, 149:14, 149:17
**taped** [6] - 101:21, 102:20, 105:12, 112:18, 113:8, 164:14
**taping** [1] - 101:24
**target** [5] - 37:16, 37:18, 38:17, 38:19, 39:20
**targeted** [1] - 16:6
**targeting** [1] - 10:24
**tasks** [1] - 122:24
**taught** [7] - 28:13, 58:22, 59:5, 60:20, 61:17, 94:10, 94:14
**tax** [4] - 36:5, 96:4, 96:7, 97:10
**taxes** [2] - 35:21, 35:23
**teach** [2] - 71:10, 71:15
**teaching** [3] - 28:6, 28:8, 28:10
**team** [9] - 19:18, 19:19, 19:20, 20:19, 20:25, 22:8, 22:16, 125:3, 150:6

**technically** [1] - 100:5
**telephone** [12] - 17:12, 18:4, 49:21, 49:23, 56:5, 56:10, 56:14, 57:20, 58:15, 66:20, 67:10, 124:13
**temptation** [1] - 14:15
**ten** [6] - 27:18, 28:22, 81:13, 81:14, 146:6, 172:12
**Ten** [1] - 28:21
**Terapin** [1] - 152:4
**terms** [5] - 60:3, 61:24, 66:11, 122:12, 160:12
**test** [2] - 19:8, 19:11
**testified** [27] - 4:5, 14:19, 24:19, 24:20, 31:7, 31:13, 32:10, 32:13, 45:18, 49:13, 52:13, 52:16, 60:19, 73:11, 77:18, 79:23, 80:12, 82:25, 91:18, 103:13, 106:7, 107:13, 112:16, 161:8, 162:18, 167:24, 175:13
**testifying** [4] - 15:2, 31:24, 106:3, 185:25
**testimony** [17] - 38:10, 52:2, 89:24, 105:8, 107:18, 109:19, 116:6, 119:20, 163:8, 163:14, 173:17, 179:9, 185:7, 185:19, 185:22, 189:8, 189:11
**THE** [4] - 16:18, 48:20, 111:24, 131:24
**themselves** [6] - 65:21, 67:25, 78:4, 127:17, 127:20, 183:2
**therefore** [1] - 148:22
**thinking** [1] - 100:18
**third** [3] - 52:9, 139:5, 182:16
**third-party** [1] - 139:5
**thirty** [2] - 35:15, 146:7
**thousand** [2] - 35:15, 40:20
**threatened** [4] - 100:7, 101:19, 118:2, 149:7
**threatening** [1] - 120:12
**threats** [1] - 149:22
**three** [8] - 40:15, 45:17, 56:7, 65:17,

70:8, 73:2, 82:23, 161:15
**throughout** [1] - 55:10
**thumb** [1] - 117:10
**ticket** [2] - 75:23, 182:3
**tickets** [4] - 75:14, 125:9, 146:9, 181:25
**TIM** [1] - 2:14
**Tim** [38] - 27:4, 52:4, 52:18, 97:22, 97:25, 98:8, 98:22, 100:9, 101:16, 101:24, 102:19, 103:2, 105:11, 107:14, 109:3, 110:4, 110:5, 110:25, 112:3, 112:18, 117:18, 117:22, 118:25, 126:25, 147:8, 147:17, 148:11, 149:7, 149:13, 149:17, 149:20, 149:25, 150:4, 164:5, 166:11, 185:6, 185:7
**time-sheets** [1] - 36:8
**timeframe** [5] - 31:20, 31:22, 31:23, 31:25, 87:21
**timesheets** [1] - 93:23
**tiny** [1] - 180:13
**title** [15] - 8:11, 24:4, 24:16, 24:17, 27:13, 40:2, 40:4, 40:6, 47:23, 141:2, 141:6, 168:18, 184:19, 184:21, 185:14
**titles** [6] - 45:21, 45:22, 48:2, 50:22, 50:25
**today** [10] - 13:19, 22:10, 87:23, 88:17, 130:7, 131:17, 133:25, 143:19, 150:14, 156:18
**today's** [1] - 4:18
**together** [2] - 46:19, 137:7
**took** [3] - 29:7, 54:15, 84:15
**tool** [5] - 145:5, 145:16, 145:22, 145:24
**tools** [1] - 136:2
**top** [8] - 106:20, 141:10, 141:17, 143:4, 156:6, 160:2, 176:16, 181:12
**Torregrossa** [2] -

1:17, 189:4
**total** [2] - 40:13, 81:14
**touch** [3] - 150:18, 150:20, 151:6
**tough** [3] - 86:12, 86:13, 178:12
**towards** [11] - 64:14, 64:21, 70:22, 104:17, 104:18, 131:2, 131:3, 134:19, 138:6, 175:24
**track** [1] - 78:3
**trained** [2] - 70:15, 94:12
**training** [8] - 36:19, 36:21, 36:23, 57:14, 70:9, 70:21, 71:9, 72:12
**transaction** [1] - 110:2
**transactions** [1] - 108:22
**transcript** [2] - 189:10, 190:5
**transition** [1] - 112:25
**translate** [1] - 161:23
**travel** [4] - 63:3, 63:4, 66:9, 95:11
**travelled** [1] - 67:20
**trial** [1] - 3:14
**tried** [2] - 156:3, 178:20
**true** [1] - 189:10
**truthful** [1] - 98:14
**try** [7] - 36:25, 49:20, 65:24, 109:25, 126:17, 126:18
**trying** [3] - 54:23, 54:25, 55:5
**turn** [1] - 161:16
**turnaround** [2] - 69:11, 69:18
**turnover** [1] - 70:2
**twenty** [3] - 128:5, 146:6, 166:12
**two** [17] - 5:16, 14:13, 36:3, 76:13, 88:20, 96:15, 154:17, 154:20, 155:9, 155:11, 155:13, 155:15, 156:15, 161:14, 165:16, 172:12, 181:25
**type** [6] - 13:22, 79:11, 99:16, 122:7, 140:2, 152:24
**typical** [2] - 22:21, 46:11
**typically** [3] - 22:11, 61:4, 92:9

# U

**ultimately** [1] - 18:18
**umm** [1] - 142:15
**uncertain** [1] - 142:18
**uncomfortable** [1] - 100:8
**under** [5] - 44:15, 119:13, 159:14, 181:24, 187:13
**unhappy** [2] - 143:15, 148:16
**UNITED** [1] - 1:1
**United** [4] - 6:8, 6:11, 55:6, 175:20
**unless** [2] - 131:13, 155:23
**up** [28] - 9:21, 20:11, 50:22, 57:7, 61:13, 101:14, 103:4, 103:12, 110:19, 113:14, 119:24, 120:9, 124:20, 126:4, 126:5, 126:16, 129:5, 130:16, 132:2, 138:17, 138:18, 146:7, 148:6, 148:14, 148:21, 148:23, 173:2, 173:24
**upper** [2] - 30:6, 160:21
**US** [3] - 55:9, 156:24, 157:11
**uses** [1] - 184:25

# V

**V-A-D-A-L-I-A** [1] - 133:11
**V-I-V-I-A-N** [1] - 132:25
**value** [1] - 124:2
**varies** [3] - 39:14, 92:21, 176:20
**variety** [2] - 15:4, 48:2
**vendors** [3] - 135:24, 136:9, 136:11
**venue** [3] - 137:3, 137:5, 154:25
**venues** [1] - 135:23
**verbally** [1] - 5:2
**Vesey** [1] - 2:10
**Viana** [1] - 73:9
**VIANA** [1] - 73:9
**virtual** [11] - 88:11, 88:13, 90:23, 103:14, 103:19, 103:20, 104:6,

104:8, 104:23, 141:20, 141:23
**Vivaris** [2] - 180:2, 180:3
**Vivian** [2] - 132:23, 133:17
**Vivian's** [1] - 133:3
**volley** [2] - 28:6, 28:8
**volley-ball** [2] - 28:6, 28:8
**volleyball** [5] - 28:11, 28:13, 150:7, 150:8, 150:11

# W

**W-4** [2] - 35:19, 35:20
**waived** [1] - 3:9
**walk** [1] - 120:11
**Wallace** [2] - 4:17, 188:5
**WALLACE** [61] - 2:6, 4:8, 11:6, 11:11, 12:23, 14:9, 15:16, 20:4, 21:5, 21:10, 21:17, 22:3, 29:6, 32:25, 33:7, 34:8, 34:12, 38:12, 42:7, 43:10, 50:8, 67:2, 68:9, 74:16, 74:20, 76:14, 77:4, 77:12, 87:4, 97:8, 105:19, 105:25, 111:5, 111:9, 118:14, 119:6, 119:18, 120:13, 125:15, 125:23, 136:4, 152:7, 158:22, 162:24, 163:17, 164:22, 165:9, 165:20, 166:3, 166:21, 167:10, 169:8, 172:21, 172:25, 180:22, 184:9, 185:21, 186:7, 186:13, 186:19, 187:11
**water** [2] - 83:20, 126:6
**wealthy** [1] - 10:19
**website** [30] - 9:24, 78:22, 78:24, 78:25, 79:16, 80:5, 90:10, 130:7, 130:10, 130:17, 132:6, 132:9, 134:22, 138:16, 138:17, 139:2, 139:3, 139:6, 139:8, 151:21, 173:6, 173:13,

173:16, 173:18, 173:21, 173:25, 174:15, 175:6, 188:15
**websites** [4] - 12:13, 78:19, 78:20, 79:25
**week** [15] - 28:24, 29:14, 29:18, 29:20, 29:21, 29:24, 30:3, 67:14, 78:6, 90:20, 109:23, 110:2, 114:8, 149:10
**weeks** [2] - 36:3, 156:15
**welcome** [1] - 83:14
**West** [3] - 28:21, 28:22, 180:14
**Wharton** [3] - 5:15, 6:3, 7:16
**whole** [3] - 24:8, 75:2, 150:5
**wife** [3] - 89:4, 128:18, 167:25
**Wilshire** [1] - 170:7
**wish** [1] - 79:21
**wished** [2] - 93:15, 98:25
**wishes** [3] - 93:11, 93:17, 131:7
**withheld** [2] - 35:23, 36:6
**withholding** [1] - 35:17
**WITNESS** [5] - 16:18, 48:20, 111:24, 131:24, 188:4
**witness** [4] - 4:2, 117:23, 118:24, 167:7
**witness(es)** [1] - 189:7
**witness(es)** [1] - 189:11
**Word** [3] - 32:21, 48:13, 95:7
**word** [9] - 32:22, 43:20, 64:5, 70:19, 75:9, 80:9, 179:14, 184:25, 185:11
**words** [4] - 22:14, 106:11, 157:19, 187:3
**works** [4] - 91:11, 92:6, 93:21, 145:25
**world** [1] - 60:7
**worth** [1] - 85:22
**Wow** [1] - 156:20
**write** [10] - 9:20, 12:2, 33:16, 37:8, 40:7, 47:17, 63:7, 65:21, 73:18, 86:21

**writing** [3] - 33:17,
161:17, 168:7
**written** [1] - 47:7
**wrote** [1] - 49:17

## Y

**year** [35] - 6:5, 6:10,
7:11, 8:7, 19:10,
30:17, 35:15, 40:2,
40:9, 40:11, 40:18,
41:3, 41:14, 45:4,
45:5, 45:23, 46:4,
48:6, 51:21, 52:24,
58:3, 63:11, 63:23,
66:23, 81:25, 82:7,
82:15, 101:6, 101:7,
101:13, 104:6,
106:22, 150:3,
157:21, 180:5
**years** [5] - 7:4, 23:15,
40:13, 40:15, 81:14
**YORK** [1] - 1:2
**York** [57] - 1:10, 1:19,
2:5, 2:10, 4:5, 6:19,
6:22, 7:5, 7:23, 7:25,
8:4, 8:5, 8:7, 9:17,
10:25, 18:14, 18:19,
18:22, 18:24, 19:14,
19:17, 20:9, 22:5,
22:20, 22:23, 23:12,
23:16, 24:10, 25:16,
25:18, 26:2, 26:5,
26:14, 28:14, 31:2,
31:11, 44:23, 54:20,
54:24, 82:12, 82:13,
82:14, 88:7, 88:10,
88:13, 90:11, 95:11,
95:23, 105:2,
133:16, 135:3,
181:12, 189:6
**Young** [3] - 79:10,
79:12, 79:16
**yourself** [24] - 10:5,
12:3, 19:3, 47:18,
48:8, 49:11, 49:24,
55:12, 58:22, 59:5,
60:20, 61:18, 65:4,
92:18, 114:2,
114:15, 116:19,
117:14, 120:19,
123:23, 141:3,
149:19, 151:9,
153:20