UNITE STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------------x
LATIN MARKETS BRAZIL, LLC D/B/A/ MARKETS
GROUP,

                                              Case No. 1-18-cv-02089-GHW-RWL

                              Plaintiff,                    -

                -against-


PABLO OLIVEIRA,
                              Defendant.
------------------------------------------------------------------x


        JONATHAN WALLACE, pursuant to 28 U.S.C. §1746 and Local Rule 1.9, declares as

follows:

        1.      I am the attorney for the Plaintiff, Latin Markets Brazil, LLC d/b/a Markets

Group ("Markets Group") in the above- captioned action. I make this declaration for the

purpose of introducing certain documents with which I am familiar in this action.


        2.      Exhibit A are emails by Plaintiff's client Vivaris Ltd.

        3.      Exhibit B are emails produced by Defendant.

        4.      Exhibit C is Plaintiff's post deposition request.

        5.      Exhibit D is a document listing Plaintiff's buy-side and sell-side clients who are

listed as attending Oliveira's May 2018 event.

        6.      Exhibit E is an accounting prepared by Plainitff.

        7.      Exhibit F is information by the New York State Division of Corporations about

Linkbridge Investors LLC.

        8.      Exhibit G in an email from  Jeffrey Risman dated January 23, 2019.

        9.      Exhibit H are letters by myself dated January 17, 2019 and January 27, 2019.

        10.     Exhibit I are excerpts of Defendant's website.

Dated: New York, New York May 21, 2019

                                                         Ratschko Wallace PLLC
                                                         By:

                                                         _____
                                                         Jonathan Wallace, Esq.
                                                         Attorneys for Plaintiff
                                                         30 Broad Street, 14th Floor
                                                         New York, NY 10004
                                                         212 253-1027