# Exhibit B

CONFIDENTIAL

**From:** Shawn Quinn [mailto:SQuinn@wilshire.com]
**Sent:** Monday, August 21, 2017 9:33 AM
**To:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>; Marc Friedberg <MFriedberg@wilshire.com>
**Subject:** RE: Southern Farm

Pablo,

Nice to meet you via email. Look forward to taking a look at the materials and speaking soon.

Best,
Shawn

Shawn Quinn
Vice President | Wilshire Private Markets
Office: 412-434-5008 | Fax: 412-434-5249

**From:** Pablo Oliveira [mailto:poliveira@linkbridgeinvestors.com]
**Sent:** Friday, August 18, 2017 6:04 PM
**To:** Marc Friedberg <MFriedberg@wilshire.com>
**Cc:** Shawn Quinn <SQuinn@wilshire.com>
**Subject:** RE: Southern Farm

Hi Marc,

Thank you so much for getting back to me.

I will ask Brad to send over some more information right away.

Best

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
E: poliveira@linkbridgeinvestors.com | W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

**From:** Marc Friedberg [mailto:MFriedberg@wilshire.com]
**Sent:** Friday, August 18, 2017 4:30 PM
**To:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Cc:** Shawn Quinn <SQuinn@wilshire.com>
**Subject:** RE: Southern Farm

Hi Pablo,

We would be happy to review. My colleague Shawn leads our real estate efforts.

Best,

Marc



Marc Friedberg, CFA
Managing Director | Wilshire Private Markets
Wilshire Associates Incorporated
210 6th Avenue, Suite 3720 | Pittsburgh, PA 15222
Office: 412.434.1580
www.wilshire.com

**From:** Pablo Oliveira [mailto:poliveira@linkbridgeinvestors.com]
**Sent:** Friday, August 18, 2017 4:21 PM
**To:** Marc Friedberg
**Subject:** Southern Farm

Hi Marc,

I hope you are well.

I wanted to touch base with you since I have a firm that is interested in connecting with Southern Farm Bureau Life Insurance Company (your email was forwarded to me).

They have a great track record with institutions and already have some of those committed to the fund.

It is a vertically integrated fund manager focused exclusively on investing in and improving *retail real estate assets* in major U.S. markets with a target size of USD$ 200 Million. Is this something of interest?

Are you available for a quick introductory call next week or can we share some more information for your review?

Looking forward to hearing from you.

Best

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
E: poliveira@linkbridgeinvestors.com | W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

CONFIDENTIAL

D01149

CONFIDENTIAL

**From:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Sent:** Thursday, February 9, 2017 9:13 AM
**To:** 'Michael Felman' <michael@MSFCapitalAdvisors.com>
**Subject:** RE: Follow Up

Hi Michael,

Thank you so much for getting back to me.

Is there anything in specific that you are currently looking at in the US then?

Looking forward to hearing from you.

Best

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com **|** W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

**From:** Michael Felman [mailto:michael@MSFCapitalAdvisors.com]
**Sent:** Wednesday, February 8, 2017 9:06 PM
**To:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Subject:** RE: Follow Up

Not presently

Sent from my Windows 10 phone

**From:** Pablo Oliveira
**Sent:** Wednesday, February 8, 2017 9:01 PM
**To:** Michael Felman
**Subject:** Follow Up

Good Evening Michael,

I hope you are well and I wish you a happy, healthy and prosperous New Year.

It has been a while since we last spoke but I wanted to run something by you.

I have a Real Estate Colombian Firm who is interested in connecting with you. Are you still looking at real estate opportunities in Colombia?

I am looking forward to hearing from you.

Best

D01150

CONFIDENTIAL

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com **|** W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

D01151

CONFIDENTIAL

**From:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Sent:** Thursday, February 9, 2017 9:40 AM
**To:** 'Juan Carlos Torres' <jct@hdnfo.com>
**Cc:** 'Naira Trassi' <ntrassi@linkbridgeinvestors.com>
**Subject:** RE: Follow Up

Hi Juan,

Thank you for getting back to me.

We will keep you in mind for Mexico opportunities.

Have a great day.

Best

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com **|** W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

**From:** Juan Carlos Torres [mailto:jct@hdnfo.com]
**Sent:** Wednesday, February 8, 2017 10:18 PM
**To:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Subject:** Re: Follow Up

Hi Pablo
I hope you are doing good.
I am only doing real estate in Mexico City and no plans to invest abroad.

Regards
Juan Carlos Torres

El 08/02/2017, a las 18:58, Pablo Oliveira <poliveira@linkbridgeinvestors.com> escribió:

Good Evening Juan,

I hope you are well and I wish you a happy, healthy and prosperous New Year.

It has been a while since we last spoke but I wanted to run something by you.

I have a Real Estate Colombian Firm who is interested in connecting with you. Are you still looking at real estate opportunities in Colombia?

I am looking forward to hearing from you.

Best

D01152

CONFIDENTIAL

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com **|** W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

D01153

CONFIDENTIAL

**From:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Sent:** Tuesday, July 11, 2017 11:31 AM
**To:** sskancke@keelpoint.com
**Subject:** Introductory Call

Good Morning Steven,

I hope you are well.

I wanted to touch base with you since I have a firm that is interested in connecting with you.

They have a great track record with institutions and already have some of those committed to the fund.

It is a vertically integrated fund manager focused exclusively on investing in and improving *retail real estate assets* in major U.S. markets with a target size of USD$ 200 Million. Is this something of interest?

Are you available for a quick introductory call next week?

Looking forward to hearing from you.

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
E: poliveira@linkbridgeinvestors.com | W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately. The information contained does not constitute an offer or solicitation to sell any fund. Under no circumstances should the information provided on this e-mail be considered as advice for any investment. All information in this e-mail is for informational purposes and does not constitute investment advice.

D01154

**From:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Sent:** Wednesday, March 22, 2017 5:26 PM
**To:** 'Brendan Holt Dunn' <bdunn@holdun.com>
**Subject:** RE: Florida - Opportunity

Hi Brendan,

I hope everything is well with you. I kept your email here in case I'd encounter an opportunity that may make sense to you guys.

I wanted to touch base with you once again since I have 2 Real Estate firms (one is based in the US and the other in Latin America) who are interested in connecting with you. Are you currently looking at RE opportunities?

Please let me know if we can send you some more information on them.

I am looking forward to hearing from you.

Best

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com **|** W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

D01155

-----Original Appointment-----
**From:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Sent:** Friday, October 7, 2016 4:51 PM
**To:** 'Barry Hammerman'; 'Naira Trassi'
**Subject:** Call Scheduled
**When:** Monday, October 10, 2016 10:00 AM-10:30 AM (UTC-05:00) Hora Oriental (EUA e Canadá).
**Where:**

**From:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Sent:** Thursday, October 6, 2016 8:49 AM
**To:** 'Barry Hammerman' <bhammerman@quilvestusa.com>
**Subject:** RE: Real Estate Opportunity

Perfect.

Best

Pablo Oliveira
Founder
**LinkBridge Investors**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

**From:** Barry Hammerman [mailto:bhammerman@quilvestusa.com]
**Sent:** Wednesday, October 5, 2016 6:35 PM
**To:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Subject:** RE: Real Estate Opportunity

Sure.  Let's speak at 9:30am on Friday?
We invest in selective funds, specifically if they are targeting a niche we can't access directly.

---

**From:** Pablo Oliveira [poliveira@linkbridgeinvestors.com]
**Sent:** Wednesday, October 05, 2016 7:52 AM
**To:** Barry Hammerman
**Subject:** RE: Real Estate Opportunity

Hi Barry,

No worries, I completely understand.

We can speak on Friday is that is ok with you. Do you invest in real estate funds?

Best

Pablo Oliveira

D01156

CONFIDENTIAL

Founder
**LinkBridge Investors**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

**From:** Barry Hammerman [mailto:bhammerman@quilvestusa.com]
**Sent:** Wednesday, October 5, 2016 12:30 AM
**To:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Subject:** RE: Real Estate Opportunity

Hi Pablo,
Apologies it has been tough to reach me, I did not receive a message you called.  Certainly ok to make the introduction, or we can find a time to speak on Thursday or Friday to better understand our focus.  I leave that up to you.

Best,
Barry


**From:** Pablo Oliveira [poliveira@linkbridgeinvestors.com]
**Sent:** Tuesday, October 04, 2016 12:01 PM
**To:** Barry Hammerman
**Subject:** Real Estate Opportunity

Hi Barry,

I hope you are well.

I have been trying to reach you but unable to.

I have a real estate fund in New York who is very interested in meeting you.

Since we are unable to get on the phone, can I introduce you to them?

They just wanted to touch base to see if it's something that makes sense to your group.

I am looking forward to hearing from you.

Best

Pablo Oliveira
Founder
**LinkBridge Investors**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission

is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

```
NOTICE: This electronic mail message and any attached files are confidential.
The information is exclusively for the use of the individual or entity intended as the recipient. If you are not the
intended recipient, any use, copying, printing, reviewing, retention, disclosure, distribution or forwarding of the
message or any attached file is not authorized and is strictly prohibited. If you have received this electronic mail
message in error, please advise the sender by reply electronic mail immediately and permanently delete the original
transmission, any attachments and any copies of this message from your computer system.
```

```
NOTICE: This electronic mail message and any attached files are confidential.
The information is exclusively for the use of the individual or entity intended as the recipient. If you are not the
intended recipient, any use, copying, printing, reviewing, retention, disclosure, distribution or forwarding of the
message or any attached file is not authorized and is strictly prohibited. If you have received this electronic mail
message in error, please advise the sender by reply electronic mail immediately and permanently delete the original
transmission, any attachments and any copies of this message from your computer system.
```

**From:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Sent:** Thursday, February 9, 2017 9:15 AM
**To:** 'Ira Perlmuter' <ira@t5equitypartners.com>
**Subject:** RE: Follow Up

Thank you Ira.

Best

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com **|** W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.

**From:** Ira Perlmuter [mailto:ira@t5equitypartners.com]
**Sent:** Wednesday, February 8, 2017 9:19 PM
**To:** Pablo Oliveira <poliveira@linkbridgeinvestors.com>
**Subject:** Re: Follow Up

Thank you for reaching out to me.  right now we are not doing anything beyond our own, www.americandream.com.   Thank you.


Ira J. Perlmuter
T5 Equity Partners, LLC
The MWW Building
E. Rutherford, NJ. 07073
973.698.5920

The information contained in this email is strictly confidential.  Please be advised that any dissemination, distribution or copying of the content of this email is prohibited.  If you have received this email in error, please notify us immediately and destroy the original.  FURTHER, PLEASE BE ADVISED THAT THE CONTENTS OF THIS EMAIL MAY NOT NECESSARILY REPRESENT THE ABOVE-NAMED COMPANY OR ITS AFFILIATES.


On Feb 8, 2017, at 8:58 PM, Pablo Oliveira <poliveira@linkbridgeinvestors.com> wrote:

Good Evening Ira J. Perlmuter,

I hope you are well and I wish you a happy, healthy and prosperous New Year.

It has been a while since we last spoke but I wanted to run something by you.

I have a Real Estate Colombian Firm who is interested in connecting with you. Are you still looking at real estate opportunities in Colombia?

I am looking forward to hearing from you.

Best

Pablo Oliveira
Founder
**LinkBridge**
1330 Avenue of the Americas. New York, NY 10019
C: +1 917-232-8425 **|** O: +1 212-653-0634 **|** E: poliveira@linkbridgeinvestors.com **|** W: www.linkbridgeinvestors.com

The contents of this e-mail message and any attachments are confidential and/or privileged and are intended solely for addressee(s). If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please delete all copies of the message and its attachments and contact us immediately.