# Exhibit D

Exhibit A to PLAINTIFF'S REVISED FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Abu Dhabi National Insurance Company (UAE)
AIMA
Alan Biller & Associates
American Real Estate Partners
Amherst
Argus Energy Managers
Arlington Family Office
Baird
Bel Air Investment Advisers
Bermuda Business Development Agency
Blackstone
Cadre
CAIA Association
CalPers
Cambridge Associates
Canterbury Consulting
Capital Innovations
The Carlyle Group
Catalina Holdings
Catterton
Centurion
Centurion Asset Management
CFA Society Portugal
The Church Pension Fund (USA)
CIFC Asset Management
ColCapital
Dayn Advisors
Deloitte & Touche LLP
Desciplina [?]
Deutsche Bank
Disciplina Group
Emirates Investment Authority (UAE)
Encap Investments LP
Equity International
EurekaHedge
Flasco Brasil [?]
Franklin Templeton Investments
Fund Evaluation Group
GenSpring
GlobeOne
Griffin Capital
Grupo Vitalmed

Guardian Life
The Guardian Life Insurance Company of America
HDN Family Office
Hedge Fund Alert
HedgeConnection
Helmsley
The Hemsley Charitable Trust
Holdun Family Office   (is that also hdnfo.com ?)
Houston Firefighters' Relief and Retirement Fund
IBEF
IFC Advisors
Ironbridge Wealth Counsel
Joint Retirement Investment Board
KeelPoint Wealth Management
Keystone
Korea Investment Corporation (South Korea)
LBA Advisors
M&A McKenzie & Associates
Machado Meyer
Mainstay Investments
Marquette Associates
Maryland Teachers & State Employees Retirement Plans (USA)
Mercer Investment Consulting
MGG Investment Group
MSF Capital Advisors
Nationwide Mutual Insurance Company
Neuberger Berman
State of Nevada
Newport Capital Partners
Office of New York City Comptroller (USA)
New York Life Mainstay Investment
New York State Common Retirement Fund (USA)
North American Development Group
Northern Trust
Okayama Metal and Machinery Pension Fund (Japan)
OPIC
Overseas Private Investment Corporation
Oxford Business Group
Pactolus Private Wealth Management
Parkview Financial
Peninsula House
Perella Weinberg Partners
Persi
Polsinelli
Portage Partners

Presima
Prequin
PB Private Banking
Protégé Partners
Quilvest
Regents of the University of California
RCLCO Advisors
Real Estate Alert
Richardson GMP
Riverkeys Advisors
Robbins Geller Rudman & Dowd
Russell Investments
RVK
SDI/Gestao
San Francisco Employee Retirement System
City of San Jose Retirement System
Segal Marco Advisors
Seven Bridges Advisors
Silicon Valley Community Foundation
Smithsonian Institute
Soros
City of Stamford
StepStone
T5 Family Office  (same as T5equity partners?)
Temasek (Singapore)
Texas Municipal Retirement System
Texas Tech University
Texas Treasury Safekeeping Trust Company
TIAA
Timberland Investment Resources
Townsend Group
TreeCorp
University System of Maryland Foundation
US Trust
Utimco
Vertex
Vickers Venture Partners
Vivaris Ltd.
Willis Towers Watson
Wilshire Associates