# Exhibit E

| 2016 | | 2017 | |
|---|---:|---|---:|
| Event | Revenue | Event | Revenue |
| RE LatAm | $ 403,481.00 | Re Global | $ 198,984.00 |
| Re Andean | $ 70,638.00 | Re Andean | Discontinued |
| RE Brazil | $ 102,620.00 | RE Brazil | Canceled |
| RE Mexico | $ 78,356.00 | RE Mexico | Canceled |
| | $ 655,095.00 | | $ 198,984.00 |

**The above chart compares the direct event revenue for Oliveira managed events in 2016 vs. their performa[nce]

| 2016 | 2017 |
|---:|---:|
| $269,385 | ($378,669) |
| $11,802,423 | $11,423,754 |
| 2% | -3% |

**The above chart reflects the overall revenue decrease from 2016 to 2017 at the firm level.

nce in 2017.