# Exhibit I

**LinkBridge Investors**

INVESTORS ANNUAL MEETINGS | NEW YORK | CALIFORNIA | TEXAS | TESTIMONIALS | TEAM | CONTACT

# GLOBAL INVESTORS ANNUAL MEETING

## May 16 & 17, 2018 | The Harmonie Club, NY

The Global Investors Annual Meeting is a closed-door program that gathers the world's leading fund managers, institutional allocators and private wealth investors currently investing and fundraising across the globe. This meeting offers a unique platform to learn from and alongside industry thought leaders. Panel sessions and Private meetings throughout both days will allow for deepening relationships, developing partnerships and fostering business. This two-day conference will host up to 400 leading managers, investors and other professionals to discuss investment opportunities and new trends in the market.

**REQUEST AGENDA**

## Keynote Speakers:
—



**Daniel A. D'Aniello | Co-Founder and Chairman Emeritus | The Carlyle Group**

Prior to forming Carlyle in 1987, Mr. D'Aniello was Vice President for Finance and Development at Marriott Corporation. Before joining Marriott, Mr. D'Aniello was a financial officer at PepsiCo, Inc. and Trans World Airlines.

He is a 1968 magna cum laude graduate of Syracuse University, where he was a member of Beta Gamma Sigma, and a 1974 graduate of the Harvard Business School, where he was a Teagle Foundation Fellow.

Mr. D'Aniello is Co-Chairman of the American Enterprise Institute; Co-Chairman of the Institute for Veterans and Military Families; a member of the U.S.--China CEO and Former Senior Government Officials' Dialogue of the U.S. Chamber of Commerce; Chairman of the Wolf Trap Foundation for the Performing Arts; a Lifetime Board Trustee of Syracuse University; and a member of the Corporate Advisory Council to the Martin J. Whitman School of Management.

D00044



### Joseph Kruger II | Chairman & Chief Executive Officer | Kruger Inc.

Joseph Kruger II is Chairman and Chief Executive Officer of Kruger Inc., a Montreal-based privately-owned family company founded in 1904. Kruger Inc. is a producer of tissue products, publication papers, green energy, linerboard and packaging, wines and spirits, as well as cellulosic biomaterials. The Company is also a leading paper and paperboard recycler in North America. Mr. Kruger has succeeded in expanding the Company in the family tradition and creating incredible growth by diversifying its activities. He has ensured the success of many acquisitions and expansion and modernization projects. Mr. Kruger is a former Director of the Bank of Canada. In 1994, he was appointed Knight of the National Order of Québec, one of the highest distinctions in Québec, for his outstanding support and commitment to education, science, technology and research. In addition, in 1998 he was appointed as a Member of the Order of Canada. Mr. Kruger has been a generous supporter of medical research and higher education, and has been instrumental in introducing technological innovations to the pulp and paper industry. He strongly believes in the advancement of education and has made major contributions to the Newspaper in Education program offered throughout North America.



### George Walker | Chairman & Chief Executive Officer | Neuberger Berman

George is the Chairman and Chief Executive Officer of Neuberger Berman, a private, independent employee-owned investment manager founded in 1939. The firm manages $285 billion of equities, fixed income, private equity and hedge fund portfolios for global institutions, advisors and individuals. With offices in 19 countries, Neuberger Berman has been named by Pensions & Investments as a Best Place to Work in Money Management every year beginning in 2013.

Prior to Neuberger Berman re-emerging as an independent firm in 2009, George was Global Head of the Investment Management Division at Neuberger Berman's former corporate parent, Lehman Brothers. Previously, George spent 14 years at Goldman Sachs where he was a partner and a member of the firm's Partnership Committee. George's additional Board Service includes:  the Partnership for New York City, Local Initiatives Support Corporation and Grace Church School. George earned a BA, BS and MBA from the University of Pennsylvania.



### Tom Heneghan | Chief Executive Officer | Equity International

As Chief Executive Officer, Tom Heneghan provides strategic direction and oversees all of Equity International's (EI) activities and investment portfolio. Tom has worked within Sam Zell's related companies for more than 25 years, including as chief executive officer of Equity LifeStyle Properties, Inc. Earlier in his career, Tom was with Equity Group Investments, Sam's privately held investment firm where he held multiple executive-level positions at Zell-related companies, including Great American Management and Investments, Inc., Capsure Holdings, Inc., and Greenberg & Pociask, LLC.

Tom is a member of EI's investment committee and also serves as a board member and member of the Investment Strategy Committee for Chai Trust Company, which serves as a trustee of various trusts for the benefit of Mr. Zell and his family. Tom is also a director for two EI portfolio companies: Acosta Verde and SAMHI.

## Few Participants Include:



**Junghee Han**
Director
Korea Investment Corporation



**Sajith Ranasinghe**
Managing Director
The Church Pension Fund



**Jeff Blazek**
Managing Director & OCIO
Cambridge Associates



**Prashant Tewari**
Partner
The Townsend Group



**Joshua Fenton**
Director of Investments
Helmsley



**Andrew Jacobs**
Managing Director
The Carlyle Group



**David Smith**
Managing Partner
Marquette Associates



**Bob Browne**
CIO
Northern Trust



**Bruce Curwood**
Director
Russell Investment



**Joseph Danowsky**
Managing Director
U.S Trust



**Dan Parker**
Deputy CIO
Texas Tech University



**Michael Underhill**
CIO
Capital Innovations



**Debra Roberts**
Director
Maryland Teachers & State
Retirement Plan



**Vincent Au**
Senior Portfolio Manager
ARC



**Ian Rice**
Portfolio Manager
HIMCO



**Matthew Weatherley-White**
Managing Director
The Caprock Group

D00046






**Geoff Dover**
Founder & CIO
Heirloom Investment Management

**Eric Newman**
Managing Director
Stamford CT

**Alena Kuprevich**
Managing Director
Disciplina Group

**Thomas Shanklin**
Managing Director
Nationwide Mutual Insurance






**Brendan Dunn**
CEO
Holdun Family Office

**Katherine Zamsky**
Managing Director
Besyata Investment Group

**John J. Petrides**
Managing Director & Portfolio Manager
Point View Wealth Management

**Brian Vahey**
Chairmam
Joint Retirement Investment Board






**James Schnorf**
Investment Committee
Eastern Illinois University Foundation

**Steven L. Skancke**
Chief Investment Strategist
Keel Point Wealth Management

**Nick Bakish**
Director, Wealth Management, Investment Advisor
Richardson GMP

**Tyson Pratcher**
Head of Investments
The Family Office

## Platinum Sponsors

—






# Sponsors

Blackstone
HCP Hutensky Capital Partners
Newport Capital Partners
StepStone
New York Life MainStay Investments
L Catterton
Centurion Asset Management

GAIA Real Estate
bootstrap labs
Hampshire
TMT Investments
Acron Real Estate Investments Since 1981
Rovi 10 años
ATX Seed Ventures

CIFC Asset Management
Grupo security
Record
Vivaris, Ltd
SDI Gestão
BDA Bermuda Business Development Agency
Vickers Venture Partners

True Green Capital
Robbins Geller Rudman & Dowd LLP
bko
Off the Grid Ventures
Grupo Vitalmed
Tree Line Capital Partners
Financial Risk Group

Exelauno Capital Management
Propertylink
TreeCorp Investments
North American Development Group
DigitalDX Ventures
熙金资本控股 Zhong Capital Holdings
ColumbusNova MB

Machado Meyer Advogados
H&P Henley & Partners
Vitacon
Baird Global Investment Banking
preqin
Mesa Verde Venture Partners
Convergence Optimal Performance

Keystone National Group
Corigin Ventures
Vertex Real Estate Investors
M&A McKenzie & Associates
pei
metier
Humphreys Capital

ATP
Peterson Partners
HighCape Partners
Pembani • Remgro Infrastructure Managers
Trinity Ventures
Argus Energy Managers































































# Media & Institutional Partners

Oxford Business Group | Private Banking | Hedge Fund Alert www.HFAlert.com | Real Estate Alert www.REAlert.com | AVCO

PBHFA Palm Beach Hedge Fund Association | FIABCI-BRASIL Federação Internacional Imobiliária | SmartMoneyMatch | South Florida Executive Roundtable | REIDIN

SECOVIRIO O Sindicato da Habitação | roubini Global Economics | HEDGE CONNECTION | Revista Inversiones & Negocios Panamá | AIMA

Mercosul Câmara de Comércio | TyN | CFA Society Portugal | ColCapital Colombian Association of Private Equity Funds | banking technology

CONTINUUM economics | CAIA Association | Buyouts Insider | Fintech Finance | IBEF São Paulo

EUREKAHEDGE | EMIA Emerging Market Investors Association | UVCA Ukrainian Venture Capital & Private Equity Association

## Request Agenda

First Name, Last Name *

Email *

Company *

Phone *

Title *

REQUEST AGENDA

## Register today to save your seat!

Early Bird I $1,200 11/30/2017