```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARKETS GROUP, INC.,                              :
                                                  :
                              Plaintiff,          :
                                                  :          1:18-cv-2089-GHW
              -against-                           :
                                                  :              ORDER
PABLO OLIVEIRA,                                   :
                                                  :
                              Defendant.          :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2020

GREGORY H. WOODS, United States District Judge:

On February 3, 2020, Magistrate Judge Lehrburger issued a Report and Recommendation recommending that Defendant's motion for summary judgment be granted. Dkt. No. 70. Objections to the Report and Recommendation were due on February 18, 2020. To date, the Court has received no objections.

The Court has reviewed the Report and Recommendation for clear error and finds none. *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record"). Accordingly, the Court accepts and adopts the thorough and well-reasoned Report and Recommendation in its entirety. Defendant's motion for summary judgment is granted.

The Clerk of Court is directed to enter judgment for Defendant and to close this case.

SO ORDERED.

Dated: February 19, 2020
New York, New York

GREGORY H. WOODS
United States District Judge