UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARKETS GROUP, INC.,

                Plaintiff,

-against-

PABLO OLIVEIRA,

                Defendant.
-----------------------------------------------------------X

18 CIVIL 2089 (GHW)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 19, 2020, on February 3, 2020, Magistrate Judge Lehrburger issued a Report and Recommendation recommending that Defendant's motion for summary judgment be granted. Objections to the Report and Recommendation were due on February 18, 2020. To date, the Court has received no objections. The Court has reviewed the Report and Recommendation for clear error and finds none. See Braunstein v. Barber, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record"). Accordingly, the thorough and well-reasoned Report and Recommendation is adopted in its entirety. Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
        February 20, 2020

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**

                **BY:**

                                          **Deputy Clerk**